**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF ARIZONA

Case number *(if known)* _____

Chapter you are filing under:

■ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this is an amended filing

# Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy
**12/17**

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
|---------|-------------------|

|  | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|--|--|-----------------|------------------------------------------------|
| **1.** | **Your full name** <br><br> Write the name that is on your government-issued picture identification (for example, your driver's license or passport). <br><br> Bring your picture identification to your meeting with the trustee. | **Josh** <br> First name <br><br> **D.** <br> Middle name <br><br> **Levine** <br> Last name and Suffix (Sr., Jr., II, III) | _____ <br> First name <br><br> _____ <br> Middle name <br><br> _____ <br> Last name and Suffix (Sr., Jr., II, III) |
| **2.** | **All other names you have used in the last 8 years** <br><br> Include your married or maiden names. | | |
| **3.** | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | **xxx-xx-6270** | |

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|

**4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and *doing business as* names

■ I have not used any business name or EINs.

Business name(s)
_____

EINs
_____

☐ I have not used any business name or EINs.

Business name(s)
_____

EINs
_____

**5. Where you live**

**4362 East Ludlow Drive**
**Phoenix, AZ 85032**
Number, Street, City, State & ZIP Code

**Maricopa**
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____
Number, P.O. Box, Street, City, State & ZIP Code

**If Debtor 2 lives at a different address:**

_____
Number, Street, City, State & ZIP Code

_____
County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

_____
Number, P.O. Box, Street, City, State & ZIP Code

**6. Why you are choosing *this district* to file for bankruptcy**

*Check one:*

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
  Explain. (See 28 U.S.C. § 1408.)

_____

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
  Explain. (See 28 U.S.C. § 1408.)

_____

| Part 2: | Tell the Court About Your Bankruptcy Case |
|---|---|

**7.** **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010))*. Also, go to the top of page 1 and check the appropriate box.

- ■ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8.** **How you will pay the fee**

- ■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

- ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

- ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9.** **Have you filed for bankruptcy within the last 8 years?**

- ■ No.
- ☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District | _____ | When | _____ | Case number | _____ |
| | District | _____ | When | _____ | Case number | _____ |
| | | _____ | When | _____ | Case number | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ☐ No
- ■ Yes.

| | Debtor | **J. Levine Auction and Appraisal, L.L.C.** | Relationship to you | **Member** |
|---|---|---|---|---|
| | District | **District of Arizona** | When **3/15/19** | Case number, if known **2:19-bk-02843-SHG** |
| | Debtor | _____ | Relationship to you | _____ |
| | District | _____ | When _____ | Case number, if known _____ |

**11.** **Do you rent your residence?**

- ■ No.    Go to line 12.
- ☐ Yes.   Has your landlord obtained an eviction judgment against you?

  - ☐ No. Go to line 12.
  - ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

| **Part 3:** | **Report About Any Businesses You Own as a Sole Proprietor** |
|---|---|

**12.** **Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

■ No.    Go to Part 4.

☐ Yes.    Name and location of business

_____
Name of business, if any

_____

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

**13.** **Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).

■ No.    I am not filing under Chapter 11.

☐ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.    I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

| **Part 4:** | **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention** |
|---|---|

**14.** **Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.    What is the hazard? _____

If immediate attention is needed, why is it needed? _____

Where is the property? _____
_____
Number, Street, City, State & Zip Code

**Part 5:     Explain Your Efforts to Receive a Briefing About Credit Counseling**

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **15.  Tell the court whether you have received a briefing about credit counseling.**<br><br>The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.<br><br>If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again. | *You must check one:*<br><br>■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**<br><br>Attach a copy of the certificate and the payment plan, if any, that you developed with the agency. | *You must check one:*<br><br>☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**<br><br>Attach a copy of the certificate and the payment plan, if any, that you developed with the agency. |

**Part 5:     Explain Your Efforts to Receive a Briefing About Credit Counseling**

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|

**15.  Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

## Part 6:  Answer These Questions for Reporting Purposes

| 16. | What kind of debts do you have? | 16a. | **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." |
|---|---|---|---|

■ No. Go to line 16b.

☐ Yes. Go to line 17.

16b.  **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

■ Yes. Go to line 17.

16c.  State the type of debts you owe that are not consumer debts or business debts

---

**17. Are you filing under Chapter 7?**

☐ No.  I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

■ Yes.  I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

■ No

☐ Yes

---

**18. How many Creditors do you estimate that you owe?**

☐ 1-49
☐ 50-99
☐ 100-199
■ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

---

**19. How much do you estimate your assets to be worth?**

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**20. How much do you estimate your liabilities to be?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

## Part 7:  Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Josh D. Levine**

| **Josh D. Levine** | |
| Signature of Debtor 1 | Signature of Debtor 2 |

| **josh@jlevines.com** | |
| Email Address of Debtor 1 | Email Address of Debtor 2 |

| Executed on  **August 12, 2019** | Executed on |
| MM / DD / YYYY | MM / DD / YYYY |

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

| | | |
|---|---|---|
| **/s/ Cristina Perez Hesano** | Date | **August 12, 2019** |
| Signature of Attorney for Debtor | | MM / DD / YYYY |

**Cristina Perez Hesano 027023**
Printed name

**Bellah Perez, PLLC**
Firm name

**5622 W. Glendale Avenue**
**Glendale, AZ 85301-2525**
Number, Street, City, State & ZIP Code

Contact phone   **602-252-9937**          Email address   **cperez@bellahperez.com**

**027023 AZ**
Bar number & State

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Josh D. Levine** |
| | First Name       Middle Name       Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name       Middle Name       Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF ARIZONA |
| Case number | |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.**

**Part 1:**    **Summarize Your Assets**

| | **Your assets** |
|---|---|
| | Value of what you own |

1. **Schedule A/B: Property** (Official Form 106A/B)

   1a. Copy line 55, Total real estate, from Schedule A/B..................................................    $    **397,135.00**

   1b. Copy line 62, Total personal property, from Schedule A/B..........................................    $    **81,516.53**

   1c. Copy line 63, Total of all property on Schedule A/B....................................................    $    **478,651.53**

**Part 2:**    **Summarize Your Liabilities**

| | **Your liabilities** |
|---|---|
| | Amount you owe |

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)

   2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...*    $    **1,717,809.77**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)

   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................................    $    **0.00**

   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*...........................    $    **5,447,784.11**

          **Your total liabilities**    $    **7,165,593.88**

**Part 3:**    **Summarize Your Income and Expenses**

4. *Schedule I: Your Income* (Official Form 106I)

   Copy your combined monthly income from line 12 of *Schedule I*.................................................    $    **0.00**

5. *Schedule J: Your Expenses* (Official Form 106J)

   Copy your monthly expenses from line 22c of *Schedule J*........................................................    $    **4,527.18**

**Part 4:**    **Answer These Questions for Administrative and Statistical Records**

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☑ Yes

7. **What kind of debt do you have?**

   ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ■ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

8.  **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$ _____

9.  **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ _____ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _____ 0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ _____ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ _____ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ _____ 0.00 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| | | | |
|---|---|---|---|
| Debtor 1 | **Josh D. Levine** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF ARIZONA | | |
| Case number | | | |

☐ Check if this is an
amended filing

## Official Form 106A/B
# Schedule A/B: Property                                    12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**  Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

■ Yes.  Where is the property?

| 1.1 | | |
|---|---|---|
| **4362 East Ludlow Drive** | **What is the property?** Check all that apply | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| Street address, if available, or other description | ■ Single-family home | |
| | ☐ Duplex or multi-unit building | |
| | ☐ Condominium or cooperative | |
| **Phoenix**   **AZ**   **85032-0000** | ☐ Manufactured or mobile home | |
| | ☐ Land | Current value of the entire property? | Current value of the portion you own? |
| City          State      ZIP Code | ☐ Investment property | $397,135.00 | $397,135.00 |
| | ☐ Timeshare | |
| | ☐ Other | **Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.** |
| | **Who has an interest in the property?** Check one | |
| **Maricopa** | ■ Debtor 1 only | |
| County | ☐ Debtor 2 only | |
| | ☐ Debtor 1 and Debtor 2 only | ☐ Check if this is community property |
| | ☐ At least one of the debtors and another | (see instructions) |
| | Other information you wish to add about this item, such as local property identification number: | |

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here............................................................................=>**     $397,135.00

**Part 2:**  Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No

■ Yes

| | | | |
|---|---|---|---|
| 3.1 | Make: **BMW** | **Who has an interest in the property?** Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |

| | |
|---|---|
| Model: **3 series** | ☐ Debtor 1 only |
| Year: **2015** | ☐ Debtor 2 only |
| Approximate mileage: **25,000** | ☐ Debtor 1 and Debtor 2 only |

Other information:

**\*\*Debtor wife leased vehicle prior to marriage. Payments are made by wife's father.**

■ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$0.00** | **$0.00** |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No

☐ Yes

5   Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here..............................................................=>      **$0.00**

| **Part 3:** | **Describe Your Personal and Household Items** |
|---|---|

**Do you own or have any legal or equitable interest in any of the following items?**

Current value of the portion you own?
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes.  Describe.....

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

> **Household Goods and Furnishings**
> **Location: 4362 East Ludlow Drive, Phoenix AZ 85032**
>
> **Kitchen:**
> **Stove - 100**
> **Refrigerator - 150**
> **Pots/Pans - 50**
> **Dishes - 50**
> **Silverware - 25**
> **Small Appliances - 100**
>
> **Dining Room:**
> **Hutch - 50**
> **Floor Fan - 50**
> **Vacuum - 75**
>
> **Living Room:**
> **Couch - 200**
>
> **Master Bedroom:**
> **Beds - 100**
> **Dresser - 100**
>
> **Other Bedrooms:**
> **Display Cabinet - 200**
>
> **Miscellaneous:**
> **Washing Machine - 150**
> **Dryer - 150**
> **Vacuum - 25**
> **Patio - 100**
>
> **\*\*Debtor's wife owns furniture and maintains furniture inside of**
> **Debtor's residence, which was purchased by her prior to marriage.**                  **$1,675.00**

| **Books** | **$200.00** |
|---|---|

7. **Electronics**

   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

   ☐ No
   ■ Yes.  Describe.....

> **Electronics**
>
> **Living Room:**
> **Television Set - 200**
> **Sound Bar - 50**
>
> **Master Bedroom:**
> **Television Set - 150**
>
> **Other Bedrooms:**
> **Television Set - 100**
>
> **Miscellaneous:**
> **Home Computer System - 200**
> **Tech 21 Amp and Microphones - 200**                  **$900.00**

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

   ☐ No

   ■ Yes.  Describe.....

| | |
|---|---|
| **Hilario G Painting - 200**<br>**Small Marble Dog Statue - 100**<br>**Laynor Painting (Carrots) - 100**<br>**Laynor Painting (Mixed) - 100**<br>**Wood Vase - 50**<br>**Theatre Drawing - 100**<br>**Contemporary Painting - 200**<br>**Laynor Painting - 100**<br>**Art Poster Print -50**<br>**Laynor Painting (Birds) - 50**<br>**Knick Knacks - 200** | **$1,250.00** |

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

   ☐ No

   ■ Yes.  Describe.....

| | |
|---|---|
| **Musical Instruments - Guitars 2 (one is $400; second is $200)** | **$600.00** |

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

    ☐ No

    ■ Yes.  Describe.....

| | |
|---|---|
| **Smith & Wesson .38 Revolver with ammunition** | **$300.00** |

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

    ☐ No

    ■ Yes.  Describe.....

| | |
|---|---|
| **Clothes** | **$500.00** |

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

    ☐ No

    ■ Yes.  Describe.....

| | |
|---|---|
| **Wedding Band** | **$250.00** |
| **iWatch** | **$200.00** |
| **Watch** | **$50.00** |

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses

    ■ No

    ☐ Yes.  Describe.....

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ■ No
    ☐ Yes. Give specific information.....

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached**
    **for Part 3. Write that number here** ...........................................................................

| $5,925.00 |

---

**Part 4:    Describe Your Financial Assets**

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own?<br>Do not deduct secured claims or exemptions. |
|---|---|

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    ☐ No
    ■ Yes..........................................................................................................

|  | Cash | $419.00 |

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
    ☐ No
    ■ Yes.......................                    Institution name:

| 17.1. | **Checking (x7700)** | **Wells Fargo Bank, N.A.** | $86.22 |
| 17.2. | **Savings (x2932)** | **Wells Fargo Bank, N.A.** | $0.00 |
| 17.3. | **Checking (x0758)** | **Capital One** | $0.00 |
| 17.4. | **HSA Account** | **United Health Care HSA Account** | $2,100.00 |

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ■ No
    ☐ Yes.................                    Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ☐ No
    ■ Yes.  Give specific information about them...................
                         Name of entity:                              % of ownership:

| **J Levine Auction & Appraisal, LLC** | | |
| **Business was in a chapter 11 until recently. Converted to Chapter 7 with Dina Anderson as Trustee.** | **100** % | $0.00 |

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Voltaire Shea LLC**

**Asset: 6101 East Voltaire Avenue, Scottsdale, AZ 85254, valued at $840,000**
**Liabilties: Deeds of Trust agains the property - 1st -Western States Bank $564,926.24; 2nd - BNC Bank 275,000; 3rd - Second Wind Enterprises $662,788.00**
**Western States Bank Account: $35.00 on 8/8/2019**

**Liabilities exceed asset - negative value**

**Assisted Living Facility which rents facility and receives $5,000 per month in rent.  BNC services payment and pays Western States Bank their first position payment of apprx. $4,500.00, then maintains the remaining balance to offset their loan balance.**

       **100**   %            **$0.00**

**JLAHub, LLC**

**Asset: Wells Fargo Bank Business Checking for JLAHub, LLC (x0290) - $0.00 in account 8/8/2019 Company had a 10% interest in 951 W Watkins LLC as part of the lease understanding with Landlord.  Upon default, JLAHub, LLC signed a forebearance agreement**

       **100**   %            **$0.00**

**AZ Estate Liquidators, LLC**

**Opened but never operated.  No assets or receivables.  No cash value.**

       **100**   %            **$0.00**

---

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
   *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
   *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
   ☑ No
   ☐ Yes. Give specific information about them
               Issuer name:

21. **Retirement or pension accounts**
   *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
   ☐ No
   ☑ Yes. List each account separately.
            Type of account:        Institution name:

          **IRA**           **Raymond James**            **$23,292.50**

22. **Security deposits and prepayments**
   Your share of all unused deposits you have made so that you may continue service or use from a company
   *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
   ☑ No
   ☐ Yes. .......................            Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
   ☑ No
   ☐ Yes.............      Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com           Best Case Bankruptcy

26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

■ No

☐ Yes.............    Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

■ No

☐ Yes.  Give specific information about them...

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

■ No

☐ Yes.  Give specific information about them...

**27. Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

■ No

☐ Yes.  Give specific information about them...

| **Money or property owed to you?** | | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|---|

**28. Tax refunds owed to you**

☐ No

■ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

| 2018 tax refund; 2019 tax refund | Federal and State | Unknown |
|---|---|---|

**29. Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

■ No

☐ Yes. Give specific information......

**30. Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else

☐ No

■ Yes. Give specific information..

| Wages and commissions ($2,600.96) and healthcare contribution ($278.10) owed to Debtor by J. Levine Auction & Appraisal, LLC<br><br>Expert testimony fee ($1575.75) for services provided in July 2019 | $4,454.81 |
|---|---|

**31. Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☐ No

■ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| **Banner Life Insurance Company Term Life Policy-No cash value Policy Amount $650,000.00** | **BNC Bank and Chelsea Wise** | **$0.00** |

32. **Any interest in property that is due you from someone who has died**
     If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
     ■ No
     ☐ Yes.  Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
     *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
     ■ No
     ☐ Yes.  Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
     ☐ No
     ■ Yes.  Describe each claim.........

| | |
|---|---|
| Loans to J. Levine Auction & Appraisal, LLC - Unsecured Claim in J. Levine Auction and Appraisal, LLC | $45,239.00 |

35. **Any financial assets you did not already list**
     ■ No
     ☐ Yes.  Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.............................................................................................................**     | $75,591.53 |

| Part 5: | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |
|---|---|

37. **Do you own or have any legal or equitable interest in any business-related property?**
     ■ No. Go to Part 6.
     ☐ Yes.  Go to line 38.

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
     ■ No. Go to Part 7.
     ☐ Yes.  Go to line 47.

| Part 7: | Describe All Property You Own or Have an Interest in That You Did Not List Above |
|---|---|

53. **Do you have other property of any kind you did not already list?**
     *Examples:* Season tickets, country club membership
     ■ No
     ☐ Yes. Give specific information.........

54.   **Add the dollar value of all of your entries from Part 7. Write that number here  ....................................**     | $0.00 |

| **Part 8:** | List the Totals of Each Part of this Form |
|---|---|

55.  **Part 1: Total real estate, line 2** ................................................................................................................ | **$397,135.00**

56.  **Part 2: Total vehicles, line 5**                                    **$0.00**

57.  **Part 3: Total personal and household items, line 15**            **$5,925.00**

58.  **Part 4: Total financial assets, line 36**                        **$75,591.53**

59.  **Part 5: Total business-related property, line 45**                 **$0.00**

60.  **Part 6: Total farm- and fishing-related property, line 52**        **$0.00**

61.  **Part 7: Total other property not listed, line 54**          +     **$0.00**

62.  **Total personal property.** Add lines 56 through 61...    **$81,516.53**    Copy personal property total    **$81,516.53**

63.  **Total of all property on Schedule A/B**. Add line 55 + line 62          **$478,651.53**

**Fill in this information to identify your case:**

| Debtor 1 | **Josh D. Levine** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF ARIZONA | | |
| Case number | | | |
| (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt                    4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

**Part 1:    Identify the Property You Claim as Exempt**

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

    ■ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

    ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own Copy the value from *Schedule A/B* | Amount of the exemption you claim *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **4362 East Ludlow Drive Phoenix, AZ 85032  Maricopa County** Line from *Schedule A/B*: **1.1** | $397,135.00 | ■              $150,000.00 ☐ 100% of fair market value, up to any applicable statutory limit | **Ariz. Rev. Stat. § 33-1101(A)** |
| **Household Goods and Furnishings Location: 4362 East Ludlow Drive, Phoenix AZ 85032** **Kitchen: Stove - 100 Refrigerator - 150 Pots/Pans - 50 Dishes - 50 Silverware - 25 Small Appliances - 100** **Dining Room: Hutch - 50 Floor Fan - 50 Vacuum - 75** Line from *Schedule A/B*: **6.1** | $1,675.00 | ■              $1,750.00 ☐ 100% of fair market value, up to any applicable statutory limit | **Ariz. Rev. Stat. § 33-1123** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                            Best Case Bankruptcy

Case 2:19-bk-10058-BKM    Doc 1    Filed 08/12/19    Entered 08/12/19 12:49:53    Desc
Main Document    Page 19 of 237

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Books**<br>Line from *Schedule A/B*: **6.2** | $200.00 | ■ $250.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Ariz. Rev. Stat. § 33-1125(5)** |
| **Electronics**<br><br>**Living Room:**<br>**Television Set - 200**<br>**Sound Bar - 50**<br><br>**Master Bedroom:**<br>**Television Set - 150**<br><br>**Other Bedrooms:**<br>**Television Set - 100**<br><br>**Miscellaneous:**<br>**Home Computer System - 200**<br>**Tech 21 Amp and Microphones - 200**<br>Line from *Schedule A/B*: **7.1** | $900.00 | ■ $900.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Ariz. Rev. Stat. § 33-1123** |
| **Musical Instruments - Guitars 2 (one is $400; second is $200)**<br>Line from *Schedule A/B*: **9.1** | $600.00 | ■ $800.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Ariz. Rev. Stat. § 33-1125(2)** |
| **Smith & Wesson .38 Revolver with ammunition**<br>Line from *Schedule A/B*: **10.1** | $300.00 | ■ $2,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Ariz. Rev. Stat. § 33-1125(10)** |
| **Clothes**<br>Line from *Schedule A/B*: **11.1** | $500.00 | ■ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Ariz. Rev. Stat. § 33-1125(1)** |
| **Wedding Band**<br>Line from *Schedule A/B*: **12.1** | $250.00 | ■ $250.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Ariz. Rev. Stat. § 33-1125(4)** |
| **iWatch**<br>Line from *Schedule A/B*: **12.2** | $200.00 | ■ $250.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Ariz. Rev. Stat. § 33-1125(6)** |
| **HSA Account: United Health Care HSA Account**<br>Line from *Schedule A/B*: **17.4** | $2,100.00 | ■ $600.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Ariz. Rev. Stat. § 33-1126(A)(9)** |
| **IRA: Raymond James**<br>Line from *Schedule A/B*: **21.1** | $23,292.50 | ■ 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | **Ariz. Rev. Stat. § 33-1126(B)** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Wages and commissions ($2,600.96) and healthcare contribution ($278.10) owed to Debtor by J. Levine Auction & Appraisal, LLC**<br><br>**Expert testimony fee ($1575.75) for services provided in July 2019**<br>Line from *Schedule A/B*: **30.1** | $4,454.81 | ■                75%<br>☐   100% of fair market value, up to any applicable statutory limit | **Ariz. Rev. Stat. § 33-1131(B)** |
| **Banner Life Insurance Company Term Life Policy-No cash value Policy Amount $650,000.00 Beneficiary: BNC Bank and Chelsea Wise**<br>Line from *Schedule A/B*: **31.1** | $0.00 | ■             100%<br>☐   100% of fair market value, up to any applicable statutory limit | **Ariz. Rev. Stat. § 20-1131** |

3. **Are you claiming a homestead exemption of more than $170,350?**
   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■   No

   ☐   Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

        ☐   No

        ☐   Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Josh D. Levine** |
| | First Name · Middle Name · Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name · Middle Name · Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF ARIZONA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property   12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☑ Yes. Fill in all of the information below.

### Part 1:   List All Secured Claims

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|---|
| **2.1** **BNC National Bank** <br>Creditor's Name | Describe the property that secures the claim: | $245,822.53 | $0.00 | $245,822.53 |

**Voltaire Shea LLC**

**Asset: 6101 East Voltaire Avenue, Scottsdale, AZ 85254, valued at $840,000**
**Liabilities: Western States Bank $564,926.24; BNC Bank 275,000; Second Wind Enterprises $662,788.00**
**Western States Bank Account: $35.00 on 8/8/**

**20175 North 67th Avenue**
**Glendale, AZ 85308**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred   **2/6/13**       Last 4 digits of account number   **9702**

Case 2:19-bk-10058-BKM   Doc 1   Filed 08/12/19   Entered 08/12/19 12:49:53   Desc
Main Document   Page 22 of 237

| 2.2 | **Second Wind Enterprises, LLC** | | $550,000.00 | $397,135.00 | $152,865.00 |
|---|---|---|---|---|---|

Creditor's Name

Describe the property that secures the claim:

**2nd DOT on 4362 East Ludlow Drive Phoenix, AZ 85032 Maricopa County and 3rd DOT on the 6101 E. Voltaire Avenue, Scottsdale AZ 85254**

**8110 East Del Tiburon Drive**
**Scottsdale, AZ 85258**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)     **Deed of Trust**

Date debt was incurred     **3/26/18**     Last 4 digits of account number

---

| 2.3 | **Wells Fargo Hm Mortgag** | | $357,061.00 | $397,135.00 | $357,061.00 |
|---|---|---|---|---|---|

Creditor's Name

Describe the property that secures the claim:

**4362 East Ludlow Drive Phoenix, AZ 85032 Maricopa County**

**8480 Stagecoach Cir**
**Frederick, MD 21701**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)     **Deed of Trust**

Date debt was incurred     **Opened 03/16 Last Active 5/28/19**     Last 4 digits of account number     **8856**

---

Debtor 1    **Josh D. Levine**
　　　　　　First Name　　　　　Middle Name　　　　　Last Name

Case number (if known) _____

| | | | | | |
|---|---|---|---|---|---|
| 2.4 | **Western States Bank** | Describe the property that secures the claim: | $564,926.24 | $0.00 | $564,926.24 |

Creditor's Name

**Voltaire Shea LLC**

**Asset: 6101 East Voltaire Avenue, Scottsdale, AZ 85254, valued at $840,000**
**Liabilities: Deeds of Trust agains the property - 1st -Western States Bank $564,926.24; 2nd - BNC Bank 275,000; 3rd - Second Wind Enterprises $6**

**7001 North Scottsdale Road**
**#1000**
**Paradise Valley, AZ 85253**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred   **03/10/2016**    Last 4 digits of account number   **0672**

| | |
|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | $1,717,809.77 |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $1,717,809.77 |

**Part 2:    List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

☐
Name, Number, Street, City, State & Zip Code
**Second Wind Ent. c/o Quarles & Brady**
**Attn: Alissa Brice Casteneda**
**Two North Central Avenue**
**Phoenix, AZ 85004**

On which line in Part 1 did you enter the creditor?   **2.2**

Last 4 digits of account number ___

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Fill in this information to identify your case:

Debtor 1    **Josh D. Levine**

          First Name         Middle Name         Last Name

Debtor 2

(Spouse if, filing)   First Name         Middle Name         Last Name

United States Bankruptcy Court for the:    DISTRICT OF ARIZONA

Case number
(if known)

☐ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims      12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**

☐ No. Go to Part 2.

■ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

| | | | |
|---|---|---|---|
| **2.1**   **Arizona Department of Revenue** | Last 4 digits of account number _____ | **Unknown**    **Unknown**    **Unknown** | |

Priority Creditor's Name
**1600 West Monroe Street**
**Phoenix, AZ 85007**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____

**Notice Only**

Case 2:19-bk-10058-BKM    Doc 1    Filed 08/12/19    Entered 08/12/19 12:49:53    Desc
Main Document     Page 25 of 237

| 2.2 | **Internal Revenue Service** | Last 4 digits of account number _____ | $0.00 | $0.00 | $0.00 |

Priority Creditor's Name

**Centralized Insolvency**
**Operations**
**PO Box 7346**
**Philadelphia, PA 19101**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☐ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____

**Notice Only**

---

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |

3.  **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

■ Yes.

4.  **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | | Total claim |

| 4.1 | **Adrienne Lauridsen/ Eye Soar Inc.** | Last 4 digits of account number _____ | $23,000.00 |

Nonpriority Creditor's Name

**13236 N. 7th St, Unit 4-291**
**Phoenix, AZ 85022**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?    **12/02/18**

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Consignment Contract with J. Levine**
**Auction and Appraisal, LLC - Notice**
**Purposes**

---

| | | | |
|---|---|---|---|
| **4.2** | **Alan Nichals** | Last 4 digits of account number    0091 | **$2,734.65** |

Nonpriority Creditor's Name

**6000 N Canon Del Pajaro**
**Tucson, AZ 85750**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    10/21/18

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify    **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| | | | |
|---|---|---|---|
| **4.3** | **Alfredo Molina** | Last 4 digits of account number    0024 | **$1,337.64** |

Nonpriority Creditor's Name

**3134 E. Camelback Rd.**
**Phoenix, AZ 85016**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    11/25/18

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify    **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| | | | |
|---|---|---|---|
| **4.4** | **Alfredo Salas** | Last 4 digits of account number    3428 | **$1,337.64** |

Nonpriority Creditor's Name

**1546 E Fountain St**
**Mesa, AZ 85203**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    09/23/18; 12/30/18; 2/17/19

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

Case 2:19-bk-10058-BKM    Doc 1    Filed 08/12/19    Entered 08/12/19 12:49:53    Desc
Main Document    Page 27 of 237

| 4.5 | Ali Zarrin | Last 4 digits of account number | 3093 | $5,122.90 |

Nonpriority Creditor's Name
**2701 S. Idaho Road, Lot #333**
**Apache Junction, AZ 85119**
Number Street City State Zip Code

**When was the debt incurred?** 01/20/19; 1/27/19; 3/3/19

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| 4.6 | Allan Bernstein | Last 4 digits of account number | 0012 | $11.70 |

Nonpriority Creditor's Name
**190 Morgan Rd.**
**Sedona, AZ 86776**
Number Street City State Zip Code

**When was the debt incurred?** 04/01/18; 4/8/18

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| 4.7 | American Express | Last 4 digits of account number | 3805 | $57,242.87 |

Nonpriority Creditor's Name
**P.O. Box 650448**
**Dallas, TX 75265**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Business debt**

| 4.8 | **American Express (Costco)** | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name

**P.O. Box 650448**
**Dallas, TX 75265**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt**

---

| 4.9 | **Amy Oroshnik** | Last 4 digits of account number | **4000** | **$4,675.50** |

Nonpriority Creditor's Name

**15575 Lewis Place, Apt 4643**
**Addison, TX 75001**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No


☐ Yes

When was the debt incurred?    **11/25/18**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| 4.10 | **Andera Hernandez** | Last 4 digits of account number | **0085** | **$2,048.15** |

Nonpriority Creditor's Name

**4505 S Harvey dr #2193**
**Tempe, AZ 85282**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No


☐ Yes

When was the debt incurred?    **03/10/19**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

| 4.1 1 | **Andrew Goldstein** | **Last 4 digits of account number** | **3552** | **$4,960.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**23822 N 85th St**
**Scottsdale, AZ 85255**
Number Street City State Zip Code

**When was the debt incurred?**    **01/06/19**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| 4.1 2 | **Andrew Piotrowski** | **Last 4 digits of account number** | | **$2,556.80** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**10643 N Frank Lloyd Wright, Suite 202**
**Scottsdale, AZ 85259**
Number Street City State Zip Code

**When was the debt incurred?**    **02/24/19**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify    **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| 4.1 3 | **Andy Bell** | **Last 4 digits of account number** | **8117** | **$18,953.55** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**39750 N Linda Dr**
**Cave Creek, AZ 85331**
Number Street City State Zip Code

**When was the debt incurred?**    **01/06/19; 1/13/19; 2/17/19**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

Case 2:19-bk-10058-BKM    Doc 1    Filed 08/12/19    Entered 08/12/19 12:49:53    Desc
Main Document    Page 30 of 237

| | | | |
|---|---|---|---|
| **4.1 4** | **Angelique Berry** | Last 4 digits of account number | **2012** | **$54.25** |

**Angelique Berry**
Nonpriority Creditor's Name
**11 Glen St**
**Maiden, MA 02148**
Number Street City State Zip Code

Last 4 digits of account number    **2012**                                  **$54.25**

When was the debt incurred?        **12/02/18**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

- ■ No

- ☐ Yes

- ■ Other. Specify   **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

**4.1 5**

**Anna Hall**
Nonpriority Creditor's Name
**834 E Marconi Av**
**Phoenix, AZ 85022**
Number Street City State Zip Code

Last 4 digits of account number    **7705**                                  **$252.40**

When was the debt incurred?        **02/24/19; 3/3/19**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

- ■ No

- ☐ Yes

- ■ Other. Specify   **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

**4.1 6**

**Anne Wendell**
Nonpriority Creditor's Name
**4525 N. 66th Street Unit 34**
**Scottsdale, AZ 85251**
Number Street City State Zip Code

Last 4 digits of account number    **7658**                                  **$573.75**

When was the debt incurred?        **01/27/19**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

- ■ No

- ☐ Yes

- ■ Other. Specify   **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                   Best Case Bankruptcy

Case 2:19-bk-10058-BKM    Doc 1    Filed 08/12/19    Entered 08/12/19 12:49:53    Desc
Main Document         Page 31 of 237

---

**4.17**

**Annette Schultise**
Nonpriority Creditor's Name
**2550 S. San Tan Village Pkwy. Apt. 4046**
**Gilbert, AZ 85295**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**    **5736**          **$955.15**

**When was the debt incurred?**    **08/05/18; 8/12/18; 9/23/18**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

**4.18**

**Anthony Kesman**
Nonpriority Creditor's Name
**14333 W Lamoille Dr**
**Phoenix, AZ 85074**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**    **8000**          **$454.00**

**When was the debt incurred?**    **11/11/18**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

**4.19**

**Arcarius/Velocity Capital Group**
Nonpriority Creditor's Name
**91 Carmon Avenue**
**Cedarhurst, NY 11516**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**          **$262,723.67**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Judgment**

---

| | | |
|---|---|---|
| **4.2 0** | **Arthur Sheppard** | Last 4 digits of account number   **0026**                                    **$35.75** |

Nonpriority Creditor's Name
**7920 E. Camelback Rd.**
**Scottsdale, AZ 85251**

When was the debt incurred?    **04/29/18**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
**☐ Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| | | |
|---|---|---|
| **4.2 1** | **Asha Sethi** | Last 4 digits of account number   **0152**                                    **$138.50** |

Nonpriority Creditor's Name
**5028 N. Scottsdale Road**
**Scottsdale, AZ 85253**

When was the debt incurred?    **11/18/18**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
**☐ Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| | | |
|---|---|---|
| **4.2 2** | **Audrey Hanks** | Last 4 digits of account number   **0075**                                    **$1,287.00** |

Nonpriority Creditor's Name
**Cecilia Buse Trust 14022 N. Bolivar Dr.**
**Sun City, AZ 85351**

When was the debt incurred?    **10/07/18**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
**☐ Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

Case 2:19-bk-10058-BKM    Doc 1    Filed 08/12/19    Entered 08/12/19 12:49:53    Desc
Main Document        Page 33 of 237

| 4.2 3 | **Axos Bank** | Last 4 digits of account number | **5940** | **Unknown** |

Nonpriority Creditor's Name

**4350 La Jolla Village Dr.**
**San Diego, CA 92121**

When was the debt incurred?    **Opened 03/14  Last Active 3/11/16**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Real Estate Mortgage**

---

| 4.2 4 | **Bank Of America** | Last 4 digits of account number | **3520** | **$11,643.00** |

Nonpriority Creditor's Name

**Po Box 982238**
**El Paso, TX 79998**

When was the debt incurred?    **Opened 07/13  Last Active 5/30/19**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Credit Card**

---

| 4.2 5 | **Barbara  Graham** | Last 4 digits of account number | **7671** | **$143.00** |

Nonpriority Creditor's Name
**7878 E. Gainey Ranch Road #52**
**Scottsdale, AZ 85258**

When was the debt incurred?    **12/23/18**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

- ☑ No

- ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

☑ Other. Specify    **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

| 4.2 6 | **Barbara  Mark-Dreyfuss** | Last 4 digits of account number | **5802** | **Unknown** |

Nonpriority Creditor's Name
**12638 N. 78th Street**
**Scottsdale, AZ 85260**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?**    **12/23/18**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| 4.2 7 | **Barbara Downs** | Last 4 digits of account number | **0016** | **Unknown** |

Nonpriority Creditor's Name
**18012 N. 54th Ln.**
**Glendale, AZ 85308**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?**    **03/18/18; 4/1/18; 5/4/18**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| 4.2 8 | **Barbara Luther** | Last 4 digits of account number | **5798** | **$23,014.90** |

Nonpriority Creditor's Name
**1855 W Wickenberg Way  #139**
**Wickenburg, AZ 85390**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?**    **12/30/18; 1/20/19; 2/10/19**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

**4.29**

**Barclay**

Nonpriority Creditor's Name

**P.O. Box 60517**
**City of Industry, CA 91716**

Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number    **1045**                      **$5,862.51**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Credit Card**

---

**4.30**

**Barclays Bank Delaware**

Nonpriority Creditor's Name

**P.o. Box 8803**
**Wilmington, DE 19899**

Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number    **9365**                      **$6,006.00**

When was the debt incurred?          **Opened 09/16  Last Active 5/30/19**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify    **Credit Card**

---

**4.31**

**Bbva Compass**

Nonpriority Creditor's Name

**2009 Beltline Parkway**
**Decatur, AL 35603**

Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number    **6886**                      **$1,770.00**

When was the debt incurred?          **Opened 11/17  Last Active 7/23/19**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Credit Card**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| 4.3 2 | **Benito Gatica** | Last 4 digits of account number | 0140 | $350.00 |

Nonpriority Creditor's Name
**824 E. Cambridge St.**
**Phoenix, AZ 85006**
Number City State Zip Code

When was the debt incurred?    08/12/18

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- **☐ Check if this claim is for a community debt**
- **Is the claim subject to offset?**
- ■ No

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

- ☐ Yes
- ■ Other. Specify    **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| 4.3 3 | **Betty  Treder** | Last 4 digits of account number | 7678 | $44.10 |

Nonpriority Creditor's Name
**530 E. HUnt Hwy  STE 103-481**
**San Tan Valley, AZ 85143**
Number Street City State Zip Code

When was the debt incurred?    12/30/18

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- **☐ Check if this claim is for a community debt**
- **Is the claim subject to offset?**
- ■ No

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

- ☐ Yes
- ■ Other. Specify    **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| 4.3 4 | **Bill Combs** | Last 4 digits of account number | 0117 | $29.25 |

Nonpriority Creditor's Name
**1933 Savanna Way**
**Palm Springs, CA 92262**
Number Street City State Zip Code

When was the debt incurred?    08/26/18

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- **☐ Check if this claim is for a community debt**
- **Is the claim subject to offset?**
- ■ No

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

- ☐ Yes
- ■ Other. Specify    **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

Case 2:19-bk-10058-BKM    Doc 1    Filed 08/12/19    Entered 08/12/19 12:49:53    Desc
Main Document      Page 37 of 237

| | | |
|---|---|---|
| **4.3 5** | **Bill Fisher** | |

**Bill Fisher**
Nonpriority Creditor's Name
**725 W Smoke Tree Rd**
**Gilbet, AZ 85233**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    **3497**      **$162.10**

When was the debt incurred?    **02/17/19**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| | | |
|---|---|---|
| **4.3 6** | **Blake Staffer** | |

**Blake Staffer**
Nonpriority Creditor's Name
**7616 E. Mary Sharon Dr.**
**Scottsdale, AZ 85266**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    **0010**      **$299.93**

When was the debt incurred?    **06/07/18**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| | | |
|---|---|---|
| **4.3 7** | **BMW FINANCIAL SERVICES** | |

**BMW FINANCIAL SERVICES**
Nonpriority Creditor's Name
**ATTN: CUSTOMER SERVICE**
**PO BOX 3608**
**Dublin, OH 43016-0306**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number      **Unknown**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice Purposes - Deficiency Balance**

---

Case 2:19-bk-10058-BKM    Doc 1    Filed 08/12/19    Entered 08/12/19 12:49:53    Desc
Main Document    Page 38 of 237

| 4.3 8 | | | |
|---|---|---|---|

**BNC Bank**
Nonpriority Creditor's Name
**20175 N 67th Ave**
**Glendale, AZ 85308**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____      $245,822.53

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Personal Guarantee**

---

| 4.3 9 | | | |
|---|---|---|---|

**Bob  Golay**
Nonpriority Creditor's Name
**2418 S Buttercup**
**Mesa, AZ 85209**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   8150          $327.60

When was the debt incurred?   02/03/19; 3/3/19

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| 4.4 0 | | | |
|---|---|---|---|

**Bob Saegert**
Nonpriority Creditor's Name
**7336 E Ironwood Ct**
**Scottsdale, AZ 85258**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   5829          $236.75

When was the debt incurred?   02/24/19

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

| 4.4 1 | **Brandon Phillips** | Last 4 digits of account number _____ | **$6,000.00** |
|---|---|---|---|

**Brandon Phillips**
Nonpriority Creditor's Name
**11766 Wilshire Blvd, Ste 500**
**Los Angeles, CA 90025**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____    **$6,000.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| 4.4 2 | **Brenda Kirby** | Last 4 digits of account number 8180 | **$58.20** |
|---|---|---|---|

**Brenda Kirby**
Nonpriority Creditor's Name
**639 E Charlevoix AV**
**Gilbert, AZ 85297**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number **8180**    **$58.20**

When was the debt incurred?    **03/10/19**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| 4.4 3 | **Brent Gibson** | Last 4 digits of account number 8109 | **$183.00** |
|---|---|---|---|

**Brent Gibson**
Nonpriority Creditor's Name
**3022 E. Bloomfield Rd.**
**Phoenix, AZ 85032**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number **8109**    **$183.00**

When was the debt incurred?    **03/11/18; 4/6/18; 4/8/19; 7/8/18; 8/12/18**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| 4.4 4 | **Brian  Bell** | Last 4 digits of account number | **5799** | **$7,939.90** |

Nonpriority Creditor's Name
**10390 E. Lakeview Dr #202**
**Scottsdale, AZ 85258**
Number Street City State Zip Code

When was the debt incurred?  **01/06/19; 2/10/19; 2/24/19**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No

- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| 4.4 5 | **Brumfield Family Trust** | Last 4 digits of account number | **5758** | **$4,000.00** |

Nonpriority Creditor's Name
**Attn: Tim Brumfield**
**2108 W. Palomino Drive**
**Chandler, AZ 85224**
Number Street City State Zip Code

When was the debt incurred?  **09/23/18**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No

- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify  **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| 4.4 6 | **C. N. Spike Flanders** | Last 4 digits of account number | **2016** | **$189.30** |

Nonpriority Creditor's Name
**808 C Street**
**Silver City, NM 88061**
Number Street City State Zip Code

When was the debt incurred?  **11/11/18**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No

- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| 4.47 | **Capital One** | | Last 4 digits of account number    **9476** | | **$4,688.59** |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**P.O. Box 71083**
**Charlotte, NC 28272**

Number Street City State Zip Code

**When was the debt incurred?**

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt**

---

| 4.48 | **Capital One** | | Last 4 digits of account number    **2357** | | **Unknown** |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**Po Box 30253**
**Salt Lake City, UT 84130**

Number Street City State Zip Code

**When was the debt incurred?**    **Opened  3/08/10  Last Active 5/16/11**

Who incurred the debt? Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Credit Card**

---

| 4.49 | **Capital One Bank Usa N** | | Last 4 digits of account number    **2510** | | **$11,497.00** |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**Po Box 30281**
**Salt Lake City, UT 84130**

Number Street City State Zip Code

**When was the debt incurred?**    **Opened 10/08  Last Active 6/10/19**

Who incurred the debt? Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Charge Account**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

**4.50**

**Capital One Bank Usa N**
Nonpriority Creditor's Name

**Po Box 30281**
**Salt Lake City, UT 84130**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number    **0783**                          **$7,686.00**

**When was the debt incurred?**    **Opened 07/13  Last Active 5/30/19**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Charge Account**

---

**4.51**

**Capital One Bank Usa N**
Nonpriority Creditor's Name

**Po Box 30281**
**Salt Lake City, UT 84130**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number    **9108**                          **$2,190.00**

**When was the debt incurred?**    **Opened 09/02  Last Active 5/30/19**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Credit Card**

---

**4.52**

**Carl Scates**
Nonpriority Creditor's Name
**4246 N. Scottsdale Rd.**
**Scottsdale, AZ 85251**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No

- ☐ Yes

Last 4 digits of account number    **3455**                          **$4,188.00**

**When was the debt incurred?**    **12/02/18**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

**4.5.3**

**Carol Hitchcock**
Nonpriority Creditor's Name
**PO BOX 1524**
**Cave Creek, AZ 85327**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **7710**                              **$782.60**

When was the debt incurred?    **03/03/19**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

**4.5.4**

**Carol Miller**
Nonpriority Creditor's Name
**5330 N Central Av**
**Phoenix, AZ 85012**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **0078**                              **$595.90**

When was the debt incurred?    **09/16/18**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

**4.5.5**

**Caroline Sitler**
Nonpriority Creditor's Name
**1501 W Sequoia Drive**
**Phoenix, AZ 85027**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **5811**                              **$10.70**

When was the debt incurred?    **01/27/19**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

Case 2:19-bk-10058-BKM    Doc 1    Filed 08/12/19    Entered 08/12/19 12:49:53    Desc
Main Document    Page 44 of 237

| 4.5 6 | **Cassie Martin** | | **Last 4 digits of account number** 0024 | **$58.50** |

Nonpriority Creditor's Name
**2275 E. Scenic St.**
**Apache Junction, AZ 85119**
Number Street City State Zip Code

**When was the debt incurred?** 04/01/18

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- **☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

- ☐ Yes

---

| 4.5 7 | **Cathy Poulos** | | **Last 4 digits of account number** 5657 | **$13.30** |

Nonpriority Creditor's Name
**9484 E. Adobe Dr.**
**Scottsdale, AZ 85255**
Number Street City State Zip Code

**When was the debt incurred?** 10/07/18

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- **☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

- ☐ Yes

---

| 4.5 8 | **Chad Lakridis** | | **Last 4 digits of account number** 3676 | **$658.60** |

Nonpriority Creditor's Name
**8175 E Evans Road  #12277**
**Scottsdale, AZ 85267**
Number Street City State Zip Code

**When was the debt incurred?** 02/03/19; 2/10/19

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- **☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

- ☐ Yes

---

| 4.5 9 | **Chana Tiechtel** | Last 4 digits of account number | **5817** | **$1,291.55** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**1246 W 10th St**
**Tempe, AZ 85281**
Number Street City State Zip Code

When was the debt incurred?    **02/10/19**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| 4.6 0 | **Charles P. Joyce** | Last 4 digits of account number | **0056** | **$6,387.49** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**2971 RT 417 E PO Box 330**
**Wellsville, NY 14895**
Number Street City State Zip Code

When was the debt incurred?    **07/15/18; 7/22/18; 7/29/18**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| 4.6 1 | **Charles Pshaenich** | Last 4 digits of account number | **0067** | **$283.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**28585 N. 114th St.**
**Scottsdale, AZ 85262**
Number Street City State Zip Code

When was the debt incurred?    **04/22/18; 4/29/18**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| | |
|---|---|
| 4.6 2 | |

**Chase Freedom**

Nonpriority Creditor's Name

**P.O. Box 6294**
**Carol Stream, IL 60197**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____          **$62.04**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt** _____

---

| | |
|---|---|
| 4.6 3 | |

**Chase Ink**

Nonpriority Creditor's Name

**P.O. Box 6294**
**Carol Stream, IL 60197**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____          **$16,997.47**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt** _____

---

| | |
|---|---|
| 4.6 4 | |

**Chase Kookoo Toys**

Nonpriority Creditor's Name

**P.O. Box 6294**
**Carol Stream, IL 60197**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____          **$9,959.33**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt** _____

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| | | |
|---|---|---|
| **4.6 5** | **Cheryl Schneider** | |

Nonpriority Creditor's Name

**14955 W. Crenshaw Drive**
**Goodyear, AZ 85395**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number    **7696**              **$3,535.10**

When was the debt incurred?        **02/03/19**

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| | | |
|---|---|---|
| **4.6 6** | **Chris Steinbeigle** | |

Nonpriority Creditor's Name

**6560 E. El Paso**
**Mesa, AZ 85205**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number    _____              **$659.55**

When was the debt incurred?        **11/11/18;11/18/18; 12/23/18; 2/24/19**

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| | | |
|---|---|---|
| **4.6 7** | **Christina Nielsen** | |

Nonpriority Creditor's Name

**668 Cedar St**
**Central Point, OR 97502**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number    **8172**              **$487.00**

When was the debt incurred?        **02/12/19; 3/4/19; 3/12/19**

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| 4.6 8 | **Cindy  Richmond** | | **Last 4 digits of account number** | **7689** | **$1,065.35** |

Nonpriority Creditor's Name
**4319 N. 29th Street**
**Phoenix, AZ 85016**
Number City State Zip Code

When was the debt incurred?    **01/20/19; 1/27/19; 2/3/19**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**
- **Is the claim subject to offset?**
- ■ No

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

- ☐ Yes
- ■ Other. Specify   **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| 4.6 9 | **Cindy Beaudry** | | **Last 4 digits of account number** | **0030** | **$316.40** |

Nonpriority Creditor's Name
**7671 E. Pleasant Run**
**Scottsdale, AZ 85258**
Number Street City State Zip Code

When was the debt incurred?    **12/16/18**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**
- **Is the claim subject to offset?**
- ■ No

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

- ☐ Yes
- ■ Other. Specify   **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| 4.7 0 | **Citi Bank Cosco** | | **Last 4 digits of account number** | **0119** | **$12,629.93** |

Nonpriority Creditor's Name
**P.O. Bank 6500**
**Sioux Falls, SD 57117**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**
- **Is the claim subject to offset?**
- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Business debt**

---

| 4.7 1 | **Citi Business AA** | | **Last 4 digits of account number** | **1351** | | $2,742.41 |

Nonpriority Creditor's Name

**P.O. Bank 6500**
**Sioux Falls, SD 57117**

**When was the debt incurred?**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ **Check if this claim is for a community debt**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

■ Other. Specify   **Business debt**

☐ Yes

---

| 4.7 2 | **Citicards** | | **Last 4 digits of account number** | **8675** | | $2,523.00 |

Nonpriority Creditor's Name

**Po Box 6241**
**Sioux Falls, SD 57117**

**When was the debt incurred?**   **Opened 02/09  Last Active 5/30/19**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ **Check if this claim is for a community debt**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

■ Other. Specify   **Credit Card**

☐ Yes

---

| 4.7 3 | **Colleen Guhin** | | **Last 4 digits of account number** | **3421** | | $4,430.40 |

Nonpriority Creditor's Name

**13828 N 28th Pl**
**Phoenix, AZ 85032**

**When was the debt incurred?**   **09/30/18; 10/28/18; 11/25/18**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ **Check if this claim is for a community debt**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

■ Other. Specify   **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

☐ Yes

---

| 4.7 4 | **Comenitybk/westelm** | Last 4 digits of account number | 3186 | **Unknown** |

Nonpriority Creditor's Name

**Po Box 182789**
**Columbus, OH 43218**

Number Street City State Zip Code

**When was the debt incurred?**    **Opened 10/17  Last Active 11/03/17**

**Who incurred the debt?** Check one.

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
□ Yes

**As of the date you file, the claim is:** Check all that apply

□ Contingent
□ Unliquidated
□ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Charge Account**

---

| 4.7 5 | **Comerica Master Card** | Last 4 digits of account number | 3737 | **$6,276.99** |

Nonpriority Creditor's Name

**P.O. Box 71203**
**Philadelphia, PA 19176**

Number Street City State Zip Code

**When was the debt incurred?**    _____

**Who incurred the debt?** Check one.

□ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
□ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
□ Yes

**As of the date you file, the claim is:** Check all that apply

□ Contingent
□ Unliquidated
□ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**

---

| 4.7 6 | **Cuauhtemoc Rendon** | Last 4 digits of account number | 8080 | **$619.80** |

Nonpriority Creditor's Name

**2601 N. 50th Ave.**
**Phoenix, AZ 85035**

Number Street City State Zip Code

**When was the debt incurred?**    **12/16/18; 1/27/19; 2/10/19; 2/17/19**

**Who incurred the debt?** Check one.

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No

□ Yes

**As of the date you file, the claim is:** Check all that apply

□ Contingent
□ Unliquidated
□ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| 4.7 7 | **Cyndi Ray** | Last 4 digits of account number | **5816** | $686.70 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**7125 N Howard Av, #442**
**Tampa, FL 33604**
Number Street City State Zip Code

When was the debt incurred?   **02/17/19**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

□ Debtor 2 only

□ Debtor 1 and Debtor 2 only

□ At least one of the debtors and another

□ Contingent

□ Unliquidated

□ Disputed

**Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

□ Student loans

**Is the claim subject to offset?**

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

□ Debts to pension or profit-sharing plans, and other similar debts

□ Yes

■ Other. Specify   **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| 4.7 8 | **Cynthia Tyler** | Last 4 digits of account number | **3366** | $23.40 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**205 Casa De Corte Via**
**Sedona, AZ 86351**
Number Street City State Zip Code

When was the debt incurred?   **09/16/18**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

□ Debtor 2 only

□ Debtor 1 and Debtor 2 only

□ At least one of the debtors and another

□ Contingent

□ Unliquidated

□ Disputed

**Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

□ Student loans

**Is the claim subject to offset?**

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

□ Debts to pension or profit-sharing plans, and other similar debts

□ Yes

■ Other. Specify   **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| 4.7 9 | **Dale Johnson** | Last 4 digits of account number | **0025** | $10.70 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**7551 E Kael Cirle**
**Mesa, AZ 85207**
Number Street City State Zip Code

When was the debt incurred?   **02/24/19**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

□ Debtor 2 only

□ Debtor 1 and Debtor 2 only

□ At least one of the debtors and another

□ Contingent

□ Unliquidated

□ Disputed

**Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

□ Student loans

**Is the claim subject to offset?**

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

□ Debts to pension or profit-sharing plans, and other similar debts

□ Yes

■ Other. Specify   **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

Case 2:19-bk-10058-BKM   Doc 1   Filed 08/12/19   Entered 08/12/19 12:49:53   Desc
Main Document      Page 52 of 237

**4.80**

**Dale Koehn**
Nonpriority Creditor's Name
**8407 E. Edgewood Ave.**
**Mesa, AZ 85208**
Number Street City State Zip Code
Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
**☐ Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No

☐ Yes

Last 4 digits of account number  **0033**                          $564.50

When was the debt incurred?  **05/27/18; 12/30/18**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

**4.81**

**Dan Andris**
Nonpriority Creditor's Name
**900 S. Canal Dr. #105**
**Chandler, AZ 85225**
Number Street City State Zip Code
Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
**☐ Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No

☐ Yes

Last 4 digits of account number  **5727**                          $329.40

When was the debt incurred?  **07/22/18**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

**4.82**

**Daniel Milligan**
Nonpriority Creditor's Name
**1405 S Newberry Ln #A**
**Tempe, AZ 85281**
Number Street City State Zip Code
Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
**☐ Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No

☐ Yes

Last 4 digits of account number  **0183**                          $397.50

When was the debt incurred?  **12/02/18**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

Case 2:19-bk-10058-BKM    Doc 1    Filed 08/12/19    Entered 08/12/19 12:49:53    Desc
Main Document    Page 53 of 237

| 4.8 3 | **Danielle Rovinsky** | Last 4 digits of account number | **0200** | **$27,139.40** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**6317 N. 10th Pl**
**Phoenix, AZ 85014**

**When was the debt incurred?**     01/13/19; 1/20/19; 2/3/19; 2/10/19; 2/24/19

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only                    ☐ Contingent
☐ Debtor 2 only                    ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only       ☐ Disputed
☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**
☐ Student loans

**Is the claim subject to offset?**
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes
■ Other. Specify    **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| 4.8 4 | **Darren  Lomay** | Last 4 digits of account number | **7676** | **$38.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**1202 E. Meadow Lane**
**Phoenix, AZ 85022**

**When was the debt incurred?**     12/30/18

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only                    ☐ Contingent
☐ Debtor 2 only                    ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only       ☐ Disputed
☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**
☐ Student loans

**Is the claim subject to offset?**
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes
■ Other. Specify    **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| 4.8 5 | **Darrin Salvemini** | Last 4 digits of account number | **5517** | **$437.40** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**3265 S Holly Ct**
**Chandler, AZ 85248**

**When was the debt incurred?**     02/24/19

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only                    ☐ Contingent
☐ Debtor 2 only                    ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only       ☐ Disputed
☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**
☐ Student loans

**Is the claim subject to offset?**
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes
■ Other. Specify    **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

| | | | |
|---|---|---|---|
| 4.8 6 | **Dave  Brown** | Last 4 digits of account number | **7672** | **$378.25** |

Nonpriority Creditor's Name

**16657 E Gunsight Dr.**
**Fountain Hills, AZ 85268**

Number Street City State Zip Code

When was the debt incurred?    **12/23/18**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Contingent
☑ Debtor 1 only
☐ Debtor 2 only          ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only     ☐ Disputed
☐ At least one of the debtors and another

**Check if this claim is for a community**
**debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    **Consignment Contract with J. Levine**
**Auction and Appraisal, LLC - Notice**
**Purposes**

---

| | | | |
|---|---|---|---|
| 4.8 7 | **David  Roach** | Last 4 digits of account number | **0038** | **$11.70** |

Nonpriority Creditor's Name

**19109 N. 78th Lane**
**Glendale, AZ 85308**

Number Street City State Zip Code

When was the debt incurred?    **01/20/19**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Contingent
☑ Debtor 1 only
☐ Debtor 2 only          ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only     ☐ Disputed
☐ At least one of the debtors and another

**Check if this claim is for a community**
**debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    **Consignment Contract with J. Levine**
**Auction and Appraisal, LLC - Notice**
**Purposes**

---

| | | | |
|---|---|---|---|
| 4.8 8 | **David Blumberg** | Last 4 digits of account number | **5564** | **$19,252.90** |

Nonpriority Creditor's Name

**Empire Wholesale Jewelry**
**5016 Chesebro Rd Suite 102**
**Agoura Hills, CA 91301**

Number Street City State Zip Code

When was the debt incurred?    **02/25/18**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Contingent
☑ Debtor 1 only
☐ Debtor 2 only          ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only     ☐ Disputed
☐ At least one of the debtors and another

**Check if this claim is for a community**
**debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    **Consignment Contract with J. Levine**
**Auction and Appraisal, LLC - Notice**
**Purposes**

---

Case 2:19-bk-10058-BKM    Doc 1    Filed 08/12/19    Entered 08/12/19 12:49:53    Desc
Main Document        Page 55 of 237

**4.8 9**

**David Brown**
Nonpriority Creditor's Name
**8210 Aspen Glen Lane**
**Flagstaff, AZ 86004**
Number Street City State Zip Code
Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **5831**                    **$1,269.00**

When was the debt incurred?    **02/24/19**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

**4.9 0**

**David Reimold**
Nonpriority Creditor's Name
**2626 E AZ Biltmore Cir, #1**
**Phoenix, AZ 85016**
Number Street City State Zip Code
Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **5827**                    **$67.90**

When was the debt incurred?    **02/17/19**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

**4.9 1**

**Dawn  Birenbaum**
Nonpriority Creditor's Name
**1709 W. Sherman Street Apt 1**
**Phoenix, AZ 85007**
Number Street City State Zip Code
Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **7674**                    **$19.80**

When was the debt incurred?    **12/30/18**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

Case 2:19-bk-10058-BKM    Doc 1    Filed 08/12/19    Entered 08/12/19 12:49:53    Desc
Main Document    Page 56 of 237

| 4.9 2 | **Dean Hall** | Last 4 digits of account number | 0118 | $10.05 |

Nonpriority Creditor's Name
**8637 N. 84th St.**
**Scottsdale, AZ 85258**
Number City State Zip Code

When was the debt incurred?    **09/23/18**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| 4.9 3 | **Debbie Shook** | Last 4 digits of account number | 8161 | $481.20 |

Nonpriority Creditor's Name
**1179 E. Goldcrest Street**
**Gilbert, AZ 85297**
Number Street City State Zip Code

When was the debt incurred?    **02/03/19; 3/3/19**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| 4.9 4 | **Debbie Meier** | Last 4 digits of account number | 7703 | $86.65 |

Nonpriority Creditor's Name
**1169 E Sunset Drive**
**Casa Grande, AZ 85122**
Number Street City State Zip Code

When was the debt incurred?    **02/24/19**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

**4.9 5**

**Debbie Mueldener**
Nonpriority Creditor's Name
**9986 W Blue Sky Drive**
**Peoria, AZ 85383**
Number Street City State Zip Code
Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No

☐ Yes

Last 4 digits of account number  **7707**          $93.25

When was the debt incurred?   **02/24/19**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

**4.9 6**

**Deborah Kray**
Nonpriority Creditor's Name
**4820 W Elecktra Lane**
**Glendale, AZ 85310**
Number Street City State Zip Code
Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No

☐ Yes

Last 4 digits of account number  **0071**          $89.25

When was the debt incurred?   **02/17/19; 2/24/19**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

**4.9 7**

**Deborah Ratkovic**
Nonpriority Creditor's Name
**36050 N 61st Street**
**Cave Creek, AZ 85331**
Number Street City State Zip Code
Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No

☐ Yes

Last 4 digits of account number  **7701**          $14.30

When was the debt incurred?   **02/17/19**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| 4.9 8 | **Dennis Bourgeois** | Last 4 digits of account number    8130 | $2,349.10 |

Nonpriority Creditor's Name

**1301 W Aster Drive**
**Phoenix, AZ 85029**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    10/21/18; 10/28/18; 11/4/18

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| 4.9 9 | **Dennis Stonewall** | Last 4 digits of account number    8165 | $231.65 |

Nonpriority Creditor's Name

**24654 N Lake Pleasant PKWY**
**Peoria, AZ 85383**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    02/10/19; 3/10/19

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| 4.1 00 | **Denny Wisely** | Last 4 digits of account number    0209 | $587.30 |

Nonpriority Creditor's Name

**12010 N 114th Way**
**Scottsdale, AZ 85259**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    02/10/19

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

Case 2:19-bk-10058-BKM    Doc 1    Filed 08/12/19    Entered 08/12/19 12:49:53    Desc
Main Document      Page 59 of 237

| 4.1 01 | **Deonise Hannay** | Last 4 digits of account number | **0100** | $39.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**16212 E. Glenview Pl.**
**Fountain Hills, AZ 85268**

When was the debt incurred?    **10/14/18**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

- ■ No

- ■ Other. Specify    **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

- ☐ Yes

---

| 4.1 02 | **Diane Fox** | Last 4 digits of account number | **0169** | Unknown |
|---|---|---|---|---|

Nonpriority Creditor's Name

**900 W Broadway Ave House Number 39**
**Apache Junction, AZ 85120**

When was the debt incurred?    **11/25/18; 12/2/18; 12/16/18; 1/27/19**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

- ■ No

- ■ Other. Specify    **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

- ☐ Yes

---

| 4.1 03 | **Diane Schieck** | Last 4 digits of account number | **2015** | $627.30 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**PO Box 20940**
**Mesa, AZ 85277**

When was the debt incurred?    **11/4/18**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

- ■ No

- ■ Other. Specify    **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

- ☐ Yes

---

| 4.1 04 | **Diane Suder** | Last 4 digits of account number | 0083 | $148.50 |

Nonpriority Creditor's Name

**7215 E Silverstone Drive**
**Scottsdale, AZ 85255**

Number Street City State Zip Code

**When was the debt incurred?**    03/10/19

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- **☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No

- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| 4.1 05 | **Dillards AMEX** | Last 4 digits of account number | 4757 | $934.45 |

Nonpriority Creditor's Name

**P.O. Box 51193**
**Los Angeles, CA 90051**

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- **☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No

- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify

---

| 4.1 06 | **Discover Fin Svcs Llc** | Last 4 digits of account number | 0513 | $15,304.00 |

Nonpriority Creditor's Name

**Po Box 15316**
**Wilmington, DE 19850**

Number Street City State Zip Code

**When was the debt incurred?**    **Opened 09/14  Last Active 5/31/19**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- **☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No

- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Credit Card**

---

Case 2:19-bk-10058-BKM    Doc 1    Filed 08/12/19    Entered 08/12/19 12:49:53    Desc
Main Document          Page 61 of 237

| | | | |
|---|---|---|---|
| **4.1 07** | **Don Rumer-Rivera** | Last 4 digits of account number | **7708** | **$232.90** |

Nonpriority Creditor's Name

**12958 E Corrine Drive**
**Scottsdale, AZ 85259**
Number Street City State Zip Code

When was the debt incurred?  **02/24/19; 3/3/19**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

**☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

☐ Yes

---

| | | | |
|---|---|---|---|
| **4.1 08** | **Donald Donahue** | Last 4 digits of account number | **8157** | **$5,548.00** |

Nonpriority Creditor's Name

**35619 7th Av**
**Phoenix, AZ 85086**
Number Street City State Zip Code

When was the debt incurred?  **02/03/19**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

**☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

☐ Yes

---

| | | | |
|---|---|---|---|
| **4.1 09** | **Donald Sharp** | Last 4 digits of account number | **1316** | **Unknown** |

Nonpriority Creditor's Name

**2620 S Decantus**
**Mesa, AZ 85209**
Number Street City State Zip Code

When was the debt incurred?  **08/06/17; 8/20/17**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

**☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

☐ Yes

---

| 4.1 10 | **Donna Hoffman** | Last 4 digits of account number | **6001** | **$1,697.00** |

Nonpriority Creditor's Name

**148 W Latigo Cir**
**San Tan Valley, AZ 85143**

Number Street City State Zip Code

When was the debt incurred?    **02/24/19; 3/3/19**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ■ Debtor 1 only
- ☐ Unliquidated
- ☐ Debtor 2 only
- ☐ Disputed
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- **☐ Check if this claim is for a community debt**
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ No

- **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**
- ■ Other. Specify
- ☐ Yes

---

| 4.1 11 | **Donna Veile** | Last 4 digits of account number | **5729** | **$433.00** |

Nonpriority Creditor's Name

**3859 Tarpon Pointe Cir.**
**Palm Harbor, FL 34684**

Number Street City State Zip Code

When was the debt incurred?    **07/29/18; 8/5/18; 8/19/18; 9/23/18**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ■ Debtor 1 only
- ☐ Unliquidated
- ☐ Debtor 2 only
- ☐ Disputed
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- **☐ Check if this claim is for a community debt**
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ No

- **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**
- ☐ Other. Specify
- ☐ Yes

---

| 4.1 12 | **Donovan's Steak & Chop House** | Last 4 digits of account number | **5772** | **$39,765.05** |

Nonpriority Creditor's Name

**Attn: Aaron Selles**
**5315 Avenida Encinas, Ste 250**
**Carlsbad, CA 92008**

Number Street City State Zip Code

When was the debt incurred?    **10/14/18; 11/11/18**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ■ Debtor 1 only
- ☐ Unliquidated
- ☐ Debtor 2 only
- ☐ Disputed
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- **☐ Check if this claim is for a community debt**
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ No

- **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**
- ■ Other. Specify
- ☐ Yes

---

Case 2:19-bk-10058-BKM    Doc 1    Filed 08/12/19    Entered 08/12/19 12:49:53    Desc
Main Document    Page 63 of 237

| 4.1 13 | **Doris Monroe** | Last 4 digits of account number | **0199** | $419.70 |

Nonpriority Creditor's Name
**11612 N. 86th Street**
**Scottsdale, AZ 85254**
Number Street City State Zip Code

When was the debt incurred?    **01/06/19; 1/13/19**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No

- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| 4.1 14 | **Dorothy  Cohen** | Last 4 digits of account number | **7694** | $164.75 |

Nonpriority Creditor's Name
**9915 E. Broken Spur Drive**
**Scottsdale, AZ 85262**
Number Street City State Zip Code

When was the debt incurred?    **01/27/19**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No

- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| 4.1 15 | **Doug Campbell** | Last 4 digits of account number | **7675** | $571.20 |

Nonpriority Creditor's Name
**860 E. Silversword Lane**
**San Tan Valley, AZ 85140**
Number Street City State Zip Code

When was the debt incurred?    **12/30/19**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No

- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| 4.1 16 | **Doug Crandall** | Last 4 digits of account number | 5783 | $13,008.95 |

Nonpriority Creditor's Name

**11492 E Sweetwater Ave**
**Scottsdale, AZ 85259**

When was the debt incurred? **11/04/18; 11/11/18; 11/18/18; 1/27/19**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Contingent

■ Debtor 1 only

☐ Debtor 2 only      ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only    ☐ Disputed

☐ At least one of the debtors and another      Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community debt**      ☐ Student loans

Is the claim subject to offset?      ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No      ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes      ■ Other. Specify  **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| 4.1 17 | **Douglas  C Underwood** | Last 4 digits of account number | 5813 | $655.50 |

Nonpriority Creditor's Name

**9025 N. 124th Street**
**Scottsdale, AZ 85259**

When was the debt incurred? **02/03/19**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Contingent

■ Debtor 1 only

☐ Debtor 2 only      ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only    ☐ Disputed

☐ At least one of the debtors and another      Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community debt**      ☐ Student loans

Is the claim subject to offset?      ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No      ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes      ■ Other. Specify  **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| 4.1 18 | **Douglas Simmons** | Last 4 digits of account number | 7704 | $3,908.25 |

Nonpriority Creditor's Name

**4636 E Robert E Lee Street**
**Phoenix, AZ 85032**

When was the debt incurred? **02/17/19; 2/24/19**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Contingent

■ Debtor 1 only

☐ Debtor 2 only      ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only    ☐ Disputed

☐ At least one of the debtors and another      Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community debt**      ☐ Student loans

Is the claim subject to offset?      ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No      ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes      ■ Other. Specify  **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| 4.1 19 | **Dr. Glen  Bowers** | Last 4 digits of account number | 7692 | $356.20 |

Nonpriority Creditor's Name

**7215 E. Silverstone Drive #3012**
**Scottsdale, AZ 85255**

Number Street City State Zip Code

When was the debt incurred?    01/27/19

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No

- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| 4.1 20 | **Earl Linderman** | Last 4 digits of account number | 5710 | $809.50 |

Nonpriority Creditor's Name

**133 E. Tam Oshanter Dr.**
**Phoenix, AZ 85022**

Number Street City State Zip Code

When was the debt incurred?    01/13/19

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No

- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| 4.1 21 | **Edward  De Paoli** | Last 4 digits of account number | 5804 | $6,715.45 |

Nonpriority Creditor's Name

**2255 W. Germann Road #1048**
**Chandler, AZ 08528**

Number Street City State Zip Code

When was the debt incurred?    01/06/19

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No

- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| 4.1 22 | **Eileen Oleary** | Last 4 digits of account number    **0059** | **$4,487.25** |

Nonpriority Creditor's Name
**11922 S 182nd Av**
**Goodyear, AZ 85338**

When was the debt incurred?    **02/17/19; 2/24/19; 3/3/19**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
**☐ Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No

☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| 4.1 23 | **Elaine Oldman** | Last 4 digits of account number    **0069** | **$3,144.50** |

Nonpriority Creditor's Name
**1945 N Arroya**
**Mesa, AZ 85205**

When was the debt incurred?    **02/24/19**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
**☐ Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No

☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| 4.1 24 | **Elizabeth  Hulings** | Last 4 digits of account number    **7670** | **$801.50** |

Nonpriority Creditor's Name
**5215 N. 18th Drive**
**Phoenix, AZ 85015**

When was the debt incurred?    **12/23/18**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
**☐ Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No

☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| | | |
|---|---|---|
| **4.1 25** | **Er-Chang Ping** | |
| | Nonpriority Creditor's Name | |
| | 42041 N. 107th Place | |
| | Scottsdale, AZ 85262 | |
| | Number Street City State Zip Code | |

**Last 4 digits of account number**    5809                     $2,216.80

**When was the debt incurred?**    02/03/19; 2/10/19

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

**☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

☐ Yes

■ Other. Specify    **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| | | |
|---|---|---|
| **4.1 26** | **Erica Schnitzer** | |
| | Nonpriority Creditor's Name | |
| | 10358 E. Bahia Dr. | |
| | Scottsdale, AZ 85255 | |
| | Number Street City State Zip Code | |

**Last 4 digits of account number**    5718                     $2,457.00

**When was the debt incurred?**    07/15/18

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

**☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

☐ Yes

■ Other. Specify    **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| | | |
|---|---|---|
| **4.1 27** | **Eva Zautra** | |
| | Nonpriority Creditor's Name | |
| | 107 W. Granada | |
| | Phoenix, AZ 85003 | |
| | Number Street City State Zip Code | |

**Last 4 digits of account number**    8089                     $722.40

**When was the debt incurred?**    08/19/18; 10/14/18; 11/4/18; 11/18/18; 12/16/18; 2/3/19; 2/10/19; 3/10/19

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

**☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

☐ Yes

■ Other. Specify    **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| 4.1 28 | **Fernando Barajas** | Last 4 digits of account number | **7698** | $1,887.50 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**3040 N 2nd St Apt 108**
**Phoenix, AZ 85012**
Number Street City State Zip Code

When was the debt incurred?     **02/10/19**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| 4.1 29 | **Forrest Hill** | Last 4 digits of account number | **0035** | $105.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**345 E. Pomona Rd.**
**Phoenix, AZ 85020**
Number Street City State Zip Code

When was the debt incurred?     **07/08/18**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| 4.1 30 | **Fred Shaulis** | Last 4 digits of account number | **5784** | $18,494.35 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**2402 E Esplanade Lane Apt 1203**
**Phoenix, AZ 85016**
Number Street City State Zip Code

When was the debt incurred?     **11/25/18; 12/2/18; 12/9/18**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| | |
|---|---|
| **4.1 31** | |

| **Gail Snor** | Last 4 digits of account number    **7687** | **$54.25** |

Nonpriority Creditor's Name
**PO Box 21537**
**Wickenberg, AZ 85358**

When was the debt incurred?    **01/27/19**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

☐ Yes

---

| **4.1 32** | |

| **Ganko Donevski** | Last 4 digits of account number    **7666** | **$120.90** |

Nonpriority Creditor's Name
**20540 N 94th Ln**
**Peoria, AZ 85382**

When was the debt incurred?    **12/16/18; 12/30/18**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

☐ Yes

---

| **4.1 33** | |

| **Gary Whitt** | Last 4 digits of account number    **7697** | **$704.10** |

Nonpriority Creditor's Name
**1221 E. Del Rio Drive**
**Tempe, AZ 85282**

When was the debt incurred?    **02/03/19**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

☐ Yes

---

Case 2:19-bk-10058-BKM    Doc 1    Filed 08/12/19    Entered 08/12/19 12:49:53    Desc
Main Document    Page 70 of 237

| 4.1 34 | **Gary Lvov** | Last 4 digits of account number    8175 | $485.55 |
|---|---|---|---|

Nonpriority Creditor's Name
**12800 N Saguaro Blvd**
**Fountain Hills, AZ 85268**
Number Street City State Zip Code

When was the debt incurred?    03/03/19

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| 4.1 35 | **Gary Robinson** | Last 4 digits of account number | $48,000.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**13043 Moody River Pkwy**
**North Fort Myers, FL 33903**
Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Loan

---

| 4.1 36 | **Gaylen Brotherson** | Last 4 digits of account number    0208 | $16,118.25 |
|---|---|---|---|

Nonpriority Creditor's Name
**12002 N Hayden Rd**
**Scottsdale, AZ 85260**
Number Street City State Zip Code

When was the debt incurred?    01/27/19; 2/24/19; 3/10/19

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

Case 2:19-bk-10058-BKM    Doc 1    Filed 08/12/19    Entered 08/12/19 12:49:53    Desc
Main Document    Page 71 of 237

| | | | |
|---|---|---|---|
| 4.1 37 | **Gaylord McMurrin** | Last 4 digits of account number **3187** | **$1,007.25** |

Nonpriority Creditor's Name
**13717 W Utica Drive**
**Sun City, AZ 85375**
Number Street City State Zip Code

When was the debt incurred? **02/10/19; 2/24/19**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| | | | |
|---|---|---|---|
| 4.1 38 | **George Catlin** | Last 4 digits of account number **7712** | **$27.95** |

Nonpriority Creditor's Name
**9809 N 1st Street**
**Phoenix, AZ 85020**
Number Street City State Zip Code

When was the debt incurred? **03/03/19**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| | | | |
|---|---|---|---|
| 4.1 39 | **George McNeill** | Last 4 digits of account number **0095** | **$80,000.00** |

Nonpriority Creditor's Name
**10270 N. 103rd Pl**
**Scottsdale, AZ 85258**
Number Street City State Zip Code

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

| 4.1 40 | **Gerald Marquart** | Last 4 digits of account number | **5821** | **$70.50** |

Nonpriority Creditor's Name
**474 E. Vesper Trail**
**San Tran Valley, AZ 85140**
Number Street City State Zip Code

**When was the debt incurred?**    **02/03/19**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- **☐ Check if this claim is for a community debt**
- **Is the claim subject to offset?**
- ■ No

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

- ☐ Yes

---

| 4.1 41 | **Geraldine Lavallee** | Last 4 digits of account number | **7677** | **$100.05** |

Nonpriority Creditor's Name
**1738 E. Maygrass Lane**
**San Tan Valley, AZ 85140**
Number Street City State Zip Code

**When was the debt incurred?**    **12/30/18; 1/20/19**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- **☐ Check if this claim is for a community debt**
- **Is the claim subject to offset?**
- ■ No

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

- ☐ Yes

---

| 4.1 42 | **Gerry Ecker** | Last 4 digits of account number | **0079** | **$176.25** |

Nonpriority Creditor's Name
**8459 W Aster Drive**
**Peoria, AZ 85381**
Number Street City State Zip Code

**When was the debt incurred?**    **03/03/19**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- **☐ Check if this claim is for a community debt**
- **Is the claim subject to offset?**
- ■ No

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

- ☐ Yes

**4.1
43**

**Gilbert Hacohen**
Nonpriority Creditor's Name

**4226 W Tuckey Lane
Phoenix, AZ 85019**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community
debt**
**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number     **8141**                              **$811.50**

When was the debt incurred?          **12/23/18**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not
report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify     **Consignment Contract with J. Levine
Auction and Appraisal, LLC - Notice
Purposes**

---

**4.1
44**

**Ginny Temple**
Nonpriority Creditor's Name

**17212 N Scottsdale Rd #2350
Scottsdale, AZ 85255**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community
debt**
**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number     **8118**                              **$196.30**

When was the debt incurred?          **09/02/18**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not
report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify     **Consignment Contract with J. Levine
Auction and Appraisal, LLC - Notice
Purposes**

---

**4.1
45**

**Gloria Laynor**
Nonpriority Creditor's Name

**909 E. Northern Ave. Apt. 123
Phoenix, AZ 85020**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community
debt**
**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number     **1000**                              **$4,798.95**

When was the debt incurred?          **04/15/18; 6/3/18; 8/19/18;
9/16/18; 9/23/18; 10/21/18;
10/28/18**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not
report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify     **Consignment Contract with J. Levine
Auction and Appraisal, LLC - Notice
Purposes**

---

| 4.1 46 | Green Capital Funding, LLC | Last 4 digits of account number _____ | $90,000.00 |
|---|---|---|---|

**Green Capital Funding, LLC**
Nonpriority Creditor's Name
**116 Nassau Street, Suite 804**
**New York, NY 10038**
Number Street City State Zip Code

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Personal Guaranty**

---

| 4.1 47 | Heidi Zeisel | Last 4 digits of account number 0188 | $2,411.10 |
|---|---|---|---|

**Heidi Zeisel**
Nonpriority Creditor's Name
**5950 N.78th Street #253**
**Scottsdale, AZ 85250**
Number Street City State Zip Code

**Last 4 digits of account number** 0188

**When was the debt incurred?** 12/16/19; 12/23/18; 2/24/19

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| 4.1 48 | Helen Anderson | Last 4 digits of account number 0060 | $175.50 |
|---|---|---|---|

**Helen Anderson**
Nonpriority Creditor's Name
**14575 N. Mountain View Blvd. #10203**
**Surprise, AZ 85374**
Number Street City State Zip Code

**Last 4 digits of account number** 0060

**When was the debt incurred?** 08/12/18

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

Case 2:19-bk-10058-BKM    Doc 1    Filed 08/12/19    Entered 08/12/19 12:49:53    Desc
Main Document    Page 75 of 237

| 4.1 49 | **Herb Bunchman** | Last 4 digits of account number | 8162 | $578.65 |

Nonpriority Creditor's Name
**3700 S. Waterfront
Chandler, AZ 85248**

When was the debt incurred?    02/10/19

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

| 4.1 50 | **Hsbc Bank** | Last 4 digits of account number | 6080 | $4,369.00 |

Nonpriority Creditor's Name

**95 Washington St
Buffalo, NY 14203**

When was the debt incurred?    **Opened 10/18  Last Active 6/18/19**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit Card**

| 4.1 51 | **Hubert Field** | Last 4 digits of account number | 0012 | $4,047.50 |

Nonpriority Creditor's Name
**14790 W Goldwater Ridge Drive, #407
Surprise, AZ 85374**

When was the debt incurred?    10/28/18

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

| 4.1 52 | **Huifang Xuan** | Last 4 digits of account number | **3986** | **$5,879.30** |

Nonpriority Creditor's Name

**2022 N Atwood**
**Mesa, AZ 85207**

Number Street City State Zip Code

Who incurred the debt? Check one.

When was the debt incurred?    **03/10/19**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| 4.1 53 | **Irene Neudeck** | Last 4 digits of account number | **5611** | **$614.25** |

Nonpriority Creditor's Name

**9883 E Cortez St**
**Scottsdale, AZ 85259**

Number Street City State Zip Code

Who incurred the debt? Check one.

When was the debt incurred?    **03/04/18; 3/11/18; 3/25/18; 4/6/18; 4/29/18; 5/4/18; 6/1/18; 6/3/18**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| 4.1 54 | **Irene Sterling** | Last 4 digits of account number | **0163** | **$488.95** |

Nonpriority Creditor's Name

**701 S. Dobson #201**
**Mesa, AZ 85202**

Number Street City State Zip Code

Who incurred the debt? Check one.

When was the debt incurred?    **11/18/18**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                            Best Case Bankruptcy

| 4.1 55 | **Isabel Hancock** | | |
|---|---|---|---|
| | Nonpriority Creditor's Name | Last 4 digits of account number    **5566** | **$22.72** |
| | **29063 N Mountain View Rd** | | |
| | **San Tan Valley, AZ 85143** | When was the debt incurred?    **06/01/18** | |
| | Number Street City State Zip Code | | |

Who incurred the debt? Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

☑ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| 4.1 56 | **Ivan Grullon Contreras** | | |
|---|---|---|---|
| | Nonpriority Creditor's Name | Last 4 digits of account number    **5820** | **$3,412.50** |
| | **3601 E McDowell Rd., APT 2111** | | |
| | **Phoenix, AZ 85009** | When was the debt incurred?    **03/10/19** | |
| | Number Street City State Zip Code | | |

Who incurred the debt? Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

☑ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| 4.1 57 | **Jack Bulger** | | |
|---|---|---|---|
| | Nonpriority Creditor's Name | Last 4 digits of account number    **5824** | **Unknown** |
| | **13535 Circle Dr** | | |
| | **Orland Park, IL 60462** | When was the debt incurred?    **02/17/19** | |
| | Number Street City State Zip Code | | |

Who incurred the debt? Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

☑ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| 4.1 58 | | | |
|---|---|---|---|

**Jack McCormick**
Nonpriority Creditor's Name
**1601 W Glenrosa Ave**
**Phoenix, AZ 85015**
Number City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number**   3768        **$8,237.60**

**When was the debt incurred?**   02/10/19

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| 4.1 59 | | | |
|---|---|---|---|

**Jacquelin Miller-Husome**
Nonpriority Creditor's Name
**8324 W. Hamster Ln.**
**Tolleson, AZ 85353**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number**   8069        **$1,058.20**

**When was the debt incurred?**   12/16/18; 12/23/18

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| 4.1 60 | | | |
|---|---|---|---|

**Jacqueline Carroll**
Nonpriority Creditor's Name
**3219 E. Camelback Rd. #823**
**Phoenix, AZ 85018**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number**   3407        **$4,710.85**

**When was the debt incurred?**   08/19/18; 8/19/18; 8/26/18; 9/2/18; 10/14/18

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

Case 2:19-bk-10058-BKM    Doc 1    Filed 08/12/19    Entered 08/12/19 12:49:53    Desc
Main Document      Page 79 of 237

| | |
|---|---|
| **4.1 61** | |

**Jamal Judai**
Nonpriority Creditor's Name
**7366 W Cholla St**
**Peoria, AZ 85345**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number**   **0028**                          **$217.70**

**When was the debt incurred?**       **01/27/19**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| | |
|---|---|
| **4.1 62** | |

**James  Freeman**
Nonpriority Creditor's Name
**850 E. Jones #319**
**Phoenix, AZ 85040**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number**   **7681**                          **$324.00**

**When was the debt incurred?**       **01/06/19**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| | |
|---|---|
| **4.1 63** | |

**James Willinger**
Nonpriority Creditor's Name
**225 E Saddle Lane**
**Phoenix, AZ 85020**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number**   **7651**                          **$470.80**

**When was the debt incurred?**       **12/30/18; 2/3/19; 2/10/19; 2/17/19**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

Case 2:19-bk-10058-BKM   Doc 1   Filed 08/12/19   Entered 08/12/19 12:49:53   Desc
Main Document    Page 80 of 237

| 4.1 64 | **Jamie Balvin** | | **Last 4 digits of account number** | 3371 | | $3,996.75 |

Nonpriority Creditor's Name

**Great AZ Estate Sales 28505 N 154th Stre**
**Scottsdale, AZ 85262**

**When was the debt incurred?**  03/03/19; 3/10/19

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

| 4.1 65 | **Jana Sizemore** | | **Last 4 digits of account number** | 0037 | | $42.55 |

Nonpriority Creditor's Name

**7007 W Indian School Road Bldg #14  Apt #2234**
**Phoenix, AZ 85033**

**When was the debt incurred?**  02/03/19

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

| 4.1 66 | | | |
|---|---|---|---|

**Jane Trumble**
Nonpriority Creditor's Name
**5113 Idylwild Trail**
**Boulder, CO 80301**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**    **0084**                              **$60.75**

**When was the debt incurred?**    **10/07/18**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| 4.1 67 | | | |
|---|---|---|---|

**Janeen Wheatley**
Nonpriority Creditor's Name
**2443 S. Catarina**
**Mesa, AZ 85202**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**    **8140**                              **$94.25**

**When was the debt incurred?**    **12/23/18**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| 4.1 68 | | | |
|---|---|---|---|

**Janet Neff**
Nonpriority Creditor's Name
**6015 W 119th St., Apt 2113**
**Brookdale Bldg #2**
**Shawnee Mission, KC 66209**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**    **5767**                              **$117.25**

**When was the debt incurred?**    **09/23/18**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| 4.1 69 | **Janet Rees** | Last 4 digits of account number | **0091** | $210.60 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**3516 E North Lane**
**Phoenix, AZ 85028**

When was the debt incurred?    **03/10/19**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| 4.1 70 | **Janice Compton** | Last 4 digits of account number | **3457** | $1,160.25 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**7820 E Camelback Rd Bldg 21, Unit 306**
**Scottsdale, AZ 85251**

When was the debt incurred?    **12/02/18**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify   **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| 4.1 71 | **Janice Simon** | Last 4 digits of account number | **3498** | $404.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**6730 E Hermosa Vista Drive, #3**
**Mesa, AZ 85215**

When was the debt incurred?    **02/17/19**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| 4.1 72 | | | |
|---|---|---|---|

**Jean Quenzler**
Nonpriority Creditor's Name
**3104 E Broadway, Space 122**
**Mesa, AZ 85204**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No

☐ Yes

Last 4 digits of account number    **5789**                    **$243.10**

When was the debt incurred?    **11/25/18**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| 4.1 73 | | | |
|---|---|---|---|

**Jean Renn**
Nonpriority Creditor's Name
**3539 W. Plymouth Drive**
**Anthem, AZ 85086**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No

☐ Yes

Last 4 digits of account number    **7691**                    **$149.45**

When was the debt incurred?    **01/27/19**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| 4.1 74 | | | |
|---|---|---|---|

**Jeanne Vickroy**
Nonpriority Creditor's Name
**4436 E. Hartford Ave**
**Phoenix, AZ 85032**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No

☐ Yes

Last 4 digits of account number    **5828**                    **$148.50**

When was the debt incurred?    **02/17/19**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| 4.1 75 | **Jennifer  Gittings** | Last 4 digits of account number | 5803 | $299.90 |
|---|---|---|---|---|

Nonpriority Creditor's Name

602 E. Halifax Street
Mes, AZ 85202

Number Street City State Zip Code

**When was the debt incurred?**    12/30/18

Who incurred the debt? Check one.

**As of the date you file, the claim is:** Check all that apply

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ☒ No

- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify  **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| 4.1 76 | **Jennifer  O'Cualain** | Last 4 digits of account number | 7688 | $3,945.70 |
|---|---|---|---|---|

Nonpriority Creditor's Name

16413 N. 43rd Street
Phoenix, AZ 85032

Number Street City State Zip Code

**When was the debt incurred?**    01/27/19; 2/3/19; 2/10/19; 2/17/19; 2/24/19; 3/3/19; 3/10/19

Who incurred the debt? Check one.

**As of the date you file, the claim is:** Check all that apply

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ☒ No

- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify  **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| 4.1 77 | **Jennifer Meggison** | Last 4 digits of account number | 0078 | $149.15 |
|---|---|---|---|---|

Nonpriority Creditor's Name

10836 E Cliffrose Lane
Florence, AZ 85132

Number Street City State Zip Code

**When was the debt incurred?**    02/24/19

Who incurred the debt? Check one.

**As of the date you file, the claim is:** Check all that apply

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ☒ No

- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify  **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| | | |
|---|---|---|
| **4.1 78** | **Jennifer Snodgrass** | Last 4 digits of account number    **8066**    $942.60 |

Nonpriority Creditor's Name

**4419 N. 27th**
**Phoenix, AZ 85016**

When was the debt incurred?    01/20/19; 1/27/19; 2/3/19; 2/17/19

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☑ Debtor 1 only          ☐ Contingent
☐ Debtor 2 only          ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only     ☐ Disputed
☐ At least one of the debtors and another
**Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community debt**     ☐ Student loans

**Is the claim subject to offset?**
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☑ No
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes
☑ Other. Specify    **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| | | |
|---|---|---|
| **4.1 79** | **Jennifer Trask-Chester** | Last 4 digits of account number    **5753**    $2,000.00 |

Nonpriority Creditor's Name

**PO Box 199**
**Zephyr Cove, NV 89448**

When was the debt incurred?    09/02/18

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☑ Debtor 1 only          ☐ Contingent
☐ Debtor 2 only          ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only     ☐ Disputed
☐ At least one of the debtors and another
**Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community debt**     ☐ Student loans

**Is the claim subject to offset?**
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☑ No
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes
☑ Other. Specify    **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| | | |
|---|---|---|
| **4.1 80** | **Jennifer Wahlberg** | Last 4 digits of account number    **0210**    $1,549.00 |

Nonpriority Creditor's Name

**1148 N Barkley**
**Mesa, AZ 85203**

When was the debt incurred?    02/10/19; 2/17/19

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☑ Debtor 1 only          ☐ Contingent
☐ Debtor 2 only          ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only     ☐ Disputed
☐ At least one of the debtors and another
**Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community debt**     ☐ Student loans

**Is the claim subject to offset?**
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☑ No
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes
☑ Other. Specify    **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

Case 2:19-bk-10058-BKM    Doc 1    Filed 08/12/19    Entered 08/12/19 12:49:53    Desc
Main Document      Page 86 of 237

| 4.1<br>81 | **Jennifer Wright** | **Last 4 digits of account number** | **8123** | **$1,526.40** |

Nonpriority Creditor's Name

**669 N Eagle Street**
**Naperville, IL 60563**

Number Street City State Zip Code

**When was the debt incurred?**    **11/18/18**

Who incurred the debt? Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| 4.1<br>82 | **Jeremy Rovinsky and Jane Doe** | **Last 4 digits of account number** | | **Unknown** |

Nonpriority Creditor's Name

**6317 N. 10th Place**
**Phoenix, AZ 85014**

Number Street City State Zip Code

**When was the debt incurred?**

Who incurred the debt? Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **NOTICE PURPOSES**

---

| 4.1<br>83 | **Jesus Gonzalvez** | **Last 4 digits of account number** | **0196** | **$514.50** |

Nonpriority Creditor's Name

**1050 W Santa Cruz Drive**
**Tempe, AZ 85282**

Number Street City State Zip Code

**When was the debt incurred?**    **12/30/18; 1/27/19**

Who incurred the debt? Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| 4.1 84 | **Jim Faux** | | **Last 4 digits of account number** | 5744 | $114.60 |

Nonpriority Creditor's Name

**4747 W. Kristol Way**
**Glendale, AZ 85308**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?**      08/19/18

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| 4.1 85 | **Jim Friend** | | **Last 4 digits of account number** | 3251 | $2,662.20 |

Nonpriority Creditor's Name

**4363 E. Morrow Dr.**
**Phoenix, AZ 85050**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?**      01/27/19; 2/3/19; 2/10/19; 2/17/19; 2/24/19; 3/3/19

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify  **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| 4.1 86 | **Joan Koemptgen** | | **Last 4 digits of account number** | 3426 | $1,498.15 |

Nonpriority Creditor's Name

**20554 N 101st Ave, Apt #2019**
**Peoria, AZ 85382**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?**      10/28/18; 11/11/18

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| 4.1 87 | | | |
|---|---|---|---|

**Joanne Kwan Trust**
Nonpriority Creditor's Name
**c/o Childers & Coventry**
**17215 N. 72nd Dr. Suite B110**
**Glendale, AZ 85308**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number    7654**                    **$25,000.00**

**When was the debt incurred?    11/11/18**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Consignment Contract**

---

| 4.1 88 | | | |
|---|---|---|---|

**Jodie Smith**
Nonpriority Creditor's Name
**2054 E. Ranch Dr.**
**Phoenix, AZ 85016**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number    0113**                    **$123.50**

**When was the debt incurred?    07/08/18**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| 4.1 89 | | | |
|---|---|---|---|

**Joe Camarena**
Nonpriority Creditor's Name
**6844 N. 14th Dr.**
**Phoenix, AZ 85013**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number    0187**                    **$48.75**

**When was the debt incurred?    12/16/18**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

Case 2:19-bk-10058-BKM    Doc 1    Filed 08/12/19    Entered 08/12/19 12:49:53    Desc
Main Document    Page 89 of 237

| | | | |
|---|---|---|---|
| 4.1 90 | **Joe Michaud** | Last 4 digits of account number    **7520** | **$714.35** |

Nonpriority Creditor's Name
**13420 N. 21st Pl., Apt. 220**
**Phoenix, AZ 85022**
Number Street City State Zip Code

When was the debt incurred?    **01/20/19; 1/27/19**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No

- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

| | | | |
|---|---|---|---|
| 4.1 91 | **Joel Andrews** | Last 4 digits of account number    **7587** | **$201.50** |

Nonpriority Creditor's Name
**6745 E Superstition Springs Blvd #1025**
**Mesa, AZ 85026**
Number Street City State Zip Code

When was the debt incurred?    **02/03/19**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No

- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify    **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

| | | | |
|---|---|---|---|
| 4.1 92 | **Joel G. Lieberman Estate** | Last 4 digits of account number    **0186** | **$11,370.00** |

Nonpriority Creditor's Name
**PO Box 613**
**Fredericksburg, VA 22404**
Number Street City State Zip Code

When was the debt incurred?    **12/16/18; 12/23/18; 1/20/19**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No

- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

| | | | |
|---|---|---|---|
| 4.1 93 | **John  Kinsey** | Last 4 digits of account number    **3599** | **$504.60** |

Nonpriority Creditor's Name
**6967 W Potter Dr.**
**Glendale, AZ 85308**

When was the debt incurred?    **12/23/18**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

- ■ No

- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| | | | |
|---|---|---|---|
| 4.1 94 | **John (Jack) & Mary Ellen Burke** | Last 4 digits of account number    **8166** | **$4,623.10** |

Nonpriority Creditor's Name
**7341 N. Via Camello Del Norte Unit 131**
**Scottsdale, AZ 85258**

When was the debt incurred?    **02/17/19; 2/24/19; 3/3/19; 3/10/19**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

- ■ No

- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify  **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| | | | |
|---|---|---|---|
| 4.1 95 | **John Blanton** | Last 4 digits of account number    **2001** | **$131.95** |

Nonpriority Creditor's Name
**13310 W Serenade Lane**
**Sun City, AZ 85375**

When was the debt incurred?    **12/30/18; 1/27/19**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

- ■ No

- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Case 2:19-bk-10058-BKM    Doc 1    Filed 08/12/19    Entered 08/12/19 12:49:53    Desc
Main Document    Page 91 of 237

| | | | |
|---|---|---|---|
| **4.1 96** | **John Bower** | Last 4 digits of account number | **8182** | $264.00 |

Nonpriority Creditor's Name

**2417 S Selrose Lane**
**Santa Barbara, CA 93109**

Number Street City State Zip Code

When was the debt incurred?    **03/17/19**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- **☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No

- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| | | | |
|---|---|---|---|
| **4.1 97** | **John Caudron** | Last 4 digits of account number | **4002** | $43.80 |

Nonpriority Creditor's Name

**3754 E Chickadee Rd**
**Gilbert, AZ 85297**

Number Street City State Zip Code

When was the debt incurred?    **12/02/18; 12/23/18; 1/27/19**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- **☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No

- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| | | | |
|---|---|---|---|
| **4.1 98** | **John Craig Egan** | Last 4 digits of account number | **0068** | $57.50 |

Nonpriority Creditor's Name

**6808 E Bronco Drive**
**Paradise Valley, AZ 85253**

Number Street City State Zip Code

When was the debt incurred?    **02/17/19**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- **☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No

- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| 4.1 99 | | | |
|---|---|---|---|

**John Lacagnina**
Nonpriority Creditor's Name
**2737 AZ Biltmore Cir.**
**Phoenix, AZ 85016**
Number City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No

☐ Yes

**Last 4 digits of account number    0120**                                            **$17.50**

**When was the debt incurred?    07/29/18; 8/12/18**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| 4.2 00 | | | |
|---|---|---|---|

**John McKinstry**
Nonpriority Creditor's Name
**5372 W Geronimo Street**
**Chandler, AZ 85226**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No

☐ Yes

**Last 4 digits of account number    0057**                                            **$648.50**

**When was the debt incurred?    02/10/19; 2/17/19**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| 4.2 01 | | | |
|---|---|---|---|

**John Mollerus**
Nonpriority Creditor's Name
**13225 W Micheltorena Dr.**
**Sun City West, AZ 85375**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No

☐ Yes

**Last 4 digits of account number    8181**                                            **$325.65**

**When was the debt incurred?    03/10/19**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

| 4.2 02 | | |
|---|---|---|

**John Trump**
Nonpriority Creditor's Name

Last 4 digits of account number    **0125**                    **$95,351.41**

When was the debt incurred?    **07/08/18; 7/15/18; 8/5/18; 8/19/18; 8/26/18; 9/2/18; 9/9/18; 9/16/18; 9/30/18**

**2089 Platt Cline**
**Flagstaff, AZ 86005**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
**☐ Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| 4.2 03 | | |
|---|---|---|

**Jon  Graham**
Nonpriority Creditor's Name

Last 4 digits of account number    **0206**                    **$1,134.70**

**122-A Honuhulu Place**
**Kihei, HI 96753**
Number Street City State Zip Code

When was the debt incurred?    **01/27/19**

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
**☐ Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| 4.2 04 | | |
|---|---|---|

**Jorge Perea**
Nonpriority Creditor's Name

Last 4 digits of account number                        **$349.20**

**5437 E. Harmony Ave**
**Mesa, AZ 85206**
Number Street City State Zip Code

When was the debt incurred?    **01/27/19**

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
**☐ Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| 4.2 05 | **Joseph Desalvo** | | Last 4 digits of account number **0204** | | $562.75 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name
**3235 W Hwy 89A**
**Sedona, AZ 86336**
Number Street City State Zip Code

When was the debt incurred?    **02/17/19; 2/24/19; 3/3/19**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| 4.2 06 | **Joseph Goldenberg** | | Last 4 digits of account number **8156** | | $307.00 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name
**11513 N. 141st Street**
**Scottsdale, AZ 85259**
Number Street City State Zip Code

When was the debt incurred?    **01/27/19**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| 4.2 07 | **Josh French** | | Last 4 digits of account number **7643** | | $45.50 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name
**660 S Tyler Court**
**Chandler, AZ 85226**
Number Street City State Zip Code

When was the debt incurred?    **10/14/18**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| 4.2 08 | **Joyce Bunce** | Last 4 digits of account number | 0160 | $2,836.00 |

Nonpriority Creditor's Name

**10419 W Gulf Hills Dr**
**Sun City, AZ 85351**

Number Street City State Zip Code

When was the debt incurred?    11/11/18; 12/2/18

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| 4.2 09 | **Jpmcb Card** | Last 4 digits of account number | 9872 | $10,052.00 |

Nonpriority Creditor's Name

**Po Box 15369**
**Wilmington, DE 19850**

Number Street City State Zip Code

When was the debt incurred?    **Opened 05/04  Last Active 6/09/19**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Credit Card

---

| 4.2 10 | **Jpmcb Card** | Last 4 digits of account number | 9714 | $3,115.00 |

Nonpriority Creditor's Name

**Po Box 15369**
**Wilmington, DE 19850**

Number Street City State Zip Code

When was the debt incurred?    **Opened 01/14  Last Active 5/30/19**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Credit Card

---

| 4.2 11 | **Judy Kingery** | Last 4 digits of account number | **0072** | **$292.75** |

Nonpriority Creditor's Name
**13455 W Miner Trail**
**Peoria, AZ 85383**
Number Street City State Zip Code

When was the debt incurred?    **02/24/19**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- **☐ Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No

- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| 4.2 12 | **Julian Burgoin** | Last 4 digits of account number | **7652** | **$7,450.25** |

Nonpriority Creditor's Name
**101 W. 5th Apt. 1029**
**Tempe, AZ 85281**
Number Street City State Zip Code

When was the debt incurred?    **11/04/18; 12/16/18**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- **☐ Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No

- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| 4.2 13 | **Julian Soncco** | Last 4 digits of account number | **7709** | **$371.40** |

Nonpriority Creditor's Name
**2728 E. Marconi Ave #3**
**Phoenix, AZ 85032**
Number Street City State Zip Code

When was the debt incurred?    **03/03/19**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- **☐ Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No

- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

Case 2:19-bk-10058-BKM    Doc 1    Filed 08/12/19    Entered 08/12/19 12:49:53    Desc
Main Document        Page 97 of 237

| | | | |
|---|---|---|---|
| 4.2 14 | **Julie Kendall** | Last 4 digits of account number | **2013** | **$226.50** |

Nonpriority Creditor's Name
**313 W Sequoia Drive**
**Phoenix, AZ 85027**

When was the debt incurred?    **10/28/18**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No

- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| | | | |
|---|---|---|---|
| 4.2 15 | **June Burruss** | Last 4 digits of account number | **5738** | **$172.25** |

Nonpriority Creditor's Name
**12800 E. Double Tree Ranch Rd.**
**Scottsdale, AZ 85259**

When was the debt incurred?    **08/12/18**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No

- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| | | | |
|---|---|---|---|
| 4.2 16 | **Kabbage** | Last 4 digits of account number | | **$90,054.13** |

Nonpriority Creditor's Name
**925B Peachtree St NE, Suite 1688**
**Atlanta, GA 30309**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Personal Guarantee**

| 4.2 17 | **Kalamata Capital Group/Kings Cash Group** | | | |
|---|---|---|---|---|

**Kalamata Capital Group/Kings Cash Group**

Nonpriority Creditor's Name

c/o Berkovitch & Bouskila PLLC
1330 6th Avenue Suite 600B
New York, NY 10019

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____      $156,056.84

When was the debt incurred?    9/21/18

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Personal Guaranty**

---

| 4.2 18 | **Karen Nielsen** | | | |
|---|---|---|---|---|

**Karen Nielsen**

Nonpriority Creditor's Name

5632 W. Hearn Road
Glendale, AZ 85306

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   7690      $790.00

When was the debt incurred?    01/27/19

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| 4.2 19 | **Karen Rapp** | | | |
|---|---|---|---|---|

**Karen Rapp**

Nonpriority Creditor's Name

3511 E Indian School Rd
Phoenix, AZ 85018

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   8178      $3,147.30

When was the debt incurred?    03/10/19

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| 4.2 20 | **Kash Capital** | Last 4 digits of account number _____ | **$90,000.00** |

Nonpriority Creditor's Name
**475 Northern Boulevard**
**Great Neck, NY 11021**
Number Street City State Zip Code

When was the debt incurred?    **10/24/18 (date recorded)**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **All assets owned or after acquired, including, credit card receivables, chattel paper, inventory, equipment, promissory notes, investment property, etc.**

| 4.2 21 | **Katherine Hartley** | Last 4 digits of account number   **0066** | **$296.55** |

Nonpriority Creditor's Name
**2577 N Miller Rd**
**Scottsdale, AZ 85257**
Number Street City State Zip Code

When was the debt incurred?    **02/17/19**

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

| 4.2 22 | **Katie Rice** | Last 4 digits of account number   **5826** | **$10.40** |

Nonpriority Creditor's Name
**2922 N 39th Street, APT 105**
**Phoenix, AZ 85018**
Number Street City State Zip Code

When was the debt incurred?    **02/17/19**

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

Case 2:19-bk-10058-BKM    Doc 1    Filed 08/12/19    Entered 08/12/19 12:49:53    Desc
Main Document    Page 100 of 237

| | |
|---|---|
| **4.2 23** | |

**Kelly McCartney**
Nonpriority Creditor's Name

**6350 E Carolina Drive**
**Scottsdale, AZ 85254**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

☐ No ☐ Yes

Last 4 digits of account number   **8177**      $355.20

When was the debt incurred?   **03/03/19**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ **Other. Specify**  **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| | |
|---|---|
| **4.2 24** | |

**Ken Mars**
Nonpriority Creditor's Name

**6300 N Camino Arturo**
**Tucson, AZ 85718**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

☐ No ☐ Yes

Last 4 digits of account number   **2812**      $433.00

When was the debt incurred?   **12/23/18; 1/13/19; 2/3/19; 2/17/19; 3/3/19**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ **Other. Specify**  **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| | |
|---|---|
| **4.2 25** | |

**Kenneth Marler**
Nonpriority Creditor's Name

**3516 E Monica Av**
**Phoenix, AZ 85032**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

☐ No ☐ Yes

Last 4 digits of account number   **0074**      $136.70

When was the debt incurred?   **02/24/19**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ **Other. Specify**  **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

Case 2:19-bk-10058-BKM    Doc 1    Filed 08/12/19    Entered 08/12/19 12:49:53    Desc
Main Document      Page 101 of 237

| 4.2<br>26 | **Kim Lank** | | Last 4 digits of account number | **0032** | **$1,299.60** |

Nonpriority Creditor's Name
**8708 E. Clarendon Ave**
**Scottsdale, AZ 85251**
Number Street City State Zip Code

**When was the debt incurred?**    **12/23/18**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- **☐ Check if this claim is for a community debt**
- **Is the claim subject to offset?**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

- ■ No

- ☐ Yes

- ■ Other. Specify    **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| 4.2<br>27 | **Kourosh Moradi** | | Last 4 digits of account number | **5726** | **$35.75** |

Nonpriority Creditor's Name
**99 Talisman, Apt 424**
**Irvine, CA 92620**
Number Street City State Zip Code

**When was the debt incurred?**    **07/22/18; 9/9/18**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- **☐ Check if this claim is for a community debt**
- **Is the claim subject to offset?**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

- ■ No

- ☐ Yes

- ■ Other. Specify    **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| 4.2<br>28 | **Kristina Arment** | | Last 4 digits of account number | **5689** | **$14.30** |

Nonpriority Creditor's Name
**4848 N. Goldwater Blvd. #1118**
**Scottsdale, AZ 85251**
Number Street City State Zip Code

**When was the debt incurred?**    **09/16/18**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- **☐ Check if this claim is for a community debt**
- **Is the claim subject to offset?**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

- ■ No

- ☐ Yes

- ■ Other. Specify    **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

Case 2:19-bk-10058-BKM    Doc 1    Filed 08/12/19    Entered 08/12/19 12:49:53    Desc
Main Document    Page 102 of 237

| 4.2 29 | | |
|---|---|---|

**L William McCrea**
Nonpriority Creditor's Name

**1630 Sheridan Road Apt# 4L**
**Wilmette, IL 60091**
Number City State Zip Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number**    5797                    $1,613.60

**When was the debt incurred?**    12/23/18

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| 4.2 30 | | |
|---|---|---|

**L.J. Ford**
Nonpriority Creditor's Name

**3401 W Tonto Lane**
**Phoenix, AZ 85027**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number**    7711                    $9.10

**When was the debt incurred?**    03/03/19

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| 4.2 31 | | |
|---|---|---|

**Larry & Ginny Regner**
Nonpriority Creditor's Name

**15842 W Avalon Dr**
**Goodyear, AZ 85395**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number**    7511                    $605.25

**When was the debt incurred?**    12/16/18; 12/30/18; 1/13/19

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| | | | |
|---|---|---|---|
| **4.2 32** | **Lauretta Laaning** | Last 4 digits of account number | **8143** | $174.50 |

**Lauretta Laaning**
Nonpriority Creditor's Name
**319-9768-170 St**
**Edmonton, Canada T5T5L4**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **8143**

When was the debt incurred?    **12/30/18**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

$174.50

---

| **4.2 33** |

**Laurni Breedlove**
Nonpriority Creditor's Name
**8204 Scobey Road**
**Port Charlotte, FL 33981**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **0031**

When was the debt incurred?    **12/23/18**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

$4,376.20

---

| **4.2 34** |

**Lawrence Chapman**
Nonpriority Creditor's Name
**45960 W Barbara Lane**
**Maricopa, AZ 85139**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    _____

When was the debt incurred?    **02/17/19; 2/24/19**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

$1,256.70

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                                    Best Case Bankruptcy

---

**4.2 35**

**Leigh Slaughter-RookF**
Nonpriority Creditor's Name
**PO Box 1254**
**Queen Creek, AZ 85142**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **0008**                    $44.50

When was the debt incurred?    **10/28/18**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

**4.2 36**

**Leona Robles**
Nonpriority Creditor's Name
**2267 E Hale St**
**Mesa, AZ 85213**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **3165**                    $9,837.80

When was the debt incurred?    **02/24/19; 3/3/19**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

**4.2 37**

**Leta  Smith**
Nonpriority Creditor's Name
**19830 N. Lake Forest Drive**
**Sun City, AZ 85373**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **0193**                    $457.60

When was the debt incurred?    **12/23/18**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| 4.2 38 | **Linda Fry** | | **Last 4 digits of account number** | **4001** | | $555.95 |

Nonpriority Creditor's Name
**539 N Aletta**
**Mesa, AZ 85207**
Number Street City State Zip Code

**When was the debt incurred?**    **12/02/18**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| 4.2 39 | **Linda Hill** | | **Last 4 digits of account number** | **7686** | | $860.60 |

Nonpriority Creditor's Name
**PO Box 1114**
**Pinedale, AZ 85934**
Number Street City State Zip Code

**When was the debt incurred?**    **01/20/19**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| 4.2 40 | **Lisa  Hansen** | | **Last 4 digits of account number** | **7695** | | $26.90 |

Nonpriority Creditor's Name
**9595 E. Thunderbird Road #1042**
**Scottsdale, AZ 85260**
Number Street City State Zip Code

**When was the debt incurred?**    **01/27/19**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

Case 2:19-bk-10058-BKM    Doc 1    Filed 08/12/19    Entered 08/12/19 12:49:53    Desc
Main Document       Page 106 of 237

| | | | |
|---|---|---|---|
| 4.2 41 | **Lisa Capozzoli** | Last 4 digits of account number   **5782** | **$14.00** |

Nonpriority Creditor's Name
**108 Timber View Drive**
**Oak Brook, IL 60523**
Number Street City State Zip Code

When was the debt incurred?   **10/28/18; 11/4/19**

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

| | | | |
|---|---|---|---|
| 4.2 42 | **Lisa Lopez** | Last 4 digits of account number   **5677** | **$375.00** |

Nonpriority Creditor's Name
**2793 N. 149th Ave.**
**Goodyear, AZ 85395**
Number Street City State Zip Code

When was the debt incurred?   **05/13/18; 6/1/18; 6/24/18**

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

| | | | |
|---|---|---|---|
| 4.2 43 | **Liu Zheng** | Last 4 digits of account number   **7547** | **$169.00** |

Nonpriority Creditor's Name
**5711 W. Novak Way**
**Laveen, AZ 85339**
Number Street City State Zip Code

When was the debt incurred?   **12/23/18**

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

| | | | |
|---|---|---|---|
| 4.2 44 | **LJ Mow** | Last 4 digits of account number | **2011** | **$1,485.65** |

**LJ Mow**
Nonpriority Creditor's Name
**1315 E 3rd Street**
**Mesa, AZ 85203**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **2011**

When was the debt incurred?    **10/28/18**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

$1,485.65

---

| | | | |
|---|---|---|---|
| 4.2 45 | **Lori Eldredge** | Last 4 digits of account number | **0016** | **$3,216.75** |

**Lori Eldredge**
Nonpriority Creditor's Name
**1420 E 1st**
**Tucson, AZ 85719**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **0016**

When was the debt incurred?    **11/11/18; 11/18/18**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

$3,216.75

---

| | | | |
|---|---|---|---|
| 4.2 46 | **Lorraine Efune** | Last 4 digits of account number | **5822** | **$1,019.95** |

**Lorraine Efune**
Nonpriority Creditor's Name
**7120 East Kierland Blvd., APT 817**
**Scottsdale, AZ 85254**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **5822**

When was the debt incurred?    **02/17/19; 2/24/19**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

$1,019.95

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| | | | |
|---|---|---|---|
| 4.2 47 | **Lynne Lamb Bryant** | Last 4 digits of account number    **0159** | **$200.00** |

Nonpriority Creditor's Name
**252 Rainbow Drive, #15254**
**Livingston, TX 77399**
Number Street City State Zip Code

When was the debt incurred?    **02/24/19; 3/3/19; 3/10/19**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

□ Contingent

□ Debtor 2 only

□ Unliquidated

□ Debtor 1 and Debtor 2 only

□ Disputed

□ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

□ **Check if this claim is for a community debt**

□ Student loans

**Is the claim subject to offset?**

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

□ Debts to pension or profit-sharing plans, and other similar debts

□ Yes

■ Other. Specify    **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| | | | |
|---|---|---|---|
| 4.2 48 | **M.H. Haber** | Last 4 digits of account number    **7611** | **$48.05** |

Nonpriority Creditor's Name
**8464 E Charter Oak Dr.**
**Scottsdale, AZ 85260**
Number Street City State Zip Code

When was the debt incurred?    **12/23/18**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

□ Contingent

□ Debtor 2 only

□ Unliquidated

□ Debtor 1 and Debtor 2 only

□ Disputed

□ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

□ **Check if this claim is for a community debt**

□ Student loans

**Is the claim subject to offset?**

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

□ Debts to pension or profit-sharing plans, and other similar debts

□ Yes

■ Other. Specify    **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| | | | |
|---|---|---|---|
| 4.2 49 | **Macys/dsnb** | Last 4 digits of account number    **0840** | **Unknown** |

Nonpriority Creditor's Name

**Po Box 8218**
**Mason, OH 45040**
Number Street City State Zip Code

When was the debt incurred?    **Opened 04/16  Last Active 10/17/17**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

□ Contingent

□ Debtor 2 only

□ Unliquidated

□ Debtor 1 and Debtor 2 only

□ Disputed

□ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

□ **Check if this claim is for a community debt**

□ Student loans

**Is the claim subject to offset?**

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

□ Debts to pension or profit-sharing plans, and other similar debts

□ Yes

■ Other. Specify    **Charge Account**

---

| 4.2 50 | |
|---|---|

**Marcy Dorsey**
Nonpriority Creditor's Name
**29675 N Valley Pkwy, #2071**
**Phoenix, AZ 85085**
Number Street City State Zip Code
Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No

☐ Yes

Last 4 digits of account number     **5834**                                    **$1,467.80**

When was the debt incurred?     **02/24/19**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| 4.2 51 | |
|---|---|

**Margaret  Ramar**
Nonpriority Creditor's Name
**2514 S Angora Ct**
**Sun Lakes, AZ 85248**
Number Street City State Zip Code
Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No

☐ Yes

Last 4 digits of account number     **3186**                                    **$2,955.50**

When was the debt incurred?     **02/03/19**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| 4.2 52 | |
|---|---|

**Marianne Leiper**
Nonpriority Creditor's Name
**1201 E Cambridge Av**
**Phoenix, AZ 85006**
Number Street City State Zip Code
Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No

☐ Yes

Last 4 digits of account number     **0075**                                    **$1,352.85**

When was the debt incurred?     **02/07/19; 2/24/19**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

Case 2:19-bk-10058-BKM    Doc 1    Filed 08/12/19    Entered 08/12/19 12:49:53    Desc
Main Document         Page 110 of 237

| 4.2 53 | **Marjorie Moote** | | Last 4 digits of account number | 5777 | $447.20 |

**Marjorie Moote**
Nonpriority Creditor's Name
**1111 W Townley Av**
**Phoenix, AZ 85021**
Number City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **5777**                        **$447.20**

When was the debt incurred?    **10/14/18**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| 4.2 54 | **Mark Autrey** |

**Mark Autrey**
Nonpriority Creditor's Name
**8970 N 83rd Pl**
**Scottsdale, AZ 85258**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **7685**                        **$1,204.25**

When was the debt incurred?    **01/20/19; 2/17/19**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| 4.2 55 | **Mark Culbertson** |

**Mark Culbertson**
Nonpriority Creditor's Name
**423 N Ash**
**Mesa, AZ 85201**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **2021**                        **$1,469.00**

When was the debt incurred?    **11/11/18**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

Case 2:19-bk-10058-BKM    Doc 1    Filed 08/12/19    Entered 08/12/19 12:49:53    Desc
Main Document    Page 111 of 237

| 4.2 56 | **Mark Steele** | | Last 4 digits of account number | 5807 | $1,148.50 |

Nonpriority Creditor's Name
**8500 E. Sahuaro Drive**
**Scottsdale, AZ 85260**
Number Street City State Zip Code

**When was the debt incurred?** 01/20/19

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| 4.2 57 | **Marla Berger** | | Last 4 digits of account number | 0038 | $1,120.15 |

Nonpriority Creditor's Name
**10108 E. Topaz Dr**
**Scottsdale, AZ 85258**
Number Street City State Zip Code

**When was the debt incurred?** 05/27/18; 6/3/18; 8/12/18

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| 4.2 58 | **Mary Hoffman** | | Last 4 digits of account number | 5808 | $2,523.75 |

Nonpriority Creditor's Name
**6465 N. 79th Street**
**Scottsdale, AZ 85250**
Number Street City State Zip Code

**When was the debt incurred?** 02/03/19

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

| 4.2 59 | | | |
|---|---|---|---|

**May Bakhtiar**

Nonpriority Creditor's Name

**Suite 707, 2008 Fullerton Ave**
**North Vancouvr, BC  V7P3G7**
**Canada**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number**    **0056**    **$7,092.00**

**When was the debt incurred?**    **02/24/19; 3/3/19**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| 4.2 60 | | | |
|---|---|---|---|

**Maya  Shenoy**

Nonpriority Creditor's Name

**222 E Joshua Tree Lane**
**Paradise Valley, AZ 85253**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number**    **3467**    **$3,254.85**

**When was the debt incurred?**    **01/27/19; 2/3/19; 2/24/19; 3/10/19**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| 4.2 61 | | | |
|---|---|---|---|

**Megan Keller**

Nonpriority Creditor's Name

**2316 E Rancho Drive**
**Phoenix, AZ 85016**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number**    **3423**    **$20.80**

**When was the debt incurred?**    **01/27/19**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| 4.2 62 | | | |
|---|---|---|---|
| **Mercedes Benz Financia** | | Last 4 digits of account number    **0001** | **Unknown** |

Nonpriority Creditor's Name

**P.o. Box 961**
**Roanoke, TX 76262**

When was the debt incurred?    **Opened 01/14  Last Active 4/27/17**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Lease**

---

| 4.2 63 | | | |
|---|---|---|---|
| **Mercedes Godoy** | | Last 4 digits of account number    **0106** | **$162.50** |

Nonpriority Creditor's Name

**801 N. Federal St. #1060**
**Chandler, AZ 85226**

When was the debt incurred?    **07/08/18**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No

- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| 4.2 64 | | | |
|---|---|---|---|
| **Meredith Moore** | | Last 4 digits of account number    **0148** | **$3,841.00** |

Nonpriority Creditor's Name

**1581 W. Corona Drive**
**Chandler, AZ 85224**

When was the debt incurred?    **11/04/18; 12/16/18**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No

- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| | | | |
|---|---|---|---|
| 4.2 65 | **Merrill Sauriol** | Last 4 digits of account number | 0203 | $2,527.00 |

Nonpriority Creditor's Name

**290 East Horseshoe Drive**
**Chandler, AZ 85249**

When was the debt incurred?   01/13/19; 1/20/19; 2/3/19; 2/24/19

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community debt**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| | | | |
|---|---|---|---|
| 4.2 66 | **Michael Flynn** | Last 4 digits of account number | 8092 | $1,190.40 |

Nonpriority Creditor's Name

**7026 E Latham St**
**Scottsdale, AZ 85257**

When was the debt incurred?   01/27/19; 2/3/19; 2/10/19

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community debt**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| | | | |
|---|---|---|---|
| 4.2 67 | **Michael Lissow** | Last 4 digits of account number | 0064 | $358.95 |

Nonpriority Creditor's Name

**36404 Crucilo Drive**
**San Tan Valley, AZ 85140**

When was the debt incurred?   02/17/19

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community debt**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**4.2 68**

**Michael Miller**
Nonpriority Creditor's Name
**6852 W Belmont Av**
**Glendale, AZ 85303**
Number City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number    **7700**                    **$517.00**

When was the debt incurred?    **02/17/19**

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

**4.2 69**

**Michael Mills**
Nonpriority Creditor's Name
**4000 E Palm St**
**Mesa, AZ 85215**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number    **0044**                    **$9,950.40**

When was the debt incurred?    **01/27/19; 2/3/19; 2/10/19**

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

**4.2 70**

**Michael Paslay**
Nonpriority Creditor's Name
**2664 College Heights Rd.**
**Prescott, AZ 86301**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number    **5757**                    **$690.95**

When was the debt incurred?    **09/02/18**

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

---

**4.2 71**

**Michael Valdez**
Nonpriority Creditor's Name
**7120 E Indian  School Rd**
**Scottsdale, AZ 85251**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **8077**        $222.00

When was the debt incurred?   **10/14/18**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

     **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice**
■ Other. Specify   **Purposes**

---

**4.2 72**

**Michelle Urszeni**
Nonpriority Creditor's Name
**12801 Kinsman Road**
**Burton, OH 44021**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **0051**        $182.00

When was the debt incurred?   **07/08/18**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

     **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice**
■ Other. Specify   **Purposes**

---

**4.2 73**

**Mike McCarthy**
Nonpriority Creditor's Name
**5221 E. Janice Way**
**Scottsdale, AZ 85254**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **8076**        $32.50

When was the debt incurred?   **03/10/19**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

     **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice**
■ Other. Specify   **Purposes**

---

Case 2:19-bk-10058-BKM    Doc 1    Filed 08/12/19    Entered 08/12/19 12:49:53    Desc
Main Document     Page 117 of 237

| 4.2 74 | | | |
|---|---|---|---|
| **Mimi Zani** | | Last 4 digits of account number    **9483** | **$15.00** |
| Nonpriority Creditor's Name | | | |
| **PO Box 1258** | | When was the debt incurred?    **03/11/18; 6/3/18** | |
| **Tempe, AZ 85280** | | | |
| Number Street City State Zip Code | | As of the date you file, the claim is: Check all that apply | |
| Who incurred the debt? Check one. | | | |
| ■ Debtor 1 only | | ☐ Contingent | |
| ☐ Debtor 2 only | | ☐ Unliquidated | |
| ☐ Debtor 1 and Debtor 2 only | | ☐ Disputed | |
| ☐ At least one of the debtors and another | | Type of NONPRIORITY unsecured claim: | |
| ☐ **Check if this claim is for a community debt** | | ☐ Student loans | |
| **Is the claim subject to offset?** | | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims | |
| ■ No | | ☐ Debts to pension or profit-sharing plans, and other similar debts | |
| | | **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice** | |
| ☐ Yes | | ■ Other. Specify   **Purposes** | |

| 4.2 75 | | | |
|---|---|---|---|
| **MJ Claydon** | | Last 4 digits of account number    **8126** | **$11,741.35** |
| Nonpriority Creditor's Name | | | |
| **40525 N Union Trail** | | When was the debt incurred?    **02/03/19; 2/10/19; 3/10/19** | |
| **Anthem, AZ 85086** | | | |
| Number Street City State Zip Code | | As of the date you file, the claim is: Check all that apply | |
| Who incurred the debt? Check one. | | | |
| ■ Debtor 1 only | | ☐ Contingent | |
| ☐ Debtor 2 only | | ☐ Unliquidated | |
| ☐ Debtor 1 and Debtor 2 only | | ☐ Disputed | |
| ☐ At least one of the debtors and another | | Type of NONPRIORITY unsecured claim: | |
| ☐ **Check if this claim is for a community debt** | | ☐ Student loans | |
| **Is the claim subject to offset?** | | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims | |
| ■ No | | ☐ Debts to pension or profit-sharing plans, and other similar debts | |
| | | **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice** | |
| ☐ Yes | | ■ Other. Specify   **Purposes** | |

| 4.2 76 | | | |
|---|---|---|---|
| **Molever Connelly PLLC** | | Last 4 digits of account number | **$1,353.80** |
| Nonpriority Creditor's Name | | | |
| **8161 East Indian Bend Road Suite 103** | | When was the debt incurred? | |
| **Scottsdale, AZ 85250** | | | |
| Number Street City State Zip Code | | As of the date you file, the claim is: Check all that apply | |
| Who incurred the debt? Check one. | | | |
| ■ Debtor 1 only | | ☐ Contingent | |
| ☐ Debtor 2 only | | ☐ Unliquidated | |
| ☐ Debtor 1 and Debtor 2 only | | ☐ Disputed | |
| ☐ At least one of the debtors and another | | Type of NONPRIORITY unsecured claim: | |
| ☐ **Check if this claim is for a community debt** | | ☐ Student loans | |
| **Is the claim subject to offset?** | | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims | |
| ■ No | | ☐ Debts to pension or profit-sharing plans, and other similar debts | |
| ☐ Yes | | ■ Other. Specify   **Attorneys' Fees** | |

| 4.2 77 | | |
|---|---|---|
| **Murray Goldberg** | Last 4 digits of account number    8137 | $455.30 |

Nonpriority Creditor's Name

**10411 E Morning Vista Lane**
**Scottsdale, AZ 85262**

When was the debt incurred?    12/02/18; 12/9/18

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

| 4.2 78 | | |
|---|---|---|
| **Nadine  Hinkeldey** | Last 4 digits of account number    0185 | $614.40 |

Nonpriority Creditor's Name

**10451W Palmeros Drive Suite 252W**
**Sun City, AZ 85373**

When was the debt incurred?    12/16/18; 12/23/18

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

| 4.2 79 | | |
|---|---|---|
| **Nancy O'Connor** | Last 4 digits of account number    0201 | $10,007.20 |

Nonpriority Creditor's Name

**983 W Palma de Pina**
**Tucson, AZ 85704**

When was the debt incurred?    01/13/19; 1/20/19; 1/27/19; 2/3/19

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

Case 2:19-bk-10058-BKM    Doc 1    Filed 08/12/19    Entered 08/12/19 12:49:53    Desc
Main Document         Page 119 of 237

| 4.2 80 | **Naomi Thompson** | Last 4 digits of account number | **0080** | **$2,396.70** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**1825 W. Emelita Ave #240**
**Mesa, AZ 85202**

When was the debt incurred?  **09/16/18; 9/23/18; 10/7/18**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No

- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| 4.2 81 | **Nathan Crary** | Last 4 digits of account number | **0108** | **$26.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**85 S. Pepperwood Pl.**
**Chandler, AZ 85226**

When was the debt incurred?  **08/26/18**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No

- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| 4.2 82 | **Navitas Credit Corp.** | Last 4 digits of account number | | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**c/o Lauri Soles Darwin**
**PO Box 65**
**Glendale, SC 29346**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No

- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Pending Law Suit for Personal Guarantee**

---

| 4.2 83 | **Nawaz A Qureshi & Kelly S Lowery** | Last 4 digits of account number | **7904** | **$2,190,942.43** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**P.O. Box 13018**
**Las Vegas, NV 89112**

Number Street City State Zip Code

When was the debt incurred?    **8/15/18**

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Personal Guaranty**

---

| 4.2 84 | **Nicholas Reed** | Last 4 digits of account number | **8060** | **$18.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**3644 W. Monona Dr.**
**Glendale, AZ 85308**

Number Street City State Zip Code

When was the debt incurred?    **01/27/19**

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| 4.2 85 | **Nick (Dominic) Battaglia** | Last 4 digits of account number | **8147** | **$2,183.35** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**10268 W Sands Drive #Lot 486**
**Peoria, AZ 85383**

Number Street City State Zip Code

When was the debt incurred?    **02/03/19; 2/17/19**

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

Case 2:19-bk-10058-BKM    Doc 1    Filed 08/12/19    Entered 08/12/19 12:49:53    Desc
Main Document      Page 121 of 237

| 4.2 86 | | | |
|---|---|---|---|

**Nick Daugherty**
Nonpriority Creditor's Name

**267 E. Riversedge Dr**
**Eagle, ID 83616**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

Last 4 digits of account number    **3984**                **$7,042.75**

When was the debt incurred?    **03/10/19**

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| 4.2 87 | | | |
|---|---|---|---|

**Nicole Collinet**
Nonpriority Creditor's Name

**707 W. McKenzie Dr**
**Phoenix, AZ 85013**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

Last 4 digits of account number    **8073**                **$534.45**

When was the debt incurred?    **12/23/18; 1/20/19; 1/27/19**

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| 4.2 88 | | | |
|---|---|---|---|

**Nils  Standsbury**
Nonpriority Creditor's Name

**3031 N. Civic Center Plaza #126**
**Scottsdale, AZ 85251**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

Last 4 digits of account number    **2024**                **$1,246.00**

When was the debt incurred?    **02/24/19; 3/10/19**

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| 4.2 89 | **Noah Williams** | Last 4 digits of account number | 5072 | $8,365.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**2250 NW 114th Ave, Unit 1P
PTY 882336
Miami, FL 33192**
Number Street City State Zip Code

**When was the debt incurred?**    06/17/18; 1/27/19; 2/10/19

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans

**Is the claim subject to offset?**

- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

- ■ No

- ☐ Debts to pension or profit-sharing plans, and other similar debts

- ☐ Yes
- ■ Other. Specify    **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| 4.2 90 | **Pam Riley** | Last 4 digits of account number | 0017 | $8,121.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**26723 N 90th Ln
Peoria, AZ 85383**
Number Street City State Zip Code

**When was the debt incurred?**    11/11/18; 11/18/18; 11/25/18; 1/20/19

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans

**Is the claim subject to offset?**

- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

- ■ No

- ☐ Debts to pension or profit-sharing plans, and other similar debts

- ☐ Yes
- ■ Other. Specify    **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| 4.2 91 | **Pamela  Kecskemety** | Last 4 digits of account number | 0191 | $1,774.80 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**11127 E Desert Troon Lane
Scottsdale, AZ 85255**
Number Street City State Zip Code

**When was the debt incurred?**    01/20/19; 1/27/19; 2/3/19

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans

**Is the claim subject to offset?**

- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

- ■ No

- ☐ Debts to pension or profit-sharing plans, and other similar debts

- ☐ Yes
- ■ Other. Specify    **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

Case 2:19-bk-10058-BKM    Doc 1    Filed 08/12/19    Entered 08/12/19 12:49:53    Desc
Main Document    Page 123 of 237

| 4.2 92 | **Pamela Morrison** | Last 4 digits of account number | **0207** | **$3,921.40** |

Nonpriority Creditor's Name
**848 W Kiowa Avenue**
**Mesa, AZ 85210**
Number Street City State Zip Code

When was the debt incurred?    **02/03/19**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

| 4.2 93 | **Pamela Ehlers** | Last 4 digits of account number | **5788** | **$746.10** |

Nonpriority Creditor's Name
**7476 W Parasio Drive**
**Glendale, AZ 85310**
Number Street City State Zip Code

When was the debt incurred?    **12/02/18**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

| 4.2 94 | **Pamela Johnson** | Last 4 digits of account number | **0010** | **$937.50** |

Nonpriority Creditor's Name
**13726 W. Port Royale Ln**
**Surprise, AZ 85379-8390**
Number Street City State Zip Code

When was the debt incurred?    **03/03/19; 3/10/19**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

| 4.2 95 | **Patricia  Danahy** | Last 4 digits of account number | 0021 | $4,845.60 |

Nonpriority Creditor's Name

**19700 N. 76th Street #1190**
**Scottsdale, AZ 85255**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**    11/18/18

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| 4.2 96 | **Patricia Carriuolo** | Last 4 digits of account number | 0058 | $131.90 |

Nonpriority Creditor's Name

**2701 E Utopia, #124**
**Phoenix, AZ 85050**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**    02/10/19

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| 4.2 97 | **Paul Butler** | Last 4 digits of account number | 8029 | $29.40 |

Nonpriority Creditor's Name

**2407 W. Orangewood, Apt. Z**
**Phoenix, AZ 85021**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**    02/11/18; 3/3/19

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| | | |
|---|---|---|
| 4.2 98 | **Paul Sanchez** | Last 4 digits of account number **0064** | **$300.75** |

**Paul Sanchez**
Nonpriority Creditor's Name
**4805 E. Hazel Dr. #1**
**Phoenix, AZ 85044**
Number Street City State Zip Code

Last 4 digits of account number **0064**

When was the debt incurred? **08/12/18**

$300.75

**Who incurred the debt?** Check one.

☐ Contingent

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans

**Check if this claim is for a community debt**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

**Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

☐ Yes

■ Other. Specify

As of the date you file, the claim is: Check all that apply

---

**Paypal/Loanbuilder/Swift Capital**
Nonpriority Creditor's Name

| 4.2 99 | |
|---|---|

**3505 Silverside Rd., Suite 200**
**Wilmington, DE 19810**
Number Street City State Zip Code

Last 4 digits of account number  **$50,178.72**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Contingent

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans

☐ **Check if this claim is for a community debt**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No
☐ Yes

■ Other. Specify  **Business Debt**

---

| 4.3 00 | |
|---|---|

**Peter Held**
Nonpriority Creditor's Name
**966 N Bradley Drive**
**Chandler, AZ 85226**
Number Street City State Zip Code

Last 4 digits of account number **5785**

When was the debt incurred? **11/11/18**

$1,037.25

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Contingent

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans

☐ **Check if this claim is for a community debt**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

**Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

☐ Yes

■ Other. Specify

| 4.3 01 | **Phyllis Shostack** | Last 4 digits of account number | **3191** | **$8,511.70** |

Nonpriority Creditor's Name

**14000 N 94 Street Apt. 2091
Scottsdale, AZ 85260**

Number Street City State Zip Code

When was the debt incurred?    **02/10/19; 3/3/19**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- **☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No

- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| 4.3 02 | **Preston T Hill** | Last 4 digits of account number | **7669** | **$222.30** |

Nonpriority Creditor's Name

**3120 N. Cherry Lane
Camp Verde, AZ 85322**

Number Street City State Zip Code

When was the debt incurred?    **12/23/18; 1/20/19**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- **☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No

- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| 4.3 03 | **Quarnig  Dorian** | Last 4 digits of account number | **5810** | **$21.75** |

Nonpriority Creditor's Name

**3901 E. Pinnacle Peak Road  Lot #169
Phoenix, AZ 85050**

Number Street City State Zip Code

When was the debt incurred?    **01/27/19**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- **☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No

- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| 4.3 04 | **Raymond Bates** | | **Last 4 digits of account number** | 0052 | $194.00 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name
**11637 N. 21st Drive**
**Phoenix, AZ 85029**
Number Street City State Zip Code

**When was the debt incurred?**    02/03/19

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
**☐ Check if this claim is for a community debt**
**Is the claim subject to offset?**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

☐ Yes

■ Other. Specify **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| 4.3 05 | **Raymond Dankel** | | **Last 4 digits of account number** | 3777 | $2,195.65 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name
**8110 E Del Tiburon Dr.**
**Scottsdale, AZ 85258**
Number Street City State Zip Code

**When was the debt incurred?**    12/16/18

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
**☐ Check if this claim is for a community debt**
**Is the claim subject to offset?**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

☐ Yes

■ Other. Specify **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| 4.3 06 | **Rebecca Maltenfort** | | **Last 4 digits of account number** | 0202 | $268.80 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name
**12123 E Chama Road**
**Scottsdale, AZ 85255**
Number Street City State Zip Code

**When was the debt incurred?**    01/20/19

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
**☐ Check if this claim is for a community debt**
**Is the claim subject to offset?**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

☐ Yes

■ Other. Specify **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| 4.3 07 | **Region Capital** | **Last 4 digits of account number** _____ | $127,210.00 |

Nonpriority Creditor's Name

**323 Sunny Isles Boulevard**
**Suite 501**
**North Miami Beach, FL 33160**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**        **11/2/18**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Personal Guaranty**

---

| 4.3 08 | **Relentless Accountability** | **Last 4 digits of account number** _____ | $28,749.39 |

Nonpriority Creditor's Name

**18841 N 94th Way**
**Scottsdale, AZ 85255**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Services**

---

| 4.3 09 | **Rex Kidder** | **Last 4 digits of account number** **0051** | $1,789.50 |

Nonpriority Creditor's Name

**11653 N. 129th Way**
**Scottsdale, Az 85259**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**        **02/03/19; 2/10/19**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| 4.3 10 | **Richard Lee Aguilar** | | Last 4 digits of account number    7655 | $0.00 |
|---|---|

**Richard Lee Aguilar**
Nonpriority Creditor's Name
**4558 W. Palo Verde Drive**
**Glendale, AZ 85301**
Number City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **7655**

When was the debt incurred?    **11/18/18**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| 4.3 11 | **Richard Becker** | | Last 4 digits of account number    7662 | $1,329.45 |
|---|---|

**Richard Becker**
Nonpriority Creditor's Name
**2291 Lockwood Drive**
**Lakeside, AZ 85929**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **7662**

When was the debt incurred?    **11/25/18; 12/30/18**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| 4.3 12 | **Richard F Nelson** | | Last 4 digits of account number    0034 | $1,725.00 |
|---|---|

**Richard F Nelson**
Nonpriority Creditor's Name
**16450 W. Van Buren St. Apt 1049**
**Goodyear, AZ 85338**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **0034**

When was the debt incurred?    **02/10/19; 2/17/19**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| 4.3 13 | **Richard Hagen** | Last 4 digits of account number | 0110 | $4,886.10 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**2028 E. River Rd. Unit 100**
**Tucson, AZ 85718**

When was the debt incurred?    01/13/19; 1/20/19; 1/27/19; 2/10/19

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| 4.3 14 | **Richard Reb** | Last 4 digits of account number | 3429 | $4,371.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**33449 N 74th Way**
**Scottsdale, AZ 85266**

When was the debt incurred?    11/04/18; 11/11/18; 11/18/18

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| 4.3 15 | **Rick Orr** | Last 4 digits of account number | 3073 | $8,548.80 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**PO Box 4031**
**Scottsdale, AZ 85261**

When was the debt incurred?    02/10/19; 2/24/19

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| 4.3 16 | **Robert Davis** | Last 4 digits of account number | 0061 | $195.40 |

Nonpriority Creditor's Name
**7238 E Maverick Rd**
**Scottsdale, AZ 85258**
Number Street City State Zip Code

**When was the debt incurred?**　02/10/19

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify　**Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

| 4.3 17 | **Robert Estabrook** | Last 4 digits of account number | 0005 | $9.50 |

Nonpriority Creditor's Name
**10859 E Tierra Drive**
**Scottsdale, AZ 85259**
Number Street City State Zip Code

**When was the debt incurred?**　02/24/19

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify　**Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

| 4.3 18 | **Robert Rumple** | Last 4 digits of account number | 7541 | $17.50 |

Nonpriority Creditor's Name
**3840 E. Harmony Ave.**
**Mesa, AZ 85206**
Number Street City State Zip Code

**When was the debt incurred?**　08/05/18

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify　**Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

| 4.3 19 | **Robert Shepard** | | |
|---|---|---|---|

**Robert Shepard**

Nonpriority Creditor's Name

**26445 S Saddletree**
**Sun Lakes, AZ 85248**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number    7706**                    **$41.25**

**When was the debt incurred?    02/24/19**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| 4.3 20 | **Robert Strander** | | |
|---|---|---|---|

**Robert Strander**

Nonpriority Creditor's Name

**PO Box 1**
**Arlington, AZ 85322**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number    0142**                    **$7,068.00**

**When was the debt incurred?    10/07/18; 10/14/18**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| 4.3 21 | **Robin Hanson** | | |
|---|---|---|---|

**Robin Hanson**

Nonpriority Creditor's Name

**2127 E Mead Place**
**Chandler, AZ 85249**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number    8168**                    **$677.95**

**When was the debt incurred?    02/17/19**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

Case 2:19-bk-10058-BKM    Doc 1    Filed 08/12/19    Entered 08/12/19 12:49:53    Desc
Main Document    Page 133 of 237

| 4.3 22 | **Roger Nelson** | Last 4 digits of account number | **0060** | **$2,492.60** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**23005 N 74th Street, #3018**
**Scottsdale, AZ 85255**

When was the debt incurred?    **02/10/19; 2/17/19**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

**☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| 4.3 23 | **Ron Spratling** | Last 4 digits of account number | **0070** | **$330.15** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**10469 N 99th St**
**Scottsdale, AZ 85258**

When was the debt incurred?    **02/24/19**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

**☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| 4.3 24 | **Ronald E. Frank** | Last 4 digits of account number | **3396** | **$366.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**6705 Cypress Hollow**
**Edmond, OK 73034**

When was the debt incurred?    **08/19/18; 9/16/18; 9/23/18; 10/14/18**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

**☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

Case 2:19-bk-10058-BKM    Doc 1    Filed 08/12/19    Entered 08/12/19 12:49:53    Desc
Main Document          Page 134 of 237

| 4.3 25 | | | |
|---|---|---|---|

**Ruby Elam**
Nonpriority Creditor's Name
**120 N. Val  Vista Drive Lot 91**
**Mesa, AZ 85213**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **5796**                    $1,598.25

When was the debt incurred?  **02/03/19; 2/10/19; 3/10/19**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| 4.3 26 | | | |
|---|---|---|---|

**Russ Russo**
Nonpriority Creditor's Name
**4400 N Scottsdale Road 9-848**
**Scottsdale, AZ 85251**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **0033**                    $215.75

When was the debt incurred?  **12/23/18**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| 4.3 27 | | | |
|---|---|---|---|

**Ryan Lodge**
Nonpriority Creditor's Name
**PO Box 1583**
**Sandpoint, ID 83864**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **0145**                    $378.75

When was the debt incurred?  **12/16/18**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

Case 2:19-bk-10058-BKM    Doc 1    Filed 08/12/19    Entered 08/12/19 12:49:53    Desc
Main Document        Page 135 of 237

| 4.3 28 | | | |
|---|---|---|---|

**Ryan Mapes**
Nonpriority Creditor's Name
**3242 E. Camelback Rd.**
**Phoenix, AZ 85014**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No

- ☐ Yes

Last 4 digits of account number     **0039**

When was the debt incurred?     **12/23/18; 1/6/19; 1/13/19**

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

**$1,737.00**

| 4.3 29 | | | |
|---|---|---|---|

**Ryan Scalise**
Nonpriority Creditor's Name
**4136 E Glenrosa Av**
**Phoenix, AZ 85018**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No

- ☐ Yes

Last 4 digits of account number     **5818**

When was the debt incurred?     **02/24/19**

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

**$667.30**

| 4.3 30 | | | |
|---|---|---|---|

**Sadie Smith**
Nonpriority Creditor's Name
**5817 E. Cochise Road**
**Paradise Valley, AZ 85253**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No

- ☐ Yes

Last 4 digits of account number     **3789**

When was the debt incurred?     **01/06/19**

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

**$3,070.00**

Case 2:19-bk-10058-BKM    Doc 1    Filed 08/12/19    Entered 08/12/19 12:49:53    Desc
Main Document       Page 136 of 237

| 4.3 31 | | | |
|---|---|---|---|

**Sal Palermo**

Nonpriority Creditor's Name

**PO Box 117**
**Meyer, AZ 86333**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number**  **0039**                               $82.15

**When was the debt incurred?**  **01/20/19; 1/27/19**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| 4.3 32 | | | |
|---|---|---|---|

**Sandy Jez**

Nonpriority Creditor's Name

**N 4402 County Rd E**
**Bruce, WI 54819**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number**  **0171**                               $1,218.30

**When was the debt incurred?**  **12/02/18**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| 4.3 33 | | | |
|---|---|---|---|

**Sarah Glenn**

Nonpriority Creditor's Name

**3754 E. Vallejo Dr.**
**Gilbert, AZ 85298**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number**  **0053**                               $176.00

**When was the debt incurred?**  **07/22/18**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| 4.3<br>34 | **Sarah Maresco** | Last 4 digits of account number | **5766** | **$1,006.50** |

Nonpriority Creditor's Name

**901 W Vista Av**
**Phoenix, AZ 85021**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred?   **01/20/19**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| 4.3<br>35 | **Scott Hopson** | Last 4 digits of account number | **3188** | **$1,874.00** |

Nonpriority Creditor's Name

**18602 N Summerbreeze Way**
**Surprise, AZ 85374**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred?   **02/10/19**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| 4.3<br>36 | **Scott Jones** | Last 4 digits of account number | **3367** | **$489.60** |

Nonpriority Creditor's Name

**9741 Gava Dr**
**El Paso, TX 79927**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred?   **05/13/18; 5/20/19; 6/10/18**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

Case 2:19-bk-10058-BKM    Doc 1    Filed 08/12/19    Entered 08/12/19 12:49:53    Desc
Main Document      Page 138 of 237

**4.3 37**

**Scott Thibodeau**
Nonpriority Creditor's Name
**7921 E Nopal**
**Mesa, AZ 85209**
Number Street City State Zip Code
Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No

- ☐ Yes

Last 4 digits of account number    **7713**

When was the debt incurred?    **03/03/19**

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

**$68.90**

---

**4.3 38**

**Second Wind Enterprises, LLC**
Nonpriority Creditor's Name
**8110 East Del Tiburon Drive**
**Scottsdale, AZ 85258**
Number Street City State Zip Code
Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No

- ☐ Yes

Last 4 digits of account number

When was the debt incurred?    **3/16/18**

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify **Personal Guaranty on 3rd position against Voltaire Shea property**

**$550,000.00**

---

**4.3 39**

**Shah Sahak**
Nonpriority Creditor's Name
**27363 N. 88th Lane**
**Peoria, AZ 85383**
Number Street City State Zip Code
Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No

- ☐ Yes

Last 4 digits of account number    **7684**

When was the debt incurred?    **01/20/19**

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

**$100.75**

---

Case 2:19-bk-10058-BKM    Doc 1    Filed 08/12/19    Entered 08/12/19 12:49:53    Desc
Main Document    Page 139 of 237

| 4.3 40 | **Shantel Parks** | | Last 4 digits of account number | 0168 | $3,301.35 |

**Shantel Parks**
Nonpriority Creditor's Name
**13931 E Rancho Del Oro Drive**
**Scottsdale, AZ 85262**
Number Street City State Zip Code

Last 4 digits of account number    **0168**    $3,301.35

When was the debt incurred?    **12/16/18; 12/23/18**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

**Shawn O'Connor**
Nonpriority Creditor's Name
**6633 E. Lone Mountain Rd**
**Cave Creek, AZ 85331**
Number Street City State Zip Code

4.3 41

Last 4 digits of account number    **5765**    $1,839.85

When was the debt incurred?    **09/23/18**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

**Shelly Asher**
Nonpriority Creditor's Name
**7650 E Williams Dr #1056**
**Scottsdale, AZ 85255**
Number Street City State Zip Code

4.3 42

Last 4 digits of account number    **0011**    $4,274.70

When was the debt incurred?    **03/18/18; 3/25/18; 4/1/18**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| 4.3 43 | **Sherrill Sandell** | Last 4 digits of account number | **7702** | $311.85 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**660 Saguaro Way**
**Mesa, AZ 85208**
Number Street City State Zip Code

When was the debt incurred?     **02/17/19**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

☐ Yes

■ Other. Specify   **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| 4.3 44 | **Sheryl Hopkins** | Last 4 digits of account number | **7522** | $1,425.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**26621 S. Cloverland Dr.**
**Sun Lakes, AZ 85248**
Number Street City State Zip Code

When was the debt incurred?     **07/22/18**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

☐ Yes

■ Other. Specify   **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| 4.3 45 | **Shlomy Levertov** | Last 4 digits of account number | **7673** | $26.65 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**2136 E. Nicolet Avenue**
**Phoenix, AZ 85020**
Number Street City State Zip Code

When was the debt incurred?     **12/23/18**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

☐ Yes

■ Other. Specify   **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

Case 2:19-bk-10058-BKM    Doc 1    Filed 08/12/19    Entered 08/12/19 12:49:53    Desc
Main Document    Page 141 of 237

| 4.3 46 | **Sima Madison** | **Last 4 digits of account number** | 3219 | $370,000.00 |

Nonpriority Creditor's Name

**7351 E Speedway, Apt 21H**
**Tucson, AZ 85710**

**When was the debt incurred?**     10/07/18; 20/21/18; 10/28/18; 1/19/18

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only                          ☐ Contingent
☐ Debtor 2 only                          ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only             ☐ Disputed
☐ At least one of the debtors and another   **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**   ☐ Student loans
**debt**
                                         ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**         report as priority claims

■ No                                     ☐ Debts to pension or profit-sharing plans, and other similar debts
                                         ■ Other. Specify   **Loan/Consignor with J. Levine Auctions**
☐ Yes                                                       **and Appraisal, LLC - Notice Purposes**

---

| 4.3 47 | **Sol Epstein** | **Last 4 digits of account number** | 7667 | $13.00 |

Nonpriority Creditor's Name

**9263 E. Karen Drive**
**Scottsdale, AZ 85260**

**When was the debt incurred?**     12/16/18

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only                          ☐ Contingent
☐ Debtor 2 only                          ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only             ☐ Disputed
☐ At least one of the debtors and another   **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**   ☐ Student loans
**debt**
                                         ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**         report as priority claims

■ No                                     ☐ Debts to pension or profit-sharing plans, and other similar debts
                                         ■ Other. Specify   **Consignment Contract with J. Levine**
☐ Yes                                                       **Auction and Appraisal, LLC - Notice**
                                                            **Purposes**

---

| 4.3 48 | **Stephanie Wisniewski** | **Last 4 digits of account number** | 2001 | $77.00 |

Nonpriority Creditor's Name

**10655 Pivitol Av**
**Mesa, AZ 85212**

**When was the debt incurred?**     10/07/18

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only                          ☐ Contingent
☐ Debtor 2 only                          ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only             ☐ Disputed
☐ At least one of the debtors and another   **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**   ☐ Student loans
**debt**
                                         ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**         report as priority claims

■ No                                     ☐ Debts to pension or profit-sharing plans, and other similar debts
                                         ■ Other. Specify   **Consignment Contract with J. Levine**
☐ Yes                                                       **Auction and Appraisal, LLC - Notice**
                                                            **Purposes**

---

| | | | |
|---|---|---|---|
| **4.3 49** | **Stephen Acreman** | Last 4 digits of account number    **0156** | **$330.70** |

Nonpriority Creditor's Name
**1042 N Higley Rd., #102-411**
**Mesa, AZ 85205**
Number Street City State Zip Code

When was the debt incurred?    **10/07/18**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Is the claim subject to offset?

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

■ Other. Specify    **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

☐ Yes

---

| | | | |
|---|---|---|---|
| **4.3 50** | **Stephen Lawrence** | Last 4 digits of account number    **3425** | **$63.75** |

Nonpriority Creditor's Name
**Pawn First 9825 N Metro Parkway E**
**Phoenix, AZ 85051**
Number Street City State Zip Code

When was the debt incurred?    **12/16/18**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Is the claim subject to offset?

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

■ Other. Specify    **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

☐ Yes

---

| | | | |
|---|---|---|---|
| **4.3 51** | **Stephen Marmon** | Last 4 digits of account number    **5812** | **$860.25** |

Nonpriority Creditor's Name
**7762 E Foxmore Ln**
**Scottsdale, AZ 85258**
Number Street City State Zip Code

When was the debt incurred?    **01/27/19**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Is the claim subject to offset?

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

■ Other. Specify    **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| 4.3 52 | | | |
|---|---|---|---|

**Steve Ruth**

Nonpriority Creditor's Name
**601 South Main Street**
**Sellersville, PA 18960**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number**    **3081**                                $73.60

**When was the debt incurred?**    **02/03/19**

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| 4.3 53 | | | |
|---|---|---|---|

**Steve Sanchez**

Nonpriority Creditor's Name
**Hearts of Stone 5120 N. 42nd Pl.**
**Phoenix, AZ 85018**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number**    **5011**                                $185.25

**When was the debt incurred?**    **04/29/18**

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| 4.3 54 | | | |
|---|---|---|---|

**Steve Schwartz**

Nonpriority Creditor's Name
**3901 E Pinnacle Peak Rd., Lot 52**
**Phoenix, AZ 85050**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number**    **0089**                                $63.05

**When was the debt incurred?**    **12/23/18**

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| 4.3 55 | | | |
|---|---|---|---|

**Steve Wong**
Nonpriority Creditor's Name
**4436 E. Redwood Ln.**
**Phoenix, AZ 85048**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number  **0034**                    **$1,988.60**

When was the debt incurred?  **04/29/18**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

| 4.3 56 | | | |
|---|---|---|---|

**Stuart  Finn**
Nonpriority Creditor's Name
**7735 E. Windrose Drive**
**Scottsdale, AZ 85260**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number  **0036**                    **$1,849.30**

When was the debt incurred?  **01/20/19; 1/27/19**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

| 4.3 57 | | | |
|---|---|---|---|

**Stuart Boykoff**
Nonpriority Creditor's Name
**7419 E Cactus Wren Road**
**Scottsdale, AZ 85250**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number  **7668**                    **$698.10**

When was the debt incurred?  **12/23/18**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

| 4.3 58 | **Suniya Luthar** | | Last 4 digits of account number | 8151 | | | $593.05 |

**Suniya Luthar**
Nonpriority Creditor's Name
**1545 E Jeanine Drive**
**Tempe, AZ 85284**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
□ Yes

**Last 4 digits of account number**    8151                    $593.05

**When was the debt incurred?**    02/03/19; 2/10/19

**As of the date you file, the claim is:** Check all that apply

□ Contingent
□ Unliquidated
□ Disputed
**Type of NONPRIORITY unsecured claim:**
□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| 4.3 59 | **Susan Assadi** | | Last 4 digits of account number | 5806 | | | $200.50 |

**Susan Assadi**
Nonpriority Creditor's Name
**1709 Foster Ave #2**
**Brooklyn, NY 11230**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
□ Yes

**Last 4 digits of account number**    5806                    $200.50

**When was the debt incurred?**    01/06/19

**As of the date you file, the claim is:** Check all that apply

□ Contingent
□ Unliquidated
□ Disputed
**Type of NONPRIORITY unsecured claim:**
□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| 4.3 60 | **Susan Cousino** | | Last 4 digits of account number | 7661 | | | $371.15 |

**Susan Cousino**
Nonpriority Creditor's Name
**8840 E Sunland Ave #169**
**Mesa, AZ 85208**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
□ Yes

**Last 4 digits of account number**    7661                    $371.15

**When was the debt incurred?**    11/25/18

**As of the date you file, the claim is:** Check all that apply

□ Contingent
□ Unliquidated
□ Disputed
**Type of NONPRIORITY unsecured claim:**
□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

Case 2:19-bk-10058-BKM    Doc 1    Filed 08/12/19    Entered 08/12/19 12:49:53    Desc
Main Document        Page 146 of 237

| 4.3 61 | **Susan Gurniak** | | | | Last 4 digits of account number | 5825 | | | $41.25 |

**Susan Gurniak**
Nonpriority Creditor's Name
**324 N 110th St**
**Apache Junction, AZ 85120**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    5825

When was the debt incurred?    02/17/19

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

$41.25

---

| 4.3 62 | **Susan Kingsbury** | | | | Last 4 digits of account number | 0154 | | | $5,849.20 |

**Susan Kingsbury**
Nonpriority Creditor's Name
**10423 E Tillman Ave**
**Mesa, AZ 85212**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    0154

When was the debt incurred?    11/25/18

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

$5,849.20

---

| 4.3 63 | **Susan Sackett** | | | | Last 4 digits of account number | 7659 | | | $306.50 |

**Susan Sackett**
Nonpriority Creditor's Name
**7390 E. Milton Drive**
**Scottsdale, AZ 85266**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    7659

When was the debt incurred?    01/27/19

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

$306.50

Case 2:19-bk-10058-BKM    Doc 1    Filed 08/12/19    Entered 08/12/19 12:49:53    Desc
Main Document    Page 147 of 237

| 4.3 64 | | | |
|---|---|---|---|

**Susan Waldbaum**
Nonpriority Creditor's Name

7840 E Camelback Rd., #309
Scottsdale, AZ 85251
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    5832                          $1,006.50

When was the debt incurred?    02/24/19

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| 4.3 65 | | | |
|---|---|---|---|

**Sydni Satterlund**
Nonpriority Creditor's Name

3920 W Glenaire Drive
Phoenix, AZ 85053
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    5759                          $263.25

When was the debt incurred?    09/09/18

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| 4.3 66 | | | |
|---|---|---|---|

**Syncb/amazon**
Nonpriority Creditor's Name

Po Box 965015
Orlando, FL 32896
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    6223                          **Unknown**

When was the debt incurred?    **Opened  8/27/10  Last Active 3/23/11**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Charge Account**

---

Case 2:19-bk-10058-BKM   Doc 1   Filed 08/12/19   Entered 08/12/19 12:49:53   Desc
Main Document        Page 148 of 237

| 4.3 67 | **Syncb/c&b** | Last 4 digits of account number | **4606** | **Unknown** |

Nonpriority Creditor's Name

**Po Box 965022**
**Orlando, FL 32896**

When was the debt incurred?  **Opened 06/18  Last Active 8/21/18**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Charge Account**

---

| 4.3 68 | **Syncb/care Credit** | Last 4 digits of account number | **3056** | **Unknown** |

Nonpriority Creditor's Name

**C/o Po Box 965036**
**Orlando, FL 32896**

When was the debt incurred?  **Opened 09/17  Last Active 8/29/18**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Charge Account**

---

| 4.3 69 | **Syncb/living Spaces** | Last 4 digits of account number | **5073** | **$632.00** |

Nonpriority Creditor's Name

**C/o Po Box 965036**
**Orlando, FL 32896**

When was the debt incurred?  **Opened 10/17  Last Active 7/10/19**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Charge Account**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Case 2:19-bk-10058-BKM    Doc 1    Filed 08/12/19    Entered 08/12/19 12:49:53    Desc
Main Document        Page 149 of 237

---

| | | | |
|---|---|---|---|
| **4.3 70** | **Teen Challenge of AZ** | Last 4 digits of account number    **0043** | **$100.40** |

Nonpriority Creditor's Name

**C/O Patrick Knight 1515 W. Grand Ave.**

**Phoenix, AZ 85007**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

When was the debt incurred?    **09/23/18; 1/20/19**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| | | | |
|---|---|---|---|
| **4.3 71** | **Teltech Networks Inc** | Last 4 digits of account number | **$968.71** |

Nonpriority Creditor's Name

**810 E Hammond Lane**

**Phoenix, AZ 85034**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| | | | |
|---|---|---|---|
| **4.3 72** | **Terry Kane** | Last 4 digits of account number    **7679** | **$41.85** |

Nonpriority Creditor's Name

**11736 E. Aribian Park Dr.**

**Scottsdale, AZ 85259**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

When was the debt incurred?    **12/30/18**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| 4.3 73 | **Terry Work** | | Last 4 digits of account number | **3389** | | **$254.80** |

Nonpriority Creditor's Name
**26125 N. 116th #12**
**Scottsdale, AZ 85255**
Number Street City State Zip Code

**When was the debt incurred?**    **06/03/18**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

�, No

☐, Other. Specify **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

☐ Yes

---

| 4.3 74 | **The MIM Museum** | | Last 4 digits of account number | **3807** | | **$2,479.40** |

Nonpriority Creditor's Name
**Attn: Debbie Forde**
**4725 W Mayo Blvd**
**Phoenix, AZ 85050**
Number Street City State Zip Code

**When was the debt incurred?**    **03/10/19**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

�, No

☐, Other. Specify **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

☐ Yes

---

| 4.3 75 | **Thomas Charles Editions, LLC** | | Last 4 digits of account number | **5815** | | **$5,386.75** |

Nonpriority Creditor's Name
**42302 N Vision Way  Suite 105**
**Phoenix, AZ 85086**
Number Street City State Zip Code

**When was the debt incurred?**    **02/03/19; 2/24/19; 3/3/19**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

�, No

☐, Other. Specify **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Case 2:19-bk-10058-BKM    Doc 1    Filed 08/12/19    Entered 08/12/19 12:49:53    Desc
Main Document    Page 151 of 237

| 4.3 76 | **Thomas Neel** | Last 4 digits of account number | **5667** | | **$10.80** |

Nonpriority Creditor's Name
**579 Fir Street**
**Vacaville, CA 95688**
Number Street City State Zip Code

**When was the debt incurred?**    **04/22/18; 4/29/18**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**
■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

☐ Yes

---

| 4.3 77 | **Tim Dickerson** | Last 4 digits of account number | **3183** | | **$1,024.80** |

Nonpriority Creditor's Name
**Estate of Billie Jo Dickerson**
**4536 S. Sauk Ave**
**Siera Vista, AZ 85650**
Number Street City State Zip Code

**When was the debt incurred?**    **08/15/18; 8/19/18; 8/26/18**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**
■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify  **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

☐ Yes

---

| 4.3 78 | **Tim Most** | Last 4 digits of account number | **7542** | | **$307.45** |

Nonpriority Creditor's Name
**5540 E. Main St.**
**Mesa, AZ 85205**
Number Street City State Zip Code

**When was the debt incurred?**    **03/03/19**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**
■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

☐ Yes

---

| 4.3 79 | **Tim Price** | | Last 4 digits of account number | **8121** | **$0.00** |

Nonpriority Creditor's Name
**3605 W Osborn #114**
**Phoenix, AZ 85019**
Number Street City State Zip Code

**When was the debt incurred?**    **09/09/18**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No

- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| 4.3 80 | **Todd Temple** | | Last 4 digits of account number | **8104** | **$126.05** |

Nonpriority Creditor's Name
**4715 W. Annette Cir.**
**Glendale, AZ 85308**
Number Street City State Zip Code

**When was the debt incurred?**    **02/10/19**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No

- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| 4.3 81 | **Tom  Milligan** | | Last 4 digits of account number | **8144** | **$931.20** |

Nonpriority Creditor's Name
**1725 E La Montana Drive**
**Fountain Hills, AZ 85268**
Number Street City State Zip Code

**When was the debt incurred?**    **02/03/19**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No

- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

Case 2:19-bk-10058-BKM    Doc 1    Filed 08/12/19    Entered 08/12/19 12:49:53    Desc
Main Document      Page 153 of 237

| 4.3 82 | **Tom  Pekar** | | Last 4 digits of account number | 0043 | $1,983.40 |

Nonpriority Creditor's Name
**503 McKeever #1517**
**Arcola, TX 77583**
Number Street City State Zip Code

**When was the debt incurred?**    01/20/19; 1/27/19

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

☐ Yes

---

| 4.3 83 | **Tom Knott** | | Last 4 digits of account number | 3444 | $222.75 |

Nonpriority Creditor's Name
**5618 N. 12th St.**
**Phoenix, AZ 85014**
Number Street City State Zip Code

**When was the debt incurred?**    01/20/19; 1/27/19

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

☐ Yes

---

| 4.3 84 | **Tom Scott** | | Last 4 digits of account number | 0000 | $698.75 |

Nonpriority Creditor's Name
**13416 N. Cave Creek Rd.**
**Phoenix, AZ 85022**
Number Street City State Zip Code

**When was the debt incurred?**    05/20/18; 6/7/18

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

| 4.3 85 | **Tony  Den Boer** | Last 4 digits of account number | 7693 | $26.00 |

Nonpriority Creditor's Name

**10978 E. Southwind Lane**
**Scottsdale, AZ 85262**

Number Street City State Zip Code

When was the debt incurred?    01/27/19

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

| 4.3 86 | **Tony Hill** | Last 4 digits of account number | 8034 | $8,172.50 |

Nonpriority Creditor's Name

**710 Treasure Dr.**
**Pittsburg, CA 94646**

Number Street City State Zip Code

When was the debt incurred?    12/16/18; 1/6/19; 2/10/19; 2/17/19; 3/3/19

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

| 4.3 87 | **Tony Szmerei** | Last 4 digits of account number | 5800 | $5,803.30 |

Nonpriority Creditor's Name

**2926 W. Maddock Rd.**
**Phoenix, AZ 85086**

Number Street City State Zip Code

When was the debt incurred?    12/23/18

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

| 4.3 88 | **Tracy Slaughter** | Last 4 digits of account number | 0189 | $697.20 |

Nonpriority Creditor's Name

**1420 Dexter Ridge Drive**
**Holly Springs, NC 27540**
Number Street City State Zip Code

When was the debt incurred?   **12/23/18**

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| 4.3 89 | **Trish Rogers** | Last 4 digits of account number | 0205 | $121.55 |

Nonpriority Creditor's Name

**16046 N. 113th Way**
**Scottsdale, AZ 85255**
Number Street City State Zip Code

When was the debt incurred?   **01/27/19**

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| 4.3 90 | **Ty Woodward** | Last 4 digits of account number | 8164 | $23.00 |

Nonpriority Creditor's Name

**2323 N Central, #1902**
**Phoenix, AZ 85004**
Number Street City State Zip Code

When was the debt incurred?   **02/10/19**

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

Case 2:19-bk-10058-BKM    Doc 1    Filed 08/12/19    Entered 08/12/19 12:49:53    Desc
Main Document      Page 156 of 237

| 4.3 91 | **US Bank** | **Last 4 digits of account number** 5759 | $24,973.85 |
|---|---|---|---|

Nonpriority Creditor's Name
**P.O. Box 790179**
**Saint Louis, MO 63179**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt**

---

| 4.3 92 | **US Bank** | **Last 4 digits of account number** 9672 | $11,787.09 |
|---|---|---|---|

Nonpriority Creditor's Name
**P.O. Box 790179**
**Saint Louis, MO 63179**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt**

---

| 4.3 93 | **Vern Otto** | **Last 4 digits of account number** 0197 | $6,168.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**14732 W. Buttonwood Drive**
**Sun City West, AZ 85375**
Number Street City State Zip Code

**When was the debt incurred?**    12/30/18

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| | | |
|---|---|---|
| **4.3 94** | **Virginia Webb** | |

Nonpriority Creditor's Name

**30311 N. 130th Glen**
**Peoria, AZ 85383**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number    **3447**                                $4,000.00

When was the debt incurred?    **01/27/19; 3/3/19**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| | | |
|---|---|---|
| **4.3 95** | **Wells Fargo** | |

Nonpriority Creditor's Name

**Credit Bureau Dispute Resoluti**
**Des Moines, IA 50306**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number    **5865**                                $8,757.00

When was the debt incurred?    **Opened 08/16  Last Active 7/01/19**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Credit Card**

---

| | | |
|---|---|---|
| **4.3 96** | **Wells Fargo Bank** | |

Nonpriority Creditor's Name

**P.O. Box 51193**
**Los Angeles, CA 90051**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number    **5122**                                $3,049.60

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Business debt**

---

Case 2:19-bk-10058-BKM    Doc 1    Filed 08/12/19    Entered 08/12/19 12:49:53    Desc
Main Document    Page 158 of 237

| 4.3 97 | **Wells Fargo Bank** | Last 4 digits of account number | **$9,132.65** |

Nonpriority Creditor's Name
**P.O. Box 51193**
**Los Angeles, CA 90051**
Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt**

---

| 4.3 98 | **Wells Fargo Bank** | Last 4 digits of account number | **$937.43** |

Nonpriority Creditor's Name
**P.O. Box 51193**
**Los Angeles, CA 90051**
Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt**

---

| 4.3 99 | **Wells Fargo Bank** | Last 4 digits of account number | **$1,000.00** |

Nonpriority Creditor's Name
**P.O. Box 51193**
**Los Angeles, CA 90051**
Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt**

---

| 4.4 00 | **Wendy Herbal** | Last 4 digits of account number | **8134** | **$6.50** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**121 W. Mariposa**
**San Clemente, CA 92672**

When was the debt incurred?   **11/11/18**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No

☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| 4.4 01 | **Wf/dillard** | Last 4 digits of account number | **7570** | **$1,002.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**Po Box 14517**
**Des Moines, IA 50306**

When was the debt incurred?   **Opened 03/13  Last Active 6/28/19**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit Card**

---

| 4.4 02 | **William Contreras** | Last 4 digits of account number | **8133** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**8210 S Jenna Kane**
**Laveen, AZ 85339**

When was the debt incurred?   **11/04/18**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No

☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

| 4.4 03 | **William Erickson** | Last 4 digits of account number | **0054** | **$5,496.60** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**1694 W Glendale AV, #549**
**Phoenix, AZ 85021**

Number Street City State Zip Code

When was the debt incurred?    **02/17/19; 2/24/19; 3/3/19**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

**☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| 4.4 04 | **William Friedman** | Last 4 digits of account number | **5715** | **$162.50** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**31 E. San Miguel Ave.**
**Phoenix, AZ 85012**

Number Street City State Zip Code

When was the debt incurred?    **07/01/18; 7/8/18**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

**☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| 4.4 05 | **William Gosney** | Last 4 digits of account number | **3410** | **$1,900.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**9 W. Pepper Pl.**
**Mesa, AZ 85201**

Number Street City State Zip Code

When was the debt incurred?    **08/26/18; 9/2/18; 9/16/18**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

**☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Case 2:19-bk-10058-BKM    Doc 1    Filed 08/12/19    Entered 08/12/19 12:49:53    Desc
Main Document      Page 161 of 237

| | | |
|---|---|---|
| 4.4 06 | **William Hall** | Last 4 digits of account number   **5660**                    **$402.85** |

Nonpriority Creditor's Name

**12059 E. Laurel Ln.**
**Scottsdale, AZ 85259**

Number Street City State Zip Code

Who incurred the debt? Check one.

When was the debt incurred?    **05/06/18; 2/3/19; 2/10/19**

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No

- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| | | |
|---|---|---|
| 4.4 07 | **William Helton** | Last 4 digits of account number   **8083**                    **Unknown** |

Nonpriority Creditor's Name

**431 N. Red Rock St.**
**Gilbert, AZ 85234**

Number Street City State Zip Code

Who incurred the debt? Check one.

When was the debt incurred?    **04/01/18; 4/18/18; 6/3/18; 6/10/18**

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No

- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

| | | |
|---|---|---|
| 4.4 08 | **Yoni Kalusky** | Last 4 digits of account number   **3379**                    **$2,142.85** |

Nonpriority Creditor's Name

**5082 E. Hampden Ave. #162**
**Denver, CO 80222**

Number Street City State Zip Code

Who incurred the debt? Check one.

When was the debt incurred?    **12/23/18; 1/27/19; 2/17/19**

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No

- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Consignment Contract with J. Levine Auction and Appraisal, LLC - Notice Purposes**

---

Case 2:19-bk-10058-BKM    Doc 1    Filed 08/12/19    Entered 08/12/19 12:49:53    Desc
Main Document    Page 162 of 237

## Part 3:    List Others to Be Notified About a Debt That You Already Listed

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Andrea H. Landeen**<br>**Quarles & Brady**<br>**Two North Central Avenue**<br>**Phoenix, AZ 85004** | Line **4.338** of *(Check one)*:<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| **Kalamata Capital Group**<br>**80 Broad Street, 12th Floor**<br>**New York, NY 10004** | Line **4.217** of *(Check one)*:<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| **Kalamata Capital Group**<br>**7315 Wisconsin Avenue, Ste 950**<br>**Bethesda, MD 20814** | Line **4.217** of *(Check one)*:<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| **Kash Capital**<br>**c/o Lien Services**<br>**P.O. Box 29071**<br>**Glendale, CA 91209** | Line **4.220** of *(Check one)*:<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| **Parker Law Firm**<br>**1204 East Baseline Road, Suite 206**<br>**Tempe, AZ 85283** | Line **4.19** of *(Check one)*:<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| **Velocity Capital Group**<br>**Law Offices of Mark J. Friedman PC**<br>**66 Split Rock Road**<br>**Syosset, NY 11791** | Line **4.19** of *(Check one)*:<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

## Part 4:    Add the Amounts for Each Type of Unsecured Claim

6. **Total the amounts of certain types of unsecured claims.** This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

| | | | | | Total Claim |
|---|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | Domestic support obligations | 6a. | $ | 0.00 |
| | 6b. | Taxes and certain other debts you owe the government | 6b. | $ | 0.00 |
| | 6c. | Claims for death or personal injury while you were intoxicated | 6c. | $ | 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ | 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ | 0.00 |
| | | | | | Total Claim |
| **Total claims from Part 2** | 6f. | Student loans | 6f. | $ | 0.00 |
| | 6g. | Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. | $ | 0.00 |
| | 6h. | Debts to pension or profit-sharing plans, and other similar debts | 6h. | $ | 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ | 5,447,784.11 |

Case 2:19-bk-10058-BKM    Doc 1    Filed 08/12/19    Entered 08/12/19 12:49:53    Desc
Main Document      Page 163 of 237

6j.    **Total Nonpriority.** Add lines 6f through 6i.          6j.    $ _____ **5,447,784.11**

**Fill in this information to identify your case:**

Debtor 1    **Josh D. Levine**

First Name        Middle Name        Last Name

Debtor 2
(Spouse if, filing)   First Name        Middle Name        Last Name

United States Bankruptcy Court for the:   DISTRICT OF ARIZONA

Case number
(if known)

☐ Check if this is an
   amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases     12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).**

1. **Do you have any executory contracts or unexpired leases?**
   - ☒ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   - ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.1   Name<br><br>Number   Street<br><br>City     State     ZIP Code | |
| 2.2   Name<br><br>Number   Street<br><br>City     State     ZIP Code | |
| 2.3   Name<br><br>Number   Street<br><br>City     State     ZIP Code | |
| 2.4   Name<br><br>Number   Street<br><br>City     State     ZIP Code | |
| 2.5   Name<br><br>Number   Street<br><br>City     State     ZIP Code | |

| Debtor 1 | **Josh D. Levine** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF ARIZONA | | |
| Case number | | | |
| (if known) | | | |

☐ Check if this is an
amended filing

## Official Form 106H
## Schedule H: Your Codebtors                                    12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☐ No. Go to line 3.
■ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

    ☐ No
    ■ Yes.

    In which community state or territory did you live? __-NONE-__ . Fill in the name and current address of that person.

    _____
    Name of your spouse, former spouse, or legal equivalent
    Number, Street, City, State & Zip Code

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
|---|---|
| Name, Number, Street, City, State and ZIP Code | Check all schedules that apply: |

| | | |
|---|---|---|
| 3.1 | **J Levine Auction & Appraisal LLC**<br>**c/o Dawn Maguire, Guttilla Murphy Anders**<br>**5415 East High Street**<br>**Phoenix, AZ 85054** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.19__<br>☐ Schedule G _____<br>**Arcarius/Velocity Capital Group** |
| 3.2 | **J Levine Auction & Appraisal LLC**<br>**c/o Dawn Maguire, Guttilla Murphy Anders**<br>**5415 East High Street**<br>**Phoenix, AZ 85054** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.220__<br>☐ Schedule G _____<br>**Kash Capital** |

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |

3.3    **J Levine Auction & Appraisal LLC**
**c/o Dawn Maguire, Guttilla Murphy Anders**
**5415 East High Street**
**Phoenix, AZ 85054**

☑ Schedule D, line __2.1__
☐ Schedule E/F, line _____
☐ Schedule G _____
**BNC National Bank**

---

3.4    **J Levine Auction & Appraisal LLC**
**c/o Dawn Maguire, Guttilla Murphy Anders**
**5415 East High Street**
**Phoenix, AZ 85054**

☐ Schedule D, line _____
☑ Schedule E/F, line __4.146__
☐ Schedule G _____
**Green Capital Funding, LLC**

---

3.5    **J Levine Auction & Appraisal LLC**
**c/o Dawn Maguire, Guttilla Murphy Anders**
**5415 East High Street**
**Phoenix, AZ 85054**

☐ Schedule D, line _____
☑ Schedule E/F, line __4.307__
☐ Schedule G _____
**Region Capital**

---

3.6    **J Levine Auction & Appraisal LLC**
**c/o Dawn Maguire, Guttilla Murphy Anders**
**5415 East High Street**
**Phoenix, AZ 85054**

☐ Schedule D, line _____
☑ Schedule E/F, line __4.283__
☐ Schedule G _____
**Nawaz A Qureshi & Kelly S Lowery**

---

3.7    **J Levine Auction & Appraisal LLC**
**c/o Dawn Maguire, Guttilla Murphy Anders**
**5415 East High Street**
**Phoenix, AZ 85054**

☐ Schedule D, line _____
☑ Schedule E/F, line __4.7__
☐ Schedule G _____
**American Express**

---

3.8    **J Levine Auction & Appraisal LLC**
**c/o Dawn Maguire, Guttilla Murphy Anders**
**5415 East High Street**
**Phoenix, AZ 85054**

☐ Schedule D, line _____
☑ Schedule E/F, line __4.8__
☐ Schedule G _____
**American Express (Costco)**

---

3.9    **J Levine Auction & Appraisal LLC**
**c/o Dawn Maguire, Guttilla Murphy Anders**
**5415 East High Street**
**Phoenix, AZ 85054**

☐ Schedule D, line _____
☑ Schedule E/F, line __4.47__
☐ Schedule G _____
**Capital One**

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|

3.10  **J Levine Auction & Appraisal LLC**
**c/o Dawn Maguire, Guttilla Murphy Anders**
**5415 East High Street**
**Phoenix, AZ 85054**

☐ Schedule D, line _____
■ Schedule E/F, line __4.62__
☐ Schedule G _____
**Chase Freedom**

---

3.11  **J Levine Auction & Appraisal LLC**
**c/o Dawn Maguire, Guttilla Murphy Anders**
**5415 East High Street**
**Phoenix, AZ 85054**

☐ Schedule D, line _____
■ Schedule E/F, line __4.63__
☐ Schedule G _____
**Chase Ink**

---

3.12  **J Levine Auction & Appraisal LLC**
**c/o Dawn Maguire, Guttilla Murphy Anders**
**5415 East High Street**
**Phoenix, AZ 85054**

☐ Schedule D, line _____
■ Schedule E/F, line __4.64__
☐ Schedule G _____
**Chase Kookoo Toys**

---

3.13  **J Levine Auction & Appraisal LLC**
**c/o Dawn Maguire, Guttilla Murphy Anders**
**5415 East High Street**
**Phoenix, AZ 85054**

☐ Schedule D, line _____
■ Schedule E/F, line __4.71__
☐ Schedule G _____
**Citi Business AA**

---

3.14  **J Levine Auction & Appraisal LLC**
**c/o Dawn Maguire, Guttilla Murphy Anders**
**5415 East High Street**
**Phoenix, AZ 85054**

☐ Schedule D, line _____
■ Schedule E/F, line __4.70__
☐ Schedule G _____
**Citi Bank Cosco**

---

3.15  **J Levine Auction & Appraisal LLC**
**c/o Dawn Maguire, Guttilla Murphy Anders**
**5415 East High Street**
**Phoenix, AZ 85054**

☐ Schedule D, line _____
■ Schedule E/F, line __4.75__
☐ Schedule G _____
**Comerica Master Card**

---

3.16  **J Levine Auction & Appraisal LLC**
**c/o Dawn Maguire, Guttilla Murphy Anders**
**5415 East High Street**
**Phoenix, AZ 85054**

☐ Schedule D, line _____
■ Schedule E/F, line __4.391__
☐ Schedule G _____
**US Bank**

---

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.17   **J Levine Auction & Appraisal LLC**
**c/o Dawn Maguire, Guttilla Murphy Anders**
**5415 East High Street**
**Phoenix, AZ 85054**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.392**
☐ Schedule G _____
**US Bank**

3.18   **J Levine Auction & Appraisal LLC**
**c/o Dawn Maguire, Guttilla Murphy Anders**
**5415 East High Street**
**Phoenix, AZ 85054**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.396**
☐ Schedule G _____
**Wells Fargo Bank**

3.19   **J Levine Auction & Appraisal LLC**
**c/o Dawn Maguire, Guttilla Murphy Anders**
**5415 East High Street**
**Phoenix, AZ 85054**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.397**
☐ Schedule G _____
**Wells Fargo Bank**

3.20   **J Levine Auction & Appraisal LLC**
**c/o Dawn Maguire, Guttilla Murphy Anders**
**5415 East High Street**
**Phoenix, AZ 85054**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.398**
☐ Schedule G _____
**Wells Fargo Bank**

3.21   **J Levine Auction & Appraisal LLC**
**c/o Dawn Maguire, Guttilla Murphy Anders**
**5415 East High Street**
**Phoenix, AZ 85054**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.399**
☐ Schedule G _____
**Wells Fargo Bank**

3.22   **J. Levine Auction and Appraisal, L.L.C.**
**951 West Watkins Road**
**Phoenix, AZ 85007**

■ Schedule D, line   **2.2**
☐ Schedule E/F, line _____
☐ Schedule G _____
**Second Wind Enterprises, LLC**

3.23   **Voltaire Shea LLC**
**c/o Molever Conelly PLC**
**8161 East Indian Bend Road, Suite 103**
**Scottsdale, AZ 85250**

■ Schedule D, line   **2.4**
☐ Schedule E/F, line _____
☐ Schedule G _____
**Western States Bank**

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.24    **J Levine Auction & Appraisal LLC**<br>**c/o Dawn Maguire, Guttilla Murphy Anders**<br>**5415 East High Street**<br>**Phoenix, AZ 85054** | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Clayton Companies** |

Case 2:19-bk-10058-BKM    Doc 1    Filed 08/12/19    Entered 08/12/19 12:49:53    Desc

| Fill in this information to identify your case: |
| --- |

| Debtor 1 | Josh D. Levine |
| --- | --- |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | DISTRICT OF ARIZONA |
| Case number (If known) | |

Check if this is:
- ☐ An amended filing
- ☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I
## Schedule I: Your Income                                    12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

|  | Debtor 1 | Debtor 2 or non-filing spouse |
| --- | --- | --- |
| Employment status | ☐ Employed<br>■ Not employed | ☐ Employed<br>■ Not employed |
| Occupation | Unemployed | |
| Employer's name | | |
| Employer's address | | |
| How long employed there? | | |

### Part 2:    Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
| --- | --- | --- | --- |
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions).  If not paid monthly, calculate what the monthly wage would be. | 2.  $            0.00 | $            0.00 |
| 3. | **Estimate and list monthly overtime pay.** | 3.  +$            0.00 | +$            0.00 |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | 4.  $            0.00 | $            0.00 |

Case 2:19-bk-10058-BKM    Doc 1    Filed 08/12/19    Entered 08/12/19 12:49:53    Desc
Main Document      Page 171 of 237

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here ......................... | 4. | $ 0.00 | $ 0.00 |

5. **List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ 0.00 | $ 0.00 |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ 0.00 |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ 0.00 |
| 5d. **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ 0.00 |
| 5e. **Insurance** | 5e. | $ 0.00 | $ 0.00 |
| 5f. **Domestic support obligations** | 5f. | $ 0.00 | $ 0.00 |
| 5g. **Union dues** | 5g. | $ 0.00 | $ 0.00 |
| 5h. **Other deductions.** Specify: _____ | 5h.+ | $ 0.00 + | $ 0.00 |

6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h.    6.    $ 0.00    $ 0.00

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.    7.    $ 0.00    $ 0.00

8. **List all other income regularly received:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a. **Net income from rental property and from operating a business, profession, or farm** <br> Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ 0.00 |
| 8b. **Interest and dividends** | 8b. | $ 0.00 | $ 0.00 |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** <br> Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d. **Unemployment compensation** | 8d. | $ 0.00 | $ 0.00 |
| 8e. **Social Security** | 8e. | $ 0.00 | $ 0.00 |
| 8f. **Other government assistance that you regularly receive** <br> Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. <br> Specify: _____ | 8f. | $ 0.00 | $ 0.00 |
| 8g. **Pension or retirement income** | 8g. | $ 0.00 | $ 0.00 |
| 8h. **Other monthly income.** Specify: _____ | 8h.+ | $ 0.00 + | $ 0.00 |

9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h.    9.    $ 0.00    $ 0.00

10. **Calculate monthly income.** Add line 7 + line 9.    10.    $ 0.00 + $ 0.00 = $ 0.00
    Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in** *Schedule J.*
    Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
    Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
    Specify: _____    11.    +$ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
    Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies    12.    $ 0.00
    **Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
    ■ No.
    ☐ Yes. Explain:    **Debtor has recently become unemployed and is looking for employment.**

Fill in this information to identify your case:

Debtor 1 __Josh D. Levine__

Debtor 2
(Spouse, if filing) _____

United States Bankruptcy Court for the: __DISTRICT OF ARIZONA__

Case number
(If known) _____

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
## Schedule J: Your Expenses                                   12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1:  Describe Your Household

1. **Is this a joint case?**

   ■ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**

      ☐ No
      ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**  ☐ No

   Do not list Debtor 1 and    ■ Yes. Fill out this information for
   Debtor 2.                          each dependent..............

   Do not state the
   dependents names.

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | Daughter | 10 months | ☐ No  ■ Yes |
   | | | ☐ No  ☐ Yes |
   | | | ☐ No  ☐ Yes |
   | | | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**   ☐ No   ■ Yes

### Part 2:  Estimate Your Ongoing Monthly Expenses

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.**

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | **Your expenses** |
|---|---|

| | | |
|---|---|---:|
| 4. | **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. $ 2,531.18 |
| | **If not included in line 4:** | |
| 4a. | Real estate taxes | 4a. $ 0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ 0.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ 130.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ 0.00 |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. $ 0.00 |

| | | | | |
|---|---|---|---|---:|
| 6. | **Utilities:** | | | |
| | 6a. | Electricity, heat, natural gas | 6a. $ | 300.00 |
| | 6b. | Water, sewer, garbage collection | 6b. $ | 150.00 |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 166.00 |
| | 6d. | Other. Specify: | 6d. $ | 0.00 |
| 7. | **Food and housekeeping supplies** | | 7. $ | 600.00 |
| 8. | **Childcare and children's education costs** | | 8. $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. $ | 50.00 |
| 10. | **Personal care products and services** | | 10. $ | 100.00 |
| 11. | **Medical and dental expenses** | | 11. $ | 100.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | | 12. $ | 250.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. $ | 100.00 |
| 14. | **Charitable contributions and religious donations** | | 14. $ | 0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. | Life insurance | 15a. $ | 50.00 |
| | 15b. | Health insurance | 15b. $ | 0.00 |
| | 15c. | Vehicle insurance | 15c. $ | 0.00 |
| | 15d. | Other insurance. Specify: | 15d. $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | | 16. $ | 0.00 |
| 17. | **Installment or lease payments:** | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. $ | 0.00 |
| | 17b. | Car payments for Vehicle 2 | 17b. $ | 0.00 |
| | 17c. | Other. Specify: | 17c. $ | 0.00 |
| | 17d. | Other. Specify: | 17d. $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | | 18. $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | | 19. $ | 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | | |
| | 20a. | Mortgages on other property | 20a. $ | 0.00 |
| | 20b. | Real estate taxes | 20b. $ | 0.00 |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| | 20e. | Homeowner's association or condominium dues | 20e. $ | 0.00 |
| 21. | **Other:** Specify: | | 21. +$ | 0.00 |

| | | | |
|---|---|---|---:|
| 22. | **Calculate your monthly expenses** | | |
| | 22a. Add lines 4 through 21. | $ | 4,527.18 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| | 22c. Add line 22a and 22b. The result is your monthly expenses. | $ | 4,527.18 |
| 23. | **Calculate your monthly net income.** | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | 0.00 |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. -$ | 4,527.18 |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. $ | -4,527.18 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.

☐ Yes.    Explain here: **Debtor is currently receiving assistance from Debtor's wife's family.**

**Fill in this information to identify your case:**

| Debtor 1 | **Josh D. Levine** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF ARIZONA | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Sign Below**

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☒ No

☐ Yes. Name of person _____   Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X **/s/ Josh D. Levine**                          X _____
**Josh D. Levine**                                   Signature of Debtor 2
Signature of Debtor 1

Date **August 12, 2019**                        Date _____

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Josh D. Levine** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF ARIZONA | | |
| Case number | | | |
| (if known) | | | |

☐ Check if this is an amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy    4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Give Details About Your Marital Status and Where You Lived Before**

1. **What is your current marital status?**

   ■ Married
   ☐ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**

   ■ No
   ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

   | Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
   |---|---|---|---|

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

   ☐ No
   ■ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

**Part 2    Explain the Sources of Your Income**

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
   Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
   If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

   ☐ No
   ■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ■ Wages, commissions, bonuses, tips | $33,601.89 | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **For last calendar year:**<br>(January 1 to December 31, 2018 ) | ■ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | $45,973.32 | ☐ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | |
| **For the calendar year before that:**<br>(January 1 to December 31, 2017 ) | ■ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | $90,516.00 | ☐ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | |

5.  **Did you receive any other income during this year or the two previous calendar years?**
    Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

    List each source and the gross income from each source separately. Do not include income that you listed in line 4.

    ☐  No
    ■  Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income**<br>(before deductions and exclusions) |
| **For last calendar year:**<br>(January 1 to December 31, 2018 ) | **non-employment income from 2017 federal tax refund** | $14,566.00 | | |
| | **non-employment income from 2017 state tax refund** | $1,388.00 | | |
| **For the calendar year before that:**<br>(January 1 to December 31, 2017 ) | **non-employment income from 2016 federal tax refund** | $171.00 | | |
| | **non-employment income from Capital Gain** | $43,170.00 | | |
| | **non-employment income from Rental Real Estate and Rolaties** | $-70,990.00 | | |
| | **non-employment income from Hudgins Auctions** | $8,158.00 | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                     Best Case Bankruptcy

| Part 3: | List Certain Payments You Made Before You Filed for Bankruptcy |
|---|---|

**6.   Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐ No.   **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?

☐ No.   Go to line 7.

■ Yes   List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
   * Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

☐ Yes.   **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No.   Go to line 7.

☐ Yes   List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| **Aquaman Pools, LLC**<br>**23623 N. Scottsdale Rd., D3230**<br>**Scottsdale, AZ 85255** | 06/17/2019<br>$131.25 | $0.00 | $0.00 | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>■ Other **Pool Service** |
| **Arizona Public Service**<br>**PO Box 2906**<br>**Phoenix, AZ 85062** | 05/20/2019<br>$234.69<br>06/11/2019<br>$245.64<br>07/23/2019<br>$363.25 | $843.58 | $0.00 | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>■ Other **Utilities** |
| **AT&T Direct TV** | 05/16/2019<br>$197.47<br>06/11/2019<br>$196.78 | $394.25 | $0.00 | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>■ Other **Utilities** |
| **Bank Of America**<br>**Po Box 982238**<br>**El Paso, TX 79998** | 05/31/2019<br>$276.00 | $276.00 | $0.00 | ☐ Mortgage<br>☐ Car<br>■ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |
| **Banner Life Insurance Company**<br>**3275 Bennett Creek Ave**<br>**Frederick, MD 21704** | 05/21/2019 | $494.00 | $0.00 | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>■ Other **Life Insurance** |

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| **Barclays Bank Delaware**<br>P.o. Box 8803<br>Wilmington, DE 19899 | 05/16/2019<br>$159.91<br>05/31/2019<br>$109.38 | $269.29 | $0.00 | ☐ Mortgage<br>☐ Car<br>☑ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |
| **Capital One Bank Usa N**<br>Po Box 30281<br>Salt Lake City, UT 84130 | 05/30/2019<br>$215.00<br>05/30/2019 $56.00<br>06/10/2019<br>$725.00 | $996.00 | $0.00 | ☐ Mortgage<br>☐ Car<br>☑ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☑ Other **Josh Levine** |
| **Capital One Bank Usa N**<br>Po Box 30281<br>Salt Lake City, UT 84130 | 06/11/2019 | $200.00 | $0.00 | ☐ Mortgage<br>☐ Car<br>☑ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☑ Other **Chelsea Levine** |
| **Chase/Jpmcb Card**<br>Po Box 15369<br>Wilmington, DE 19850 | 05/16/2019<br>$269.00<br>05/31/2019 $89.00<br>06/11/2019<br>$261.00 | $619.00 | $0.00 | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☑ Other **Josh Levine** |
| **Citi Card**<br>PO Box 6500<br>Sioux Falls, SD 57117 | 06/11/2019<br>$238.78 | $238.78 | $0.00 | ☐ Mortgage<br>☐ Car<br>☑ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☑ Other **J. Levine Auction** |
| **Citi Card**<br>PO Box 6500<br>Sioux Falls, SD 57117 | 05/16/2019<br>$114.20<br>06/03/2019<br>$148.38 | $262.58 | $0.00 | ☐ Mortgage<br>☐ Car<br>☑ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☑ Other **Joh Levine** |
| **City of Phoenix-Water Srvices**<br>200 W. Washington St.<br>Phoenix, AZ 85003 | 05/16/2019<br>$118.72<br>06/11/2019<br>$132.19 | $250.91 | $0.00 | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☑ Other **Utilities** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| **Cox Communications**<br>PO Box 78071<br>Phoenix, AZ 85062-8071 | 05/30/2019<br>$166.92<br>07/09/2019<br>$$166.92<br>07/23/2019<br>$173.87 | $207.71 | $0.00 | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>■ Other  Utilities |
| **Discover Fin Svcs Llc**<br>Po Box 15316<br>Wilmington, DE 19850 | 05/15/2019 $49.92<br>05/31/2019<br>$100.00 | $149.92 | $0.00 | ☐ Mortgage<br>☐ Car<br>■ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |
| **Hernandez Landscaping** | 05/21/2019 $65.00<br>05/31/2019 $65.00<br>06/11/2019<br>$130.00<br>06/28/2019 $65.00<br>07/15/2019 $90.00<br>07/23/2019<br>$130.00<br>07/24/2019 $65.00 | $610.00 | $0.00 | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>■ Other  Services |
| **Hsbc Bank**<br>95 Washington St<br>Buffalo, NY 14203 | 05/01/2019<br>$127.00<br>05/16/2019 $56.87<br>06/19/2019<br>$128.00 | $311.87 | $0.00 | ☐ Mortgage<br>☐ Car<br>■ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |
| **Keybank National; Carolynn Hoffman**<br>2347 Riverbend Road<br>Allentown, PA 18103 | 05/28/2019<br>$1,560.00 | $1,560.00 | $0.00 | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>■ Other___ |
| **Molever Connelly PLLC**<br>8161 East Indian Bend Road<br>Suite 103<br>Scottsdale, AZ 85250 | 05/29/2019<br>$609.46<br>05/29/2019<br>$1,537.11 | $2,146.57 | $0.00 | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>■ Other  Services |
| **Metlife Insurance Company**<br>PO Box 41753<br>Philadelphia, PA 19101 | 05/01/2019<br>$167.74<br>06/03/2019<br>$167.74<br>07/01/2019<br>$167.74<br>08/01/2019<br>$167.64 | $670.96 | $0.00 | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>■ Other  Auto Insurance |

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| **Parker Law Firm PLC**<br>1204 E Baseline Rd #206<br>Tempe, AZ 85283 | 06/14/2019 | $536.71 | $0.00 | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>■ Other___ |
| **Wells Fargo Home Mortgage**<br>P.O. Box 14411<br>Des Moines, IA 50306 | 05/28/2019<br>$2,531.18;<br>07/09/2019<br>$2,531.18;<br>08/06/2019<br>$2,531.18; | $7,593.54 | $357,060.99 | ■ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |
| **Wells Fargo**<br>PO Box 51193<br>Los Angeles, CA 90051 | 05/01/2019<br>$260.00<br>06/03/2019<br>$274.00<br>07/01/2019<br>$263.00<br>08/01/2019<br>$266.00 | $1,063.00 | $0.00 | ☐ Mortgage<br>☐ Car<br>■ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>■ Other  Josh Levine |

7.  **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
    *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

    ■ No
    ☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

8.  **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
    Include payments on debts guaranteed or cosigned by an insider.

    ☐ No
    ■ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|
| **Keybank National; Carolynn Hoffman**<br>2347 Riverbend Road<br>Allentown, PA 18103 | **Ongoing payments to support elderly mother** | $15,000.00 | $0.00 | **Mother had a stroke. Carolyn provides home and utilities for Debtor's mother.** |

**Part 4:**   Identify Legal Actions, Repossessions, and Foreclosures

9.  **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
    List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

    ☐ No
    ■ Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **In re J. Levine Auction & Appraisal LLC**<br>**2:19-bk-02843-SHG** | **Chapter 11 Bankruptcy** | **United States Bankruptcy Court**<br>**District of Arizona** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Second Wind Enterprises LLC v. Voltaire Shea LLC and Josh Levine**<br>**CV2019-006259** | **Civil Proceeding** | **Maricopa County Superior Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Jeremy Rovinsky v. Joshua Levine**<br>**CV2019-003006** | **Civil Proceeding** | **Maricopa County Superior Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Jeff Bronstein v. J. Levine Auction & Appraisal LLC and Josh Levine**<br>**CC2019-042036** | **Small Claims** | **Maricopa County Justice Court**<br>**West McDowell Justic Court** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| **Velocity Capital Group v. J. Levine Auction & Appraisal, LLC and Josh Levine**<br>**CV2019-094476** | **Civil Proceeding/Domesticated Judgment** | **Maricopa County Superior Court** | ☐ Pending<br>☐ On appeal<br>☐ Concluded<br><br>**Garnishment proceedings** |
| **Velocity Capital Group v. J. Levine Auction & Appraisal, LLC and Josh Levine**<br>**54393/2019** | **Civil Proceeding** | **Supreme Court of the State of New York**<br>**County of Westchester** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| **Navitas Credit Corp. v. Josh D. Levine**<br>**Unknown** | **Civil Suit** | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

---

**10.** **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☐ No. Go to line 11.
■ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|
| **Velocity Capital Group**<br>**c/o Parker Law Firm, P.C.**<br>**1204 East Baseline Road, Suite 206**<br>**Tempe, AZ 85283** | **Money in bank account**<br><br>☐ Property was repossessed.<br>☐ Property was foreclosed.<br>■ Property was garnished.<br>☐ Property was attached, seized or levied. | **6/14/19** | **$696.71** |

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?

■ No
☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?

■ No
☐ Yes

## Part 5:    List Certain Gifts and Contributions

13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?

☐ No
■ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| **Janet Levine**<br>**Riverbend Road**<br>**Allentown, PA 18103** | **Debtor has helped elderly mother with rent and other monthly obligations.** | **On and off for the previous two years** | **Unknown** |

Person's relationship to you: **Mother**

14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?

■ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|

## Part 6:    List Certain Losses

15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?

■ No
☐ Yes.  Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|

## Part 7:    List Certain Payments or Transfers

16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
■ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Law Office of Mark J. Giunta**<br>**531 East Thomas Road**<br>**Suite 200**<br>**Phoenix, AZ 85012**<br>**markgiunta@giuntalaw.com** | **Attorney Fees** | **6/28/19**<br>**($3,200)**<br>**Refunded in**<br>**7/2019** | **$3,200.00** |
| **Bellah Perez, PLLC**<br>**5622 W. Glendale Avenue**<br>**Glendale, AZ 85301-2525**<br>**www.bellahperez.com** | **$2700.00 for attorney fees, $335.00 for filing fee and costs** | **7/18/2019** | **$3,035.00** |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
   Do not include any payment or transfer that you listed on line 16.

   ☐ No
   ■ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Molever Connelly PLLC**<br>**8161 East Indian Bend Road**<br>**Suite 103**<br>**Scottsdale, AZ 85250** | **4/18/19 ($1,500); 5/18/19 ($534.04); 5/29/19 ($2,146.57); 6/25/19 ($1,160)** | ***see above** | **$5,340.61** |
| **Polsinelli**<br>**One East Washington Street**<br>**Suite 1200**<br>**Phoenix, AZ 85004** | **Debtor's friend paid for debtor's legal fees** | **4/14/2019** | **$10,000.00** |

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
   Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

   ☐ No
   ■ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

| Person Who Received Transfer Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **Unknown**<br>**421 East Juniata**<br>**Allentown, PA 18103**<br><br>**None** | **Single family home located at 421 East Juniata, Allentown PA 18103**<br><br>**Value: $120,000** | **Received $104,470.77 - $46,577.20 paid to J Levine's for inventory purchases; $14,738.90 advance mortgage payments; $3,750 dental bills; $3,125.18 medical bill; $5,569 for remodeling contract on Allentown Property.**<br><br>**Remaining $30,710.49 was dissipated in the ordinary course (paid credit card bills and medical bills for birth of child in October 2019).** | **8/20/18** |
| **Voltaire Shea, LLC**<br>**6101 East Voltaire Avenue**<br>**Scottsdale, AZ 85254**<br><br>**LLC owned by Debtor** | **Property located at 6101 East Voltaire Avenue, Scottsdale AZ 85254**<br><br>**Value $750,000.**<br><br>**Debtor purchased property in individual name. Approximately 1 year later, Voltaire Shea, LLC refinanced the home for the $680,000.** | **Debtor did not receive any funds for the transfer.** | **10/30/17 (date recorded)** |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

☒ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

<hr>

**Part 8:**  List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☒ No
☐ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

   ■ **No**
   ☐ **Yes. Fill in the details.**

| Name of Financial Institution<br>**Address** (Number, Street, City, State and ZIP Code) | Who else had access to it?<br>**Address** (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

   ■ **No**
   ☐ **Yes. Fill in the details.**

| Name of Storage Facility<br>**Address** (Number, Street, City, State and ZIP Code) | Who else has or had access to it?<br>**Address** (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

**Part 9:**    Identify Property You Hold or Control for Someone Else

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

   ☐ **No**
   ■ **Yes.  Fill in the details.**

| Owner's Name<br>**Address** (Number, Street, City, State and ZIP Code) | Where is the property?<br>(Number, Street, City and ZIP Code) | Describe the property | Value |
|---|---|---|---|
| **J Levine Auction & Appraisal LLC<br>c/o Dawn Maguire, Guttilla Murphy Anders<br>5415 East High Street<br>Phoenix, AZ 85054** | **Gary Robinson (holds original)** | **Debtor hold a 15% interest in future commissions or sales in an attributed to Jackson Pollock painting that belongs to J. Levine Auction & Appraisal, LLC.**<br><br>**Gary Robinson hold the original contract.** | **Unknown** |

**Part 10:**    Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

   ■ **No**
   ☐ **Yes. Fill in the details.**

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

**25.** **Have you notified any governmental unit of any release of hazardous material?**

■ No
☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you<br>know it | Date of notice |
|---|---|---|---|

**26.** **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No
☐ Yes. Fill in the details.

| Case Title<br>Case Number | Court or agency<br>Name<br>Address (Number, Street, City,<br>State and ZIP Code) | Nature of the case | Status of the<br>case |
|---|---|---|---|

**Part 11:** **Give Details About Your Business or Connections to Any Business**

**27.** Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

    ☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

    ■ A member of a limited liability company (LLC) or limited liability partnership (LLP)

    ☐ A partner in a partnership

    ☐ An officer, director, or managing executive of a corporation

    ☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies.  Go to Part 12.

■ Yes. Check all that apply above and fill in the details below for each business.

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **J Levine Auction & Appraisal LLC**<br>**c/o Molever Conelly PLC**<br>**8161 East Indian Bend Road**<br>**Suite 103**<br>**Scottsdale, AZ 85250** | **Memeber of an Auction business currently in Chapter 7 bankruptcy** | EIN: **26-4783614**<br><br>From-To **4/24/2009-Present** |
| **AZ Estate Liquidators LLC**<br>**c/o Molever Conelly PLLC**<br>**8161 East Indian Bend Road**<br>**Suite 103**<br>**Scottsdale, AZ 85250** | **Never operated.  No assets.** | EIN: **None**<br><br>From-To **8/29/20117-Present** |
| **EJ's Auctions on the Go, LLC**<br>**c/o Molever Conelly PLLC**<br>**8161 East Indian Bend**<br>**Suite 103**<br>**Scottsdale, AZ 85250** | **Auction & Consignment** | EIN: **46-1775589**<br><br>From-To **12/05/2013-2016** |
| **JLAHUB, LLC**<br>**c/o Molever Conelly PLC**<br>**8161 East Indian Bend Road**<br>**Suite 103**<br>**Scottsdale, AZ 85250** | **shell company.  No assets in this company.** | EIN: **81-4950207**<br><br>From-To **09/20/2016-Present** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                        Best Case Bankruptcy

Case 2:19-bk-10058-BKM    Doc 1    Filed 08/12/19    Entered 08/12/19 12:49:53    Desc
Main Document        Page 187 of 237

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **Shea Estates Assisted Living, LLC<br>c/o Amalia Pantiru<br>6101 East Voltaire Avenue<br>Scottsdale, AZ 85254** | **Health care and social assistance<br>Debtor was removed as member<br>in 02/2019** | EIN: **46-5142479**<br><br>From-To  **05/06/2014 - 02/2019** |
| **Voltaire Shea LLC<br>c/o Molever Conelly PLC<br>8161 East Indian Bend Road<br>Suite 103<br>Scottsdale, AZ 85250** | **Real estate holding company** | EIN:  **46-5506858**<br><br>From-To  **04/15/2014-Present** |

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☐ **No**

■ **Yes. Fill in the details below.**

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| **BNC National Bank<br>c/o David Tracy<br>20175 North 67th Avenue<br>Glendale, AZ 85308** | **2019** |

**Part 12:** **Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Josh D. Levine**

**Josh D. Levine**
**Signature of Debtor 1**                          **Signature of Debtor 2**

Date   **August 12, 2019**                          Date

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

■ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

**Fill in this information to identify your case:**

Debtor 1          **Josh D. Levine**
                  First Name          Middle Name          Last Name

Debtor 2
(Spouse if, filing)   First Name          Middle Name          Last Name

United States Bankruptcy Court for the:    DISTRICT OF ARIZONA

Case number
(if known)

☐ Check if this is an
   amended filing

# Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7          12/15

If you are an individual filing under chapter 7, you must fill out this form if:

■ creditors have claims secured by your property, or

■ you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List Your Creditors Who Have Secured Claims

1. For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Second Wind Enterprises, LLC**<br><br>Description of property securing debt: **2nd DOT on 4362 East Ludlow Drive Phoenix, AZ 85032 Maricopa County and 3rd DOT on the 6101 E. Voltaire Avenue, Scottsdale AZ 85254** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]:<br><br>**Renegotiate terms of loan** | ☐ No<br><br>■ Yes |
| Creditor's name: **Wells Fargo Hm Mortgag**<br><br>Description of property securing debt: **4362 East Ludlow Drive Phoenix, AZ 85032  Maricopa County** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]:<br>**Retain & continue making monthly payments** | ☐ No<br><br>■ Yes |

### Part 2:    List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|

Lessor's name:
Description of leased
Property:

☐ No

☐ Yes

Lessor's name:
Description of leased
Property:

☐ No

☐ Yes

Lessor's name:
Description of leased
Property:

☐ No

☐ Yes

Lessor's name:
Description of leased
Property:

☐ No

☐ Yes

Lessor's name:
Description of leased
Property:

☐ No

☐ Yes

Lessor's name:
Description of leased
Property:

☐ No

☐ Yes

Lessor's name:
Description of leased
Property:

☐ No

☐ Yes

**Part 3:    Sign Below**

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

X  __/s/ Josh D. Levine__                                    X  _____

__Josh D. Levine__                                              Signature of Debtor 2
Signature of Debtor 1

Date    __August 12, 2019__                              Date  _____

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

<table>
<tr><td colspan="2">Fill in this information to identify your case:</td><td colspan="2">Check one box only as directed in this form and in Form 122A-1Supp:</td></tr>
</table>

| Fill in this information to identify your case: | Check one box only as directed in this form and in Form 122A-1Supp: |
|---|---|
| **Debtor 1**    **Josh D. Levine** | ■ 1. There is no presumption of abuse |
| **Debtor 2** (Spouse, if filing) | ☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A-2). |
| United States Bankruptcy Court for the:   District of Arizona | ☐ 3. The Means Test does not apply now because of qualified military service but it could apply later. |
| Case number (if known) | ☐ Check if this is an amended filing |

## Official Form 122A - 1
## Chapter 7 Statement of Your Current Monthly Income

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 122A-1Supp) with this form.

**Part 1:**    **Calculate Your Current Monthly Income**

1. **What is your marital and filing status?** Check one only.

   ☐ **Not married**. Fill out Column A, lines 2-11.

   ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ■ **Married and your spouse is NOT filing with you.** You and your spouse are:

       ■ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

       ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C § 707(b)(7)(B).

**Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case.** 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

|   |   | Column A Debtor 1 | Column B Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ 4,959.23 | $ 0.00 |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ 0.00 | $ 0.00 |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $ 0.00 | $ 0.00 |

5. **Net income from operating a business, profession, or farm**

| | Debtor 1 | | | |
|---|---|---|---|---|
| Gross receipts (before all deductions) | $ 0.00 | | | |
| Ordinary and necessary operating expenses | -$ 0.00 | | | |
| Net monthly income from a business, profession, or farm | $ 0.00 | Copy here -> $ 0.00 | $ 0.00 |

6. **Net income from rental and other real property**

| | Debtor 1 | | | |
|---|---|---|---|---|
| Gross receipts (before all deductions) | $ 0.00 | | | |
| Ordinary and necessary operating expenses | -$ 0.00 | | | |
| Net monthly income from rental or other real property | $ 0.00 | Copy here -> $ 0.00 | $ 0.00 |

| | | $ 0.00 | $ 0.00 |
|---|---|---|---|
| 7. | **Interest, dividends, and royalties** | $ 0.00 | $ 0.00 |

|  | Column A<br>**Debtor 1** | Column B<br>**Debtor 2 or<br>non-filing spouse** |
|---|---|---|

8. **Unemployment compensation**

$ 0.00    $ 0.00

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here:

For you                                                          $ 0.00

For your spouse                                           $ 0.00

9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act.

$ 0.00    $ 0.00

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism. If necessary, list other sources on a separate page and put the total below.

_____    $ 0.00    $ 0.00

_____    $ 0.00    $ 0.00

Total amounts from separate pages, if any.    + $ 0.00    $ 0.00

11. **Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.

$ 4,959.23  + $ 0.00  = $ 4,959.23

**Total current monthly income**

---

**Part 2:**    **Determine Whether the Means Test Applies to You**

12. **Calculate your current monthly income for the year.** Follow these steps:

12a. Copy your total current monthly income from line 11 ......... Copy line 11 here=>    $ 4,959.23

Multiply by 12 (the number of months in a year)    **x 12**

12b. The result is your annual income for this part of the form    12b. $ 59,510.76

13. **Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live.    **AZ**

Fill in the number of people in your household.    **3**

Fill in the median family income for your state and size of household.    13. $ 70,976.00

To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

14. **How do the lines compare?**

14a. ■ Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.* Go to Part 3.

14b. ☐ Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.* Go to Part 3 and fill out Form 122A-2.

---

**Part 3:**    **Sign Below**

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

X  **/s/ Josh D. Levine** _____

**Josh D. Levine**
Signature of Debtor 1

Date  **August 12, 2019** _____
MM / DD / YYYY

If you checked line 14a, do NOT fill out or file Form 122A-2.

If you checked line 14b, fill out Form 122A-2 and file it with this form.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

## Current Monthly Income Details for the Debtor

**Debtor Income Details:**
Income for the Period **02/01/2019** to **07/31/2019**.

**Line 2 - Gross wages, salary, tips, bonuses, overtime, commissions**
Source of Income: **Business Operation**
Income by Month:

| | | |
|---|---|---|
| 6 Months Ago: | **02/2019** | **$2,692.30** |
| 5 Months Ago: | **03/2019** | **$3,846.15** |
| 4 Months Ago: | **04/2019** | **$5,142.75** |
| 3 Months Ago: | **05/2019** | **$5,572.19** |
| 2 Months Ago: | **06/2019** | **$6,231.84** |
| Last Month: | **07/2019** | **$6,270.15** |
| | Average per month: | **$4,959.23** |

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

**This notice is for you if:**

> **You are an individual filing for bankruptcy,** and

> **Your debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

> Chapter 7 - Liquidation

> Chapter 11 - Reorganization

> Chapter 12 - Voluntary repayment plan for family farmers or fishermen

> Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

| Chapter 7: | Liquidation |
|---|---|
| $245 | filing fee |
| $75 | administrative fee |
| + $15 | trustee surcharge |
| $335 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their nonexempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

> most taxes;

> most student loans;

> domestic support and property settlement obligations;

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                            Best Case Bankruptcy

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11: Reorganization

| | | |
|---|---|---|
| | $1,167 | filing fee |
| + | $550 | administrative fee |
| | $1,717 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Chapter 12: Repayment plan for family farmers or fishermen

|   | $200 | filing fee |
|---|------|------------|
| + | $75  | administrative fee |
|   | $275 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

### Chapter 13: Repayment plan for individuals with regular income

|   | $235 | filing fee |
|---|------|------------|
| + | $75  | administrative fee |
|   | $310 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

- domestic support obligations,

- most student loans,

- certain taxes,

- debts for fraud or theft,

- debts for fraud or defalcation while acting in a fiduciary capacity,

- most criminal fines and restitution obligations,

- certain debts that are not listed in your bankruptcy papers,

- certain debts for acts that caused death or personal injury, and

- certain long-term secured debts.

**Warning: File Your Forms on Time**

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

## Bankruptcy crimes have serious consequences

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

## Make sure the court has your mailing address

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case*. If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

## Understand which services you could receive from credit counseling agencies

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days *before* you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from:
http://justice.gov/ust/eo/hapcpa/ccde/cc_approved.html.

In Alabama and North Carolina, go to:
http://www.uscourts.gov/FederalCourts/Bankruptcy/BankruptcyResources/ApprovedCreditAndDebtCounselors.aspx.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                          Best Case Bankruptcy

# United States Bankruptcy Court
## District of Arizona

In re    **Josh D. Levine**                                          Case No. \
                                                Debtor(s)             Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---:|
| For legal services, I have agreed to accept | $ | **2,700.00** |
| Prior to the filing of this statement I have received | $ | **2,700.00** |
| Balance Due | $ | **0.00** |

2.   The source of the compensation paid to me was:

     ■ Debtor      ☐ Other (specify):

3.   The source of compensation to be paid to me is:

     ■ Debtor      ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy; \
     b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required; \
     c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof; \
     d. [Other provisions as needed] \
         **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service: \
         **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**August 12, 2019**                              **/s/ Cristina Perez Hesano** \
*Date*                                             **Cristina Perez Hesano 027023** \
                                              *Signature of Attorney* \
                                              **Bellah Perez, PLLC** \
                                              **5622 W. Glendale Avenue** \
                                              **Glendale, AZ 85301-2525** \
                                              **602-252-9937  Fax: 623-939-3214** \
                                              **cperez@bellahperez.com** \
                                              *Name of law firm*

# United States Bankruptcy Court
## District of Arizona

In re  **Josh D. Levine**

Debtor(s)

Case No.

Chapter  **7**

☐ Check if this is an
Amended/Supplemental Mailing List
(Include only newly added or
changed creditors.)

# MAILING LIST DECLARATION

I, __Josh D. Levine__, do hereby certify, under penalty of perjury, that the Master Mailing List, consisting of __38__ page(s),

is complete, correct and consistent with the debtor(s)' Schedules.

Date: **August 12, 2019**

**/s/ Josh D. Levine**
**Josh D. Levine**
Signature of Debtor

Date: **August 12, 2019**

**/s/ Cristina Perez Hesano**
Signature of Attorney
**Cristina Perez Hesano 027023**
**Bellah Perez, PLLC**
**5622 W. Glendale Avenue**
**Glendale, AZ 85301-2525**
**602-252-9937  Fax: 623-939-3214**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Levine, Josh -

ADRIENNE LAURIDSEN/ EYE SOAR INC.
13236 N. 7TH ST, UNIT 4-291
PHOENIX AZ 85022

ALAN NICHALS
6000 N CANON DEL PAJARO
TUCSON AZ 85750

ALFREDO MOLINA
3134 E. CAMELBACK RD.
PHOENIX AZ 85016

ALFREDO SALAS
1546 E FOUNTAIN ST
MESA AZ 85203

ALI ZARRIN
2701 S. IDAHO ROAD, LOT #333
APACHE JUNCTION AZ 85119

ALLAN BERNSTEIN
190 MORGAN RD.
SEDONA AZ 86776

AMERICAN EXPRESS
P.O. BOX 650448
DALLAS TX 75265

AMERICAN EXPRESS (COSTCO)
P.O. BOX 650448
DALLAS TX 75265

AMY OROSHNIK
15575 LEWIS PLACE, APT 4643
ADDISON TX 75001

ANDERA HERNANDEZ
4505 S HARVEY DR #2193
TEMPE AZ 85282

ANDREA H. LANDEEN
QUARLES & BRADY
TWO NORTH CENTRAL AVENUE
PHOENIX AZ 85004

Levine, Josh -

ANDREW GOLDSTEIN
23822 N 85TH ST
SCOTTSDALE AZ 85255

ANDREW PIOTROWSKI
10643 N FRANK LLOYD WRIGHT, SUITE 202
SCOTTSDALE AZ 85259

ANDY BELL
39750 N LINDA DR
CAVE CREEK AZ 85331

ANGELIQUE BERRY
11 GLEN ST
MAIDEN MA 02148

ANNA HALL
834 E MARCONI AV
PHOENIX AZ 85022

ANNE WENDELL
4525 N. 66TH STREET UNIT 34
SCOTTSDALE AZ 85251

ANNETTE SCHULTISE
2550 S. SAN TAN VILLAGE PKWY. APT. 4046
GILBERT AZ 85295

ANTHONY KESMAN
14333 W LAMOILLE DR
PHOENIX AZ 85074

ARCARIUS/VELOCITY CAPITAL GROUP
91 CARMON AVENUE
CEDARHURST NY 11516

ARIZONA DEPARTMENT OF REVENUE
1600 WEST MONROE STREET
PHOENIX AZ 85007

ARTHUR SHEPPARD
7920 E. CAMELBACK RD.
SCOTTSDALE AZ 85251

Levine, Josh -

ASHA SETHI
5028 N. SCOTTSDALE ROAD
SCOTTSDALE AZ 85253


AUDREY HANKS
CECILIA BUSE TRUST 14022 N. BOLIVAR DR.
SUN CITY AZ 85351


AXOS BANK
4350 LA JOLLA VILLAGE DR.
SAN DIEGO CA 92121


BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998


BARBARA  GRAHAM
7878 E. GAINEY RANCH ROAD #52
SCOTTSDALE AZ 85258


BARBARA  MARK-DREYFUSS
12638 N. 78TH STREET
SCOTTSDALE AZ 85260


BARBARA DOWNS
18012 N. 54TH LN.
GLENDALE AZ 85308


BARBARA LUTHER
1855 W WICKENBERG WAY  #139
WICKENBURG AZ 85390


BARCLAY
P.O. BOX 60517
CITY OF INDUSTRY CA 91716


BARCLAYS BANK DELAWARE
P.O. BOX 8803
WILMINGTON DE 19899


BBVA COMPASS
2009 BELTLINE PARKWAY
DECATUR AL 35603

Levine, Josh -

BENITO GATICA
824 E. CAMBRIDGE ST.
PHOENIX AZ 85006

BETTY  TREDER
530 E. HUNT HWY  STE 103-481
SAN TAN VALLEY AZ 85143

BILL COMBS
1933 SAVANNA WAY
PALM SPRINGS CA 92262

BILL FISHER
725 W SMOKE TREE RD
GILBET AZ 85233

BLAKE STAFFER
7616 E. MARY SHARON DR.
SCOTTSDALE AZ 85266

BMW FINANCIAL SERVICES
ATTN: CUSTOMER SERVICE
PO BOX 3608
DUBLIN OH 43016-0306

BNC BANK
20175 N 67TH AVE
GLENDALE AZ 85308

BNC NATIONAL BANK
20175 NORTH 67TH AVENUE
GLENDALE AZ 85308

BOB  GOLAY
2418 S BUTTERCUP
MESA AZ 85209

BOB SAEGERT
7336 E IRONWOOD CT
SCOTTSDALE AZ 85258

BRANDON PHILLIPS
11766 WILSHIRE BLVD, STE 500
LOS ANGELES CA 90025

Levine, Josh -

BRENDA KIRBY
639 E CHARLEVOIX AV
GILBERT AZ 85297

BRENT GIBSON
3022 E. BLOOMFIELD RD.
PHOENIX AZ 85032

BRIAN  BELL
10390 E. LAKEVIEW DR #202
SCOTTSDALE AZ 85258

BRUMFIELD FAMILY TRUST
ATTN: TIM BRUMFIELD
2108 W. PALOMINO DRIVE
CHANDLER AZ 85224

C. N. SPIKE FLANDERS
808 C STREET
SILVER CITY NM 88061

CAPITAL ONE
P.O. BOX 71083
CHARLOTTE NC 28272

CAPITAL ONE
PO BOX 30253
SALT LAKE CITY UT 84130

CAPITAL ONE BANK USA N
PO BOX 30281
SALT LAKE CITY UT 84130

CARL SCATES
4246 N. SCOTTSDALE RD.
SCOTTSDALE AZ 85251

CAROL HITCHCOCK
PO BOX 1524
CAVE CREEK AZ 85327

CAROL MILLER
5330 N CENTRAL AV
PHOENIX AZ 85012

Levine, Josh -

CAROLINE SITLER
1501 W SEQUOIA DRIVE
PHOENIX AZ 85027

CASSIE MARTIN
2275 E. SCENIC ST.
APACHE JUNCTION AZ 85119

CATHY POULOS
9484 E. ADOBE DR.
SCOTTSDALE AZ 85255

CHAD LAKRIDIS
8175 E EVANS ROAD #12277
SCOTTSDALE AZ 85267

CHANA TIECHTEL
1246 W 10TH ST
TEMPE AZ 85281

CHARLES P. JOYCE
2971 RT 417 E PO BOX 330
WELLSVILLE NY 14895

CHARLES PSHAENICH
28585 N. 114TH ST.
SCOTTSDALE AZ 85262

CHASE FREEDOM
P.O. BOX 6294
CAROL STREAM IL 60197

CHASE INK
P.O. BOX 6294
CAROL STREAM IL 60197

CHASE KOOKOO TOYS
P.O. BOX 6294
CAROL STREAM IL 60197

CHERYL SCHNEIDER
14955 W. CRENSHAW DRIVE
GOODYEAR AZ 85395

Levine, Josh -

CHRIS STEINBEIGLE
6560 E. EL PASO
MESA AZ 85205

CHRISTINA NIELSEN
668 CEDAR ST
CENTRAL POINT OR 97502

CINDY  RICHMOND
4319 N. 29TH STREET
PHOENIX AZ 85016

CINDY BEAUDRY
7671 E. PLEASANT RUN
SCOTTSDALE AZ 85258

CITI BANK COSCO
P.O. BANK 6500
SIOUX FALLS SD 57117

CITI BUSINESS AA
P.O. BANK 6500
SIOUX FALLS SD 57117

CITICARDS
PO BOX 6241
SIOUX FALLS SD 57117

COLLEEN GUHIN
13828 N 28TH PL
PHOENIX AZ 85032

COMENITYBK/WESTELM
PO BOX 182789
COLUMBUS OH 43218

COMERICA MASTER CARD
P.O. BOX 71203
PHILADELPHIA PA 19176

CUAUHTEMOC RENDON
2601 N. 50TH AVE.
PHOENIX AZ 85035

CYNDI RAY
7125 N HOWARD AV, #442
TAMPA FL 33604


CYNTHIA TYLER
205 CASA DE CORTE VIA
SEDONA AZ 86351


DALE JOHNSON
7551 E KAEL CIRLE
MESA AZ 85207


DALE KOEHN
8407 E. EDGEWOOD AVE.
MESA AZ 85208


DAN ANDRIS
900 S. CANAL DR. #105
CHANDLER AZ 85225


DANIEL MILLIGAN
1405 S NEWBERRY LN #A
TEMPE AZ 85281


DANIELLE ROVINSKY
6317 N. 10TH PL
PHOENIX AZ 85014


DARREN  LOMAY
1202 E. MEADOW LANE
PHOENIX AZ 85022


DARRIN SALVEMINI
3265 S HOLLY CT
CHANDLER AZ 85248


DAVE  BROWN
16657 E GUNSIGHT DR.
FOUNTAIN HILLS AZ 85268


DAVID  ROACH
19109 N. 78TH LANE
GLENDALE AZ 85308

DAVID BLUMBERG
EMPIRE WHOLESALE JEWELRY
5016 CHESEBRO RD SUITE 102
AGOURA HILLS CA 91301


DAVID BROWN
8210 ASPEN GLEN LANE
FLAGSTAFF AZ 86004


DAVID REIMOLD
2626 E AZ BILTMORE CIR, #1
PHOENIX AZ 85016


DAWN  BIRENBAUM
1709 W. SHERMAN STREET APT 1
PHOENIX AZ 85007


DEAN HALL
8637 N. 84TH ST.
SCOTTSDALE AZ 85258


DEBBIE  SHOOK
1179 E. GOLDCREST STREET
GILBERT AZ 85297


DEBBIE MEIER
1169 E SUNSET DRIVE
CASA GRANDE AZ 85122


DEBBIE MUELDENER
9986 W BLUE SKY DRIVE
PEORIA AZ 85383


DEBORAH KRAY
4820 W ELECKTRA LANE
GLENDALE AZ 85310


DEBORAH RATKOVIC
36050 N 61ST STREET
CAVE CREEK AZ 85331


DENNIS BOURGEOIS
1301 W ASTER DRIVE
PHOENIX AZ 85029

Levine, Josh -

DENNIS STONEWALL
24654 N LAKE PLEASANT PKWY
PEORIA AZ 85383

DENNY WISELY
12010 N 114TH WAY
SCOTTSDALE AZ 85259

DEONISE HANNAY
16212 E. GLENVIEW PL.
FOUNTAIN HILLS AZ 85268

DIANE FOX
900 W BROADWAY AVE HOUSE NUMBER 39
APACHE JUNCTION AZ 85120

DIANE SCHIECK
PO BOX 20940
MESA AZ 85277

DIANE SUDER
7215 E SILVERSTONE DRIVE
SCOTTSDALE AZ 85255

DILLARDS AMEX
P.O. BOX 51193
LOS ANGELES CA 90051

DISCOVER FIN SVCS LLC
PO BOX 15316
WILMINGTON DE 19850

DON RUMER-RIVERA
12958 E CORRINE DRIVE
SCOTTSDALE AZ 85259

DONALD DONAHUE
35619 7TH AV
PHOENIX AZ 85086

DONALD SHARP
2620 S DECANTUS
MESA AZ 85209

DONNA HOFFMAN
148 W LATIGO CIR
SAN TAN VALLEY AZ 85143


DONNA VEILE
3859 TARPON POINTE CIR.
PALM HARBOR FL 34684


DONOVAN'S STEAK & CHOP HOUSE
ATTN: AARON SELLES
5315 AVENIDA ENCINAS, STE 250
CARLSBAD CA 92008


DORIS MONROE
11612 N. 86TH STREET
SCOTTSDALE AZ 85254


DOROTHY  COHEN
9915 E. BROKEN SPUR DRIVE
SCOTTSDALE AZ 85262


DOUG CAMPBELL
860 E. SILVERSWORD LANE
SAN TAN VALLEY AZ 85140


DOUG CRANDALL
11492 E SWEETWATER AVE
SCOTTSDALE AZ 85259


DOUGLAS  C UNDERWOOD
9025 N. 124TH STREET
SCOTTSDALE AZ 85259


DOUGLAS SIMMONS
4636 E ROBERT E LEE STREET
PHOENIX AZ 85032


DR. GLEN  BOWERS
7215 E. SILVERSTONE DRIVE #3012
SCOTTSDALE AZ 85255


EARL LINDERMAN
133 E. TAM OSHANTER DR.
PHOENIX AZ 85022

Levine, Josh -

EDWARD  DE PAOLI
2255 W. GERMANN ROAD #1048
CHANDLER AZ 08528

EILEEN OLEARY
11922 S 182ND AV
GOODYEAR AZ 85338

ELAINE OLDMAN
1945 N ARROYA
MESA AZ 85205

ELIZABETH  HULINGS
5215 N. 18TH DRIVE
PHOENIX AZ 85015

ER-CHANG PING
42041 N. 107TH PLACE
SCOTTSDALE AZ 85262

ERICA SCHNITZER
10358 E. BAHIA DR.
SCOTTSDALE AZ 85255

EVA ZAUTRA
107 W. GRANADA
PHOENIX AZ 85003

FERNANDO BARAJAS
3040 N 2ND ST APT 108
PHOENIX AZ 85012

FORREST HILL
345 E. POMONA RD.
PHOENIX AZ 85020

FRED SHAULIS
2402 E ESPLANADE LANE APT 1203
PHOENIX AZ 85016

GAIL  SNOR
PO BOX 21537
WICKENBERG AZ 85358

Levine, Josh -

GANKO DONEVSKI
20540 N 94TH LN
PEORIA AZ 85382


GARY  WHITT
1221 E. DEL RIO DRIVE
TEMPE AZ 85282


GARY LVOV
12800 N SAGUARO BLVD
FOUNTAIN HILLS AZ 85268


GARY ROBINSON
13043 MOODY RIVER PKWY
NORTH FORT MYERS FL 33903


GAYLEN  BROTHERSON
12002 N HAYDEN RD
SCOTTSDALE AZ 85260


GAYLORD MCMURRIN
13717 W UTICA DRIVE
SUN CITY AZ 85375


GEORGE CATLIN
9809 N 1ST STREET
PHOENIX AZ 85020


GEORGE MCNEILL
10270 N. 103RD PL
SCOTTSDALE AZ 85258


GERALD  MARQUART
474 E. VESPER TRAIL
SAN TRAN VALLEY AZ 85140


GERALDINE LAVALLEE
1738 E. MAYGRASS LANE
SAN TAN VALLEY AZ 85140


GERRY ECKER
8459 W ASTER DRIVE
PEORIA AZ 85381

Levine, Josh -

GILBERT HACOHEN
4226 W TUCKEY LANE
PHOENIX AZ 85019

GINNY TEMPLE
17212 N SCOTTSDALE RD #2350
SCOTTSDALE AZ 85255

GLORIA LAYNOR
909 E. NORTHERN AVE. APT. 123
PHOENIX AZ 85020

GREEN CAPITAL FUNDING, LLC
116 NASSAU STREET, SUITE 804
NEW YORK NY 10038

HEIDI ZEISEL
5950 N.78TH STREET #253
SCOTTSDALE AZ 85250

HELEN ANDERSON
14575 N. MOUNTAIN VIEW BLVD. #10203
SURPRISE AZ 85374

HERB BUNCHMAN
3700 S. WATERFRONT
CHANDLER AZ 85248

HSBC BANK
95 WASHINGTON ST
BUFFALO NY 14203

HUBERT FIELD
14790 W GOLDWATER RIDGE DRIVE, #407
SURPRISE AZ 85374

HUIFANG XUAN
2022 N ATWOOD
MESA AZ 85207

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101

Levine, Josh -

IRENE NEUDECK
9883 E CORTEZ ST
SCOTTSDALE AZ 85259

IRENE STERLING
701 S. DOBSON #201
MESA AZ 85202

ISABEL HANCOCK
29063 N MOUNTAIN VIEW RD
SAN TAN VALLEY AZ 85143

IVAN GRULLON CONTRERAS
3601 E MCDOWELL RD., APT 2111
PHOENIX AZ 85009

J LEVINE AUCTION & APPRAISAL LLC
C/O DAWN MAGUIRE, GUTTILLA MURPHY ANDERS
5415 EAST HIGH STREET
PHOENIX AZ 85054

J. LEVINE AUCTION AND APPRAISAL, L.L.C.
951 WEST WATKINS ROAD
PHOENIX AZ 85007

JACK BULGER
13535 CIRCLE DR
ORLAND PARK IL 60462

JACK MCCORMICK
1601 W GLENROSA AVE
PHOENIX AZ 85015

JACQUELIN MILLER-HUSOME
8324 W. HAMSTER LN.
TOLLESON AZ 85353

JACQUELINE CARROLL
3219 E. CAMELBACK RD. #823
PHOENIX AZ 85018

JAMAL JUDAI
7366 W CHOLLA ST
PEORIA AZ 85345

JAMES  FREEMAN
850 E. JONES #319
PHOENIX AZ 85040


JAMES WILLINGER
225 E SADDLE LANE
PHOENIX AZ 85020


JAMIE BALVIN
GREAT AZ ESTATE SALES 28505 N 154TH STRE
SCOTTSDALE AZ 85262


JANA SIZEMORE
7007 W INDIAN SCHOOL ROAD
BLDG #14  APT #2234
PHOENIX AZ 85033


JANE TRUMBLE
5113 IDYLWILD TRAIL
BOULDER CO 80301


JANEEN WHEATLEY
2443 S. CATARINA
MESA AZ 85202


JANET NEFF
6015 W 119TH ST., APT 2113
BROOKDALE BLDG #2
SHAWNEE MISSION KC 66209


JANET REES
3516 E NORTH LANE
PHOENIX AZ 85028


JANICE COMPTON
7820 E CAMELBACK RD BLDG 21, UNIT 306
SCOTTSDALE AZ 85251


JANICE SIMON
6730 E HERMOSA VISTA DRIVE, #3
MESA AZ 85215


JEAN QUENZLER
3104 E BROADWAY, SPACE 122
MESA AZ 85204

Levine, Josh -

JEAN RENN
3539 W. PLYMOUTH DRIVE
ANTHEM AZ 85086


JEANNE VICKROY
4436 E. HARTFORD AVE
PHOENIX AZ 85032


JENNIFER GITTINGS
602 E. HALIFAX STREET
MES AZ 85202


JENNIFER O'CUALAIN
16413 N. 43RD STREET
PHOENIX AZ 85032


JENNIFER MEGGISON
10836 E CLIFFROSE LANE
FLORENCE AZ 85132


JENNIFER SNODGRASS
4419 N. 27TH
PHOENIX AZ 85016


JENNIFER TRASK-CHESTER
PO BOX 199
ZEPHYR COVE NV 89448


JENNIFER WAHLBERG
1148 N BARKLEY
MESA AZ 85203


JENNIFER WRIGHT
669 N EAGLE STREET
NAPERVILLE IL 60563


JEREMY ROVINSKY AND JANE DOE
6317 N. 10TH PLACE
PHOENIX AZ 85014


JESUS GONZALVEZ
1050 W SANTA CRUZ DRIVE
TEMPE AZ 85282

Levine, Josh -

JIM FAUX
4747 W. KRISTOL WAY
GLENDALE AZ 85308

JIM FRIEND
4363 E. MORROW DR.
PHOENIX AZ 85050

JOAN KOEMPTGEN
20554 N 101ST AVE, APT #2019
PEORIA AZ 85382

JOANNE KWAN TRUST
C/O CHILDERS & COVENTRY
17215 N. 72ND DR. SUITE B110
GLENDALE AZ 85308

JODIE SMITH
2054 E. RANCH DR.
PHOENIX AZ 85016

JOE CAMARENA
6844 N. 14TH DR.
PHOENIX AZ 85013

JOE MICHAUD
13420 N. 21ST PL., APT. 220
PHOENIX AZ 85022

JOEL ANDREWS
6745 E SUPERSTITION SPRINGS BLVD #1025
MESA AZ 85026

JOEL G. LIEBERMAN ESTATE
PO BOX 613
FREDERICKSBURG VA 22404

JOHN  KINSEY
6967 W POTTER DR.
GLENDALE AZ 85308

JOHN (JACK) & MARY ELLEN BURKE
7341 N. VIA CAMELLO DEL NORTE UNIT 131
SCOTTSDALE AZ 85258

Levine, Josh -

JOHN BLANTON
13310 W SERENADE LANE
SUN CITY AZ 85375

JOHN BOWER
2417 S SELROSE LANE
SANTA BARBARA CA 93109

JOHN CAUDRON
3754 E CHICKADEE RD
GILBERT AZ 85297

JOHN CRAIG EGAN
6808 E BRONCO DRIVE
PARADISE VALLEY AZ 85253

JOHN LACAGNINA
2737 AZ BILTMORE CIR.
PHOENIX AZ 85016

JOHN MCKINSTRY
5372 W GERONIMO STREET
CHANDLER AZ 85226

JOHN MOLLERUS
13225 W MICHELTORENA DR.
SUN CITY WEST AZ 85375

JOHN TRUMP
2089 PLATT CLINE
FLAGSTAFF AZ 86005

JON  GRAHAM
122-A HONUHULU PLACE
KIHEI HI 96753

JORGE PEREA
5437 E. HARMONY AVE
MESA AZ 85206

JOSEPH DESALVO
3235 W HWY 89A
SEDONA AZ 86336

JOSEPH GOLDENBERG
11513 N. 141ST STREET
SCOTTSDALE AZ 85259


JOSH FRENCH
660 S TYLER COURT
CHANDLER AZ 85226


JOYCE BUNCE
10419 W GULF HILLS DR
SUN CITY AZ 85351


JPMCB CARD
PO BOX 15369
WILMINGTON DE 19850


JUDY KINGERY
13455 W MINER TRAIL
PEORIA AZ 85383


JULIAN  BURGOIN
101 W. 5TH APT. 1029
TEMPE AZ 85281


JULIAN SONCCO
2728 E. MARCONI AVE #3
PHOENIX AZ 85032


JULIE KENDALL
313 W SEQUOIA DRIVE
PHOENIX AZ 85027


JUNE BURRUSS
12800 E. DOUBLE TREE RANCH RD.
SCOTTSDALE AZ 85259


KABBAGE
925B PEACHTREE ST NE, SUITE 1688
ATLANTA GA 30309


KALAMATA CAPITAL GROUP
80 BROAD STREET, 12TH FLOOR
NEW YORK NY 10004

Levine, Josh -

KALAMATA CAPITAL GROUP
7315 WISCONSIN AVENUE, STE 950
BETHESDA MD 20814


KALAMATA CAPITAL GROUP/KINGS CASH GROUP
C/O BERKOVITCH & BOUSKILA PLLC
1330 6TH AVENUE SUITE 600B
NEW YORK NY 10019


KAREN  NIELSEN
5632 W. HEARN ROAD
GLENDALE AZ 85306


KAREN RAPP
3511 E INDIAN SCHOOL RD
PHOENIX AZ 85018


KASH CAPITAL
475 NORTHERN BOULEVARD
GREAT NECK NY 11021


KASH CAPITAL
C/O LIEN SERVICES
P.O. BOX 29071
GLENDALE CA 91209


KATHERINE HARTLEY
2577 N MILLER RD
SCOTTSDALE AZ 85257


KATIE RICE
2922 N 39TH STREET, APT 105
PHOENIX AZ 85018


KELLY MCCARTNEY
6350 E CAROLINA DRIVE
SCOTTSDALE AZ 85254


KEN MARS
6300 N CAMINO ARTURO
TUCSON AZ 85718


KENNETH MARLER
3516 E MONICA AV
PHOENIX AZ 85032

Levine, Josh -

KIM LANK
8708 E. CLARENDON AVE
SCOTTSDALE AZ 85251

KOUROSH MORADI
99 TALISMAN, APT 424
IRVINE CA 92620

KRISTINA ARMENT
4848 N. GOLDWATER BLVD. #1118
SCOTTSDALE AZ 85251

L WILLIAM MCCREA
1630 SHERIDAN ROAD APT# 4L
WILMETTE IL 60091

L.J. FORD
3401 W TONTO LANE
PHOENIX AZ 85027

LARRY & GINNY REGNER
15842 W AVALON DR
GOODYEAR AZ 85395

LAURETTA LAANING
319-9768-170 ST
EDMONTON, CANADA T5T5L4

LAURNI BREEDLOVE
8204 SCOBEY ROAD
PORT CHARLOTTE FL 33981

LAWRENCE CHAPMAN
45960 W BARBARA LANE
MARICOPA AZ 85139

LEIGH SLAUGHTER-ROOKF
PO BOX 1254
QUEEN CREEK AZ 85142

LEONA ROBLES
2267 E HALE ST
MESA AZ 85213

Levine, Josh -

LETA  SMITH
19830 N. LAKE FOREST DRIVE
SUN CITY AZ 85373


LINDA FRY
539 N ALETTA
MESA AZ 85207


LINDA HILL
PO BOX 1114
PINEDALE AZ 85934


LISA  HANSEN
9595 E. THUNDERBIRD ROAD #1042
SCOTTSDALE AZ 85260


LISA CAPOZZOLI
108 TIMBER VIEW DRIVE
OAK BROOK IL 60523


LISA LOPEZ
2793 N. 149TH AVE.
GOODYEAR AZ 85395


LIU ZHENG
5711 W. NOVAK WAY
LAVEEN AZ 85339


LJ MOW
1315 E 3RD STREET
MESA AZ 85203


LORI ELDREDGE
1420 E 1ST
TUCSON AZ 85719


LORRAINE EFUNE
7120 EAST KIERLAND BLVD., APT 817
SCOTTSDALE AZ 85254


LYNNE LAMB BRYANT
252 RAINBOW DRIVE, #15254
LIVINGSTON TX 77399

Levine, Josh -

M.H. HABER
8464 E CHARTER OAK DR.
SCOTTSDALE AZ 85260

MACYS/DSNB
PO BOX 8218
MASON OH 45040

MARCY DORSEY
29675 N VALLEY PKWY, #2071
PHOENIX AZ 85085

MARGARET RAMAR
2514 S ANGORA CT
SUN LAKES AZ 85248

MARIANNE LEIPER
1201 E CAMBRIDGE AV
PHOENIX AZ 85006

MARJORIE MOOTE
1111 W TOWNLEY AV
PHOENIX AZ 85021

MARK AUTREY
8970 N 83RD PL
SCOTTSDALE AZ 85258

MARK CULBERTSON
423 N ASH
MESA AZ 85201

MARK STEELE
8500 E. SAHUARO DRIVE
SCOTTSDALE AZ 85260

MARLA BERGER
10108 E. TOPAZ DR
SCOTTSDALE AZ 85258

MARY HOFFMAN
6465 N. 79TH STREET
SCOTTSDALE AZ 85250

MAY BAKHTIAR
SUITE 707, 2008 FULLERTON AVE
NORTH VANCOUVR, BC  V7P3G7  CANADA


MAYA  SHENOY
222 E JOSHUA TREE LANE
PARADISE VALLEY AZ 85253


MEGAN KELLER
2316 E RANCHO DRIVE
PHOENIX AZ 85016


MERCEDES BENZ FINANCIA
P.O. BOX 961
ROANOKE TX 76262


MERCEDES GODOY
801 N. FEDERAL ST. #1060
CHANDLER AZ 85226


MEREDITH MOORE
1581 W. CORONA DRIVE
CHANDLER AZ 85224


MERRILL  SAURIOL
290 EAST HORSESHOE DRIVE
CHANDLER AZ 85249


MICHAEL FLYNN
7026 E LATHAM ST
SCOTTSDALE AZ 85257


MICHAEL LISSOW
36404 CRUCILO DRIVE
SAN TAN VALLEY AZ 85140


MICHAEL MILLER
6852 W BELMONT AV
GLENDALE AZ 85303


MICHAEL MILLS
4000 E PALM ST
MESA AZ 85215

Levine, Josh -

MICHAEL PASLAY
2664 COLLEGE HEIGHTS RD.
PRESCOTT AZ 86301


MICHAEL VALDEZ
7120 E INDIAN SCHOOL RD
SCOTTSDALE AZ 85251


MICHELLE URSZENI
12801 KINSMAN ROAD
BURTON OH 44021


MIKE MCCARTHY
5221 E. JANICE WAY
SCOTTSDALE AZ 85254


MIMI ZANI
PO BOX 1258
TEMPE AZ 85280


MJ CLAYDON
40525 N UNION TRAIL
ANTHEM AZ 85086


MOLEVER CONNELLY PLLC
8161 EAST INDIAN BEND ROAD
SUITE 103
SCOTTSDALE AZ 85250


MURRAY GOLDBERG
10411 E MORNING VISTA LANE
SCOTTSDALE AZ 85262


NADINE  HINKELDEY
10451W PALMEROS DRIVE SUITE 252W
SUN CITY AZ 85373


NANCY O'CONNOR
983 W PALMA DE PINA
TUCSON AZ 85704


NAOMI THOMPSON
1825 W. EMELITA AVE #240
MESA AZ 85202

Levine, Josh -

NATHAN CRARY
85 S. PEPPERWOOD PL.
CHANDLER AZ 85226


NAVITAS CREDIT CORP.
C/O LAURI SOLES DARWIN
PO BOX 65
GLENDALE SC 29346


NAWAZ A QURESHI & KELLY S LOWERY
P.O. BOX 13018
LAS VEGAS NV 89112


NICHOLAS REED
3644 W. MONONA DR.
GLENDALE AZ 85308


NICK (DOMINIC) BATTAGLIA
10268 W SANDS DRIVE #LOT 486
PEORIA AZ 85383


NICK DAUGHERTY
267 E. RIVERSEDGE DR
EAGLE ID 83616


NICOLE COLLINET
707 W. MCKENZIE DR
PHOENIX AZ 85013


NILS  STANDSBURY
3031 N. CIVIC CENTER PLAZA #126
SCOTTSDALE AZ 85251


NOAH WILLIAMS
2250 NW 114TH AVE, UNIT 1P
PTY 882336
MIAMI FL 33192


PAM RILEY
26723 N 90TH LN
PEORIA AZ 85383


PAMELA  KECSKEMETY
11127 E DESERT TROON LANE
SCOTTSDALE AZ 85255

Levine, Josh -

PAMELA MORRISON
848 W KIOWA AVENUE
MESA AZ 85210


PAMELA EHLERS
7476 W PARASIO DRIVE
GLENDALE AZ 85310


PAMELA JOHNSON
13726 W. PORT ROYALE LN
SURPRISE AZ 85379-8390


PARKER LAW FIRM
1204 EAST BASELINE ROAD, SUITE 206
TEMPE AZ 85283


PATRICIA DANAHY
19700 N. 76TH STREET #1190
SCOTTSDALE AZ 85255


PATRICIA CARRIUOLO
2701 E UTOPIA, #124
PHOENIX AZ 85050


PAUL BUTLER
2407 W. ORANGEWOOD, APT. Z
PHOENIX AZ 85021


PAUL SANCHEZ
4805 E. HAZEL DR. #1
PHOENIX AZ 85044


PAYPAL/LOANBUILDER/SWIFT CAPITAL
3505 SILVERSIDE RD., SUITE 200
WILMINGTON DE 19810


PETER HELD
966 N BRADLEY DRIVE
CHANDLER AZ 85226


PHYLLIS SHOSTACK
14000 N 94 STREET APT. 2091
SCOTTSDALE AZ 85260

Levine, Josh -

PRESTON T HILL
3120 N. CHERRY LANE
CAMP VERDE AZ 85322

QUARNIG  DORIAN
3901 E. PINNACLE PEAK ROAD  LOT #169
PHOENIX AZ 85050

RAYMOND BATES
11637 N. 21ST DRIVE
PHOENIX AZ 85029

RAYMOND DANKEL
8110 E DEL TIBURON DR.
SCOTTSDALE AZ 85258

REBECCA  MALTENFORT
12123 E CHAMA ROAD
SCOTTSDALE AZ 85255

REGION CAPITAL
323 SUNNY ISLES BOULEVARD
SUITE 501
NORTH MIAMI BEACH FL 33160

RELENTLESS ACCOUNTABILITY
18841 N 94TH WAY
SCOTTSDALE AZ 85255

REX KIDDER
11653 N. 129TH WAY
SCOTTSDALE AZ 85259

RICHARD  LEE AGUILAR
4558 W. PALO VERDE DRIVE
GLENDALE AZ 85301

RICHARD BECKER
2291 LOCKWOOD DRIVE
LAKESIDE AZ 85929

RICHARD F NELSON
16450 W. VAN BUREN ST. APT 1049
GOODYEAR AZ 85338

Levine, Josh -

RICHARD HAGEN
2028 E. RIVER RD. UNIT 100
TUCSON AZ 85718

RICHARD REB
33449 N 74TH WAY
SCOTTSDALE AZ 85266

RICK ORR
PO BOX 4031
SCOTTSDALE AZ 85261

ROBERT DAVIS
7238 E MAVERICK RD
SCOTTSDALE AZ 85258

ROBERT ESTABROOK
10859 E TIERRA DRIVE
SCOTTSDALE AZ 85259

ROBERT RUMPLE
3840 E. HARMONY AVE.
MESA AZ 85206

ROBERT SHEPARD
26445 S SADDLETREE
SUN LAKES AZ 85248

ROBERT STRANDER
PO BOX 1
ARLINGTON AZ 85322

ROBIN HANSON
2127 E MEAD PLACE
CHANDLER AZ 85249

ROGER NELSON
23005 N 74TH STREET, #3018
SCOTTSDALE AZ 85255

RON SPRATLING
10469 N 99TH ST
SCOTTSDALE AZ 85258

Levine, Josh -

RONALD E. FRANK
6705 CYPRESS HOLLOW
EDMOND OK 73034


RUBY ELAM
120 N. VAL VISTA DRIVE LOT 91
MESA AZ 85213


RUSS RUSSO
4400 N SCOTTSDALE ROAD 9-848
SCOTTSDALE AZ 85251


RYAN LODGE
PO BOX 1583
SANDPOINT ID 83864


RYAN MAPES
3242 E. CAMELBACK RD.
PHOENIX AZ 85014


RYAN SCALISE
4136 E GLENROSA AV
PHOENIX AZ 85018


SADIE SMITH
5817 E. COCHISE ROAD
PARADISE VALLEY AZ 85253


SAL PALERMO
PO BOX 117
MEYER AZ 86333


SANDY JEZ
N 4402 COUNTY RD E
BRUCE WI 54819


SARAH GLENN
3754 E. VALLEJO DR.
GILBERT AZ 85298


SARAH MARESCO
901 W VISTA AV
PHOENIX AZ 85021

Levine, Josh -

SCOTT HOPSON
18602 N SUMMERBREEZE WAY
SURPRISE AZ 85374


SCOTT JONES
9741 GAVA DR
EL PASO TX 79927


SCOTT THIBODEAU
7921 E NOPAL
MESA AZ 85209


SECOND WIND ENT. C/O QUARLES & BRADY
ATTN: ALISSA BRICE CASTENEDA
TWO NORTH CENTRAL AVENUE
PHOENIX AZ 85004


SECOND WIND ENTERPRISES, LLC
8110 EAST DEL TIBURON DRIVE
SCOTTSDALE AZ 85258


SHAH SAHAK
27363 N. 88TH LANE
PEORIA AZ 85383


SHANTEL PARKS
13931 E RANCHO DEL ORO DRIVE
SCOTTSDALE AZ 85262


SHAWN O'CONNOR
6633 E. LONE MOUNTAIN RD
CAVE CREEK AZ 85331


SHELLY ASHER
7650 E WILLIAMS DR #1056
SCOTTSDALE AZ 85255


SHERRILL SANDELL
660 SAGUARO WAY
MESA AZ 85208


SHERYL HOPKINS
26621 S. CLOVERLAND DR.
SUN LAKES AZ 85248

Levine, Josh -

SHLOMY LEVERTOV
2136 E. NICOLET AVENUE
PHOENIX AZ 85020

SIMA MADISON
7351 E SPEEDWAY, APT 21H
TUCSON AZ 85710

SOL EPSTEIN
9263 E. KAREN DRIVE
SCOTTSDALE AZ 85260

STEPHANIE WISNIEWKI
10655 PIVITOL AV
MESA AZ 85212

STEPHEN ACREMAN
1042 N HIGLEY RD., #102-411
MESA AZ 85205

STEPHEN LAWRENCE
PAWN FIRST 9825 N METRO PARKWAY E
PHOENIX AZ 85051

STEPHEN MARMON
7762 E FOXMORE LN
SCOTTSDALE AZ 85258

STEVE RUTH
601 SOUTH MAIN STREET
SELLERSVILLE PA 18960

STEVE SANCHEZ
HEARTS OF STONE 5120 N. 42ND PL.
PHOENIX AZ 85018

STEVE SCHWARTZ
3901 E PINNACLE PEAK RD., LOT 52
PHOENIX AZ 85050

STEVE WONG
4436 E. REDWOOD LN.
PHOENIX AZ 85048

STUART  FINN
7735 E. WINDROSE DRIVE
SCOTTSDALE AZ 85260

STUART BOYKOFF
7419 E CACTUS WREN ROAD
SCOTTSDALE AZ 85250

SUNIYA LUTHAR
1545 E JEANINE DRIVE
TEMPE AZ 85284

SUSAN  ASSADI
1709 FOSTER AVE #2
BROOKLYN NY 11230

SUSAN COUSINO
8840 E SUNLAND AVE #169
MESA AZ 85208

SUSAN GURNIAK
324 N 110TH ST
APACHE JUNCTION AZ 85120

SUSAN KINGSBURY
10423 E TILLMAN AVE
MESA AZ 85212

SUSAN SACKETT
7390 E. MILTON DRIVE
SCOTTSDALE AZ 85266

SUSAN WALDBAUM
7840 E CAMELBACK RD., #309
SCOTTSDALE AZ 85251

SYDNI SATTERLUND
3920 W GLENAIRE DRIVE
PHOENIX AZ 85053

SYNCB/AMAZON
PO BOX 965015
ORLANDO FL 32896

Levine, Josh -


SYNCB/C&B
PO BOX 965022
ORLANDO FL 32896


SYNCB/CARE CREDIT
C/O PO BOX 965036
ORLANDO FL 32896


SYNCB/LIVING SPACES
C/O PO BOX 965036
ORLANDO FL 32896


TEEN CHALLENGE OF AZ
C/O PATRICK KNIGHT 1515 W. GRAND AVE.
PHOENIX AZ 85007


TELTECH NETWORKS INC
810 E HAMMOND LANE
PHOENIX AZ 85034


TERRY KANE
11736 E. ARIBIAN PARK DR.
SCOTTSDALE AZ 85259


TERRY WORK
26125 N. 116TH #12
SCOTTSDALE AZ 85255


THE MIM MUSEUM
ATTN: DEBBIE FORDE
4725 W MAYO BLVD
PHOENIX AZ 85050


THOMAS CHARLES EDITIONS, LLC
42302 N VISION WAY  SUITE 105
PHOENIX AZ 85086


THOMAS NEEL
579 FIR STREET
VACAVILLE CA 95688


TIM DICKERSON
ESTATE OF BILLIE JO DICKERSON
4536 S. SAUK AVE
SIERA VISTA AZ 85650

Levine, Josh -

TIM MOST
5540 E. MAIN ST.
MESA AZ 85205

TIM PRICE
3605 W OSBORN #114
PHOENIX AZ 85019

TODD TEMPLE
4715 W. ANNETTE CIR.
GLENDALE AZ 85308

TOM  MILLIGAN
1725 E LA MONTANA DRIVE
FOUNTAIN HILLS AZ 85268

TOM  PEKAR
503 MCKEEVER #1517
ARCOLA TX 77583

TOM KNOTT
5618 N. 12TH ST.
PHOENIX AZ 85014

TOM SCOTT
13416 N. CAVE CREEK RD.
PHOENIX AZ 85022

TONY  DEN BOER
10978 E. SOUTHWIND LANE
SCOTTSDALE AZ 85262

TONY HILL
710 TREASURE DR.
PITTSBURG CA 94646

TONY SZMEREI
2926 W. MADDOCK RD.
PHOENIX AZ 85086

TRACY SLAUGHTER
1420 DEXTER RIDGE DRIVE
HOLLY SPRINGS NC 27540

Levine, Josh -

TRISH ROGERS
16046 N. 113TH WAY
SCOTTSDALE AZ 85255


TY WOODWARD
2323 N CENTRAL, #1902
PHOENIX AZ 85004


US BANK
P.O. BOX 790179
SAINT LOUIS MO 63179


VELOCITY CAPITAL GROUP
LAW OFFICES OF MARK J. FRIEDMAN PC
66 SPLIT ROCK ROAD
SYOSSET NY 11791


VERN OTTO
14732 W. BUTTONWOOD DRIVE
SUN CITY WEST AZ 85375


VIRGINIA WEBB
30311 N. 130TH GLEN
PEORIA AZ 85383


VOLTAIRE SHEA LLC
C/O MOLEVER CONELLY PLC
8161 EAST INDIAN BEND ROAD, SUITE 103
SCOTTSDALE AZ 85250


WELLS FARGO
CREDIT BUREAU DISPUTE RESOLUTI
DES MOINES IA 50306


WELLS FARGO BANK
P.O. BOX 51193
LOS ANGELES CA 90051


WELLS FARGO HM MORTGAG
8480 STAGECOACH CIR
FREDERICK MD 21701


WENDY HERBAL
121 W. MARIPOSE
SAN CLEMENTE CA 92672

Levine, Josh -


WESTERN STATES BANK
7001 NORTH SCOTTSDALE ROAD
#1000
PARADISE VALLEY AZ 85253


WF/DILLARD
PO BOX 14517
DES MOINES IA 50306


WILLIAM CONTRERAS
8210 S JENNA KANE
LAVEEN AZ 85339


WILLIAM ERICKSON
1694 W GLENDALE AV, #549
PHOENIX AZ 85021


WILLIAM FRIEDMAN
31 E. SAN MIGUEL AVE.
PHOENIX AZ 85012


WILLIAM GOSNEY
9 W. PEPPER PL.
MESA AZ 85201


WILLIAM HALL
12059 E. LAUREL LN.
SCOTTSDALE AZ 85259


WILLIAM HELTON
431 N. RED ROCK ST.
GILBERT AZ 85234


YONI KALUSKY
5082 E. HAMPDEN AVE. #162
DENVER CO 80222