**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF ARIZONA**
**PHOENIX DIVISION**

| | | |
|---|---|---|
| In re: LEVINE, JOSH D. | § § § § | Case No. 2:19-bk-10058-BKM |
| Debtor(s) | | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

David A. Birdsell, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $478,651.53 | Assets Exempt: | $233,591.53 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $768,449.67 | Claims Discharged Without Payment: | $900,694.05 |
| Total Expenses of Administration: | $51,999.16 | | |

3) Total gross receipts of $820,448.83 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $820,448.83 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $1,167,809.77 | $772,033.77 | $772,033.77 | $768,449.67 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $115,343.85 | $115,343.85 | $51,999.16 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $40,308.00 | $40,308.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $550,000.00 | $900,694.05 | $900,694.05 | $0.00 |
| **TOTAL DISBURSEMENTS** | $1,717,809.77 | $1,828,379.67 | $1,828,379.67 | $820,448.83 |

4) This case was originally filed under chapter 7 on 08/12/2019. The case was pending for 33 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/03/2022

By: /s/ David A. Birdsell
Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2018 TAX REFUND; 2019 TAX REFUND: FEDERAL AND STATE | 1124-000 | $1,646.00 |
| VOLTAIRE SHEA LLC ASSET: 6101 EAST VOLTAIRE AVENUE, SCOTTSDALE, AZ 85254, VALUED AT $840,000 LIABILTIES: DEEDS OF TRUST | 1129-000 | $810,000.00 |
| FORFEITED FUNDS FOR SALE | 1229-000 | $0.00 |
| POSINELLI REFUND | 1229-000 | $6,251.50 |
| Western Bank Impounds-Prepaid | 1290-000 | $2,551.33 |
| **TOTAL GROSS RECEIPTS** | | **$820,448.83** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

**EXHIBIT 3 - SECURED CLAIMS**

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | BNC National Bank | 4110-000 | NA | $217,606.67 | $217,606.67 | $217,606.67 |
| | WESTERN STATE BANK | 4110-000 | NA | $550,843.00 | $550,843.00 | $550,843.00 |
| 7S | CHERYL SCHNEIDER | 4110-000 | NA | $3,584.10 | $3,584.10 | $0.00 |
| N/F | BNC National Bank | 4110-000 | $245,822.53 | NA | NA | NA |
| N/F | Wells Fargo Hm Mortgag | 4110-000 | $357,061.00 | NA | NA | NA |
| N/F | Western States Bank | 4110-000 | $564,926.24 | NA | NA | NA |
| | **TOTAL SECURED** | | **$1,167,809.77** | **$772,033.77** | **$772,033.77** | **$768,449.67** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - David A. Birdsell | 2100-000 | NA | $44,272.44 | $44,272.44 | $16,092.92 |
| Trustee, Expenses - David A. Birdsell | 2200-000 | NA | $277.50 | $277.50 | $277.50 |
| Auctioneer Fees - DONNA WYATT | 3610-000 | NA | $30.00 | $30.00 | $30.00 |
| Charges, U.S. Bankruptcy Court | 2700-000 | NA | $350.00 | $350.00 | $350.00 |
| Costs re Sale of Property - SHEA ESTATES ASSISTED LIVING LLC | 2500-000 | NA | $7,738.00 | $7,738.00 | $7,738.00 |
| Banking and Technology Service Fee - Metropolitan Commercial Bank | 2600-000 | NA | $1,070.12 | $1,070.12 | $1,070.12 |
| Other State or Local Taxes (post-petition) - MARICOPA COUNTY TREASURER | 2820-000 | NA | $2,613.66 | $2,613.66 | $2,613.66 |
| Attorney for Trustee Fees (Other Firm) - WITTHOFT DERKSEN | 3210-000 | NA | $55,247.50 | $55,247.50 | $20,082.33 |
| Attorney for Trustee Expenses (Other Firm) - WITTHOFT DERKSEN | 3220-000 | NA | $3,744.63 | $3,744.63 | $3,744.63 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$115,343.85** | **$115,343.85** | **$51,999.16** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3P | CHRISTOPHER FORD, ESQ. | 5800-000 | NA | $13,650.00 | $13,650.00 | $0.00 |
| 4P | JEREMY ROVINSKY | 5800-000 | NA | $13,650.00 | $13,650.00 | $0.00 |
| 5P | JEREMY ROVINSKY | 5800-000 | NA | $3,025.00 | $3,025.00 | $0.00 |
| 8 | MICHAEL J. MILLS | 5800-000 | NA | $9,983.00 | $9,983.00 | $0.00 |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$0.00** | **$40,308.00** | **$40,308.00** | **$0.00** |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | JOSH LEVINE | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 2 | JOSH D. LEVINE | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 3U | CHRISTOPHER FORD, ESQ. | 7400-000 | NA | $1,122.09 | $1,122.09 | $0.00 |
| 4U | JEREMY ROVINSKY | 7400-000 | NA | $13,489.40 | $13,489.40 | $0.00 |
| 5U | JEREMY ROVINSKY | 7400-000 | NA | $24,114.40 | $24,114.40 | $0.00 |
| 6 | RICHARD J. LIEBERMAN | 7100-000 | NA | $11,370.00 | $11,370.00 | $0.00 |
| 7U | CHERYL SCHNEIDER | 7400-000 | NA | $306.80 | $306.80 | $0.00 |
| 9 | GLEN L BOWERS | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 10 | LEONA J ROBLES | 7100-000 | NA | $9,837.80 | $9,837.80 | $0.00 |
| 11 | SECOND WIND ENTERPRISES, LLC | 7100-000 | $550,000.00 | $560,500.00 | $560,500.00 | $0.00 |
| 12 | CYNTHIA RICHMOND | 7100-000 | NA | $1,092.00 | $1,092.00 | $0.00 |
| 13 | LILA J. HOCKENBERRY | 7100-000 | NA | $6,000.00 | $6,000.00 | $0.00 |
| 14 | DISCOVER BANK | 7100-000 | NA | $15,460.82 | $15,460.82 | $0.00 |
| 15 | LORRAINE EFUNE | 7100-000 | NA | $1,019.00 | $1,019.00 | $0.00 |
| 16 | HOWARD DOUGLAS CAMPBELL JR | 7100-000 | NA | $340.00 | $340.00 | $0.00 |
| 17 | BMW FINANCIAL SERVICES ATTN: CUSTOMER ACCOUNTING | 7100-000 | NA | $10,242.82 | $10,242.82 | $0.00 |
| 18 | WELLS FARGO BANK, N.A. | 7100-000 | NA | $8,666.04 | $8,666.04 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 19 | SUSAN SACKETT | 7100-000 | NA | $313.50 | $313.50 | $0.00 |
| 20 | GIL HACOHEN | 7100-000 | NA | $812.00 | $812.00 | $0.00 |
| 21 | JPMORGAN CHASE BANK, N.A. | 7100-000 | NA | $3,115.78 | $3,115.78 | $0.00 |
| 22 | CITIBANK, N.A. | 7100-000 | NA | $2,915.16 | $2,915.16 | $0.00 |
| 23 | JPMORGAN CHASE BANK, N.A. | 7100-000 | NA | $10,052.43 | $10,052.43 | $0.00 |
| 24 | CITIBANK, N.A. | 7100-000 | NA | $13,353.78 | $13,353.78 | $0.00 |
| 25 | KABBAGE, INC. | 7100-000 | NA | $90,475.64 | $90,475.64 | $0.00 |
| 26 | JOHN MOLLERUS | 7100-000 | NA | $325.65 | $325.65 | $0.00 |
| 27 | U.S. BANK NA DBA ELAN FINANCIAL SERVICES | 7100-000 | NA | $6,180.42 | $6,180.42 | $0.00 |
| 28 | PAMELA EHLERS | 7100-000 | NA | $746.10 | $746.10 | $0.00 |
| 29 | CITIBANK, N.A. | 7100-000 | NA | $2,523.89 | $2,523.89 | $0.00 |
| 30 | AMERICAN EXPRESS NATIONAL BANK | 7100-000 | NA | $53,694.58 | $53,694.58 | $0.00 |
| 31 | NAVITAS CREDIT CORP. | 7100-000 | NA | $44,084.25 | $44,084.25 | $0.00 |
| 32 | SYNCHRONY BANK | 7100-000 | NA | $632.20 | $632.20 | $0.00 |
| 33 | JEAN QUENZLER | 7100-000 | NA | $374.00 | $374.00 | $0.00 |
| 34 | JULIAN BURGOIN | 7100-000 | NA | $7,533.50 | $7,533.50 | $0.00 |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | $550,000.00 | $900,694.05 | $900,694.05 | $0.00 |

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

Case No.: 2:19-bk-10058-BKM

Case Name: LEVINE, JOSH D.

For Period Ending: 05/03/2022

Trustee Name: (240206) David A. Birdsell

Date Filed (f) or Converted (c): 08/12/2019 (f)

§ 341(a) Meeting Date: 09/17/2019

Claims Bar Date: 12/01/2021

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 4362 EAST LUDLOW DRIVE, PHOENIX, AZ 85032-0000, MARICOPA COUNTY<br>Single-family home. Entire property value: $397,135.00 | 397,135.00 | 0.00 | | 0.00 | FA |
| 2 | 2015 BMW 3 SERIES, 25,000 MILES<br>** prior to marriage. Payments are made by wife's father.. Entire property value: $0.00 | 0.00 | 0.00 | | 0.00 | FA |
| 3 | HOUSEHOLD GOODS AND FURNISHINGS LOCATION: 4362 EAST LUDLOW DRIVE, PHOENIX AZ 85032 KITCHEN: STOVE-100 REFRIGERATOR -150 POTS/PANS - 50 DISHES - 50 SILVERWARE - 25 SMALL APPLIANCES -100 DINING ROOM: HUTCH - 50 FLOOR FAN - 50 VACUUM - 75 LIVING ROOM: COUCH - 200 | 1,675.00 | 0.00 | | 0.00 | FA |
| 4 | BOOKS | 200.00 | 0.00 | | 0.00 | FA |
| 5 | ELECTRONICS LIVING ROOM: TELEVISION SET - 200 SOUND BAR - 50 MASTER BEDROOM: TELEVISION SET-150 OTHER BEDROOMS: TELEVISION SET-100 MISCELLANEOUS: HOME COMPUTER SYSTEM - 200 TECH 21 AMP AND MICROPHONES - 200 | 900.00 | 0.00 | | 0.00 | FA |
| 6 | HILARIO G PAINTING - 200 SMALL MARBLE DOG STATUE -100 LAYNOR PAINTING (CARROTS) -100 LAYNOR PAINTING (MIXED) -100 WOOD VASE - 50 THEATRE DRAWING -100 CONTEMPORARY PAINTING -200 LAYNOR PAINTING -100 ART POSTER PRINT -50 LAYNOR PAINTING (BIRDS) - 50 KNICK KNACKS - 200 | 1,250.00 | 0.00 | | 0.00 | FA |
| 7 | MUSICAL INSTRUMENTS - GUITARS 2 (ONE IS $400; SECOND IS $200) | 600.00 | 0.00 | | 0.00 | FA |
| 8 | SMITH & WESSON .38 REVOLVER WITH AMMUNITION | 300.00 | 0.00 | | 0.00 | FA |
| 9 | CLOTHES | 500.00 | 0.00 | | 0.00 | FA |
| 10 | WEDDING BAND | 250.00 | 0.00 | | 0.00 | FA |
| 11 | IWATCH | 200.00 | 0.00 | | 0.00 | FA |
| 12 | WATCH | 50.00 | 0.00 | | 0.00 | FA |
| 13 | CASH | 419.00 | 0.00 | | 0.00 | FA |
| 14 | CHECKING (X7700): WELLS FARGO BANK, N.A. | 86.22 | 0.00 | | 0.00 | FA |

Case No.: 2:19-bk-10058-BKM  
Case Name: LEVINE, JOSH D.  
For Period Ending: 05/03/2022  

Trustee Name: (240206) David A. Birdsell  
Date Filed (f) or Converted (c): 08/12/2019 (f)  
§ 341(a) Meeting Date: 09/17/2019  
Claims Bar Date: 12/01/2021  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 15 | SAVINGS (X2932): WELLS FARGO BANK, N.A. | 0.00 | 0.00 | | 0.00 | FA |
| 16 | CHECKING (X0758): CAPITAL ONE | 0.00 | 0.00 | | 0.00 | FA |
| 17 | HSA ACCOUNT: UNITED HEALTH CARE HSA ACCOUNT | 2,100.00 | 0.00 | | 0.00 | FA |
| 18 | J LEVINE AUCTION & APPRAISAL, LLC BUSINESS WAS IN A CHAPTER 11 UNTIL RECENTLY. CONVERTED TO CHAPTER 7 WITH DINA ANDERSON AS TRUSTEE., 100% OWNERSHIP | 0.00 | 0.00 | | 0.00 | FA |
| 19 | VOLTAIRE SHEA LLC ASSET: 6101 EAST VOLTAIRE AVENUE, SCOTTSDALE, AZ 85254, VALUED AT $840,000 LIABILTIES: DEEDS OF TRUST AGAINS THE PROPERTY - 1ST -WESTERN STATES BANK $564,926.24; 2ND - BNC BANK 275,000; 3RD - SECOND WIND ENTERPRISES $662,788.00 WESTERN STATES BANK ACCOUNT: $35.00 ON 8/8/2019 LIABILITIES EXCEED ASSET - NEGATIVE VALUE ASSISTED LIVING FACILITY WHICH RENTS FACILITY AND RECEIVES $5,000 PER MONTH IN RENT. BNC SERVICES PAYMENT AND PAYS WESTERN STATES BANK THEIR FIRST POSITION PAYMENT OF APPRX. $4,500.00, THEN MAINTAINS THE REMAINING BALANCE TO OFFSET THEIR LOAN BALANCE., 100% OWNERSHIP | 0.00 | 810,000.00 | | 810,000.00 | FA |
| 20 | JLAHUB, LLC ASSET: WELLS FARGO BANK BUSINESS CHECKING FOR JLAHUB, LLC (X0290) - $0.00 IN ACCOUNT 8/8/2019 COMPANY HAD A 10% INTEREST IN 951 W WATKINS LLC AS PART OF THE LEASE UNDERSTANDING WITH LANDLORD. UPON DEFAULT, JLAHUB, LLC SIGNED A FOREBEARANCE AGREEMENT, 100% OWNERSHIP | 0.00 | 0.00 | | 0.00 | FA |
| 21 | AZ ESTATE LIQUIDATORS, LLC OPENED BUT NEVER OPERATED. NO ASSETS OR RECEIVABLES. NO CASH VALUE., 100% OWNERSHIP | 0.00 | 0.00 | | 0.00 | FA |
| 22 | IRA: RAYMOND JAMES | 23,292.50 | 0.00 | | 0.00 | FA |
| 23 | 2018 TAX REFUND; 2019 TAX REFUND: FEDERAL AND STATE | 0.00 | 1,646.00 | | 1,646.00 | FA |

Exhibit 8
Page: 3

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| Case No.: 2:19-bk-10058-BKM | Trustee Name: (240206) David A. Birdsell |
| Case Name: LEVINE, JOSH D. | Date Filed (f) or Converted (c): 08/12/2019 (f) |
| | § 341(a) Meeting Date: 09/17/2019 |
| For Period Ending: 05/03/2022 | Claims Bar Date: 12/01/2021 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 24 | WAGES AND COMMISSIONS ($2,600.96) AND HEALTHCARE CONTRIBUTION ($278.10) OWED TO DEBTOR BY J. LEVINE AUCTION & APPRAISAL, LLC EXPERT TESTIMONY FEE ($1575.75) FOR SERVICES PROVIDED IN JULY 2019 | 4,454.81 | 0.00 | | 0.00 | FA |
| 25 | BANNER LIFE INSURANCE COMPANY TERM LIFE POLICY-NO CASH VALUE POLICY AMOUNT $650,000.00: BNC BANK AND CHELSEA WISE | 0.00 | 0.00 | | 0.00 | FA |
| 26 | LOANS TO J. LEVINE AUCTION & APPRAISAL, LLC - UNSECURED CLAIM IN J. LEVINE AUCTION AND APPRAISAL, LLC | 45,239.00 | 0.00 | | 0.00 | FA |
| 27 | POSINELLI REFUND (u) | 6,251.50 | 6,251.50 | | 6,251.50 | FA |
| 28 | FORFEITED FUNDS FOR SALE (u) | 0.00 | 0.00 | | 0.00 | FA |
| 29 | Western Bank Impounds-Prepaid (u) | 0.00 | 2,551.33 | | 2,551.33 | FA |
| 29 | Assets Totals (Excluding unknown values) | **$484,903.03** | **$820,448.83** | | **$820,448.83** | **$0.00** |

**Major Activities Affecting Case Closing:**

TRUSTEE'S FINAL REPORT APPROVED ON 3/16/22

**Initial Projected Date Of Final Report (TFR):** 12/31/2021       **Current Projected Date Of Final Report (TFR):** 03/03/2022 (Actual)

Exhibit 9
Page: 1

# Form 2
## Cash Receipts And Disbursements Record

| Case No.: | 2:19-bk-10058-BKM | Trustee Name: | David A. Birdsell (240206) |
|---|---|---|---|
| Case Name: | LEVINE, JOSH D. | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***1273 | Account #: | ******4040 Checking |
| For Period Ending: | 05/03/2022 | Blanket Bond (per case limit): | $27,456,481.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/12/20 | {27} | POLSINELLI LAW | RETAINER REFUND | 1229-000 | 6,251.50 | | 6,251.50 |
| 03/08/20 | {23} | US TREASURY | 2018 FEDERAL TAX REFUND | 1124-000 | 659.00 | | 6,910.50 |
| 03/08/20 | {23} | STATE OF AZ | 2018 STATE TAX REFUND | 1124-000 | 987.00 | | 7,897.50 |
| 03/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 6.31 | 7,891.19 |
| 04/27/20 | {28} | PRESTIGE TITLE | FOREITED FUNDS | 1229-000 | 10,000.00 | | 17,891.19 |
| 04/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 13.67 | 17,877.52 |
| 05/29/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 27.61 | 17,849.91 |
| 06/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 30.43 | 17,819.48 |
| 07/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 29.42 | 17,790.06 |
| 08/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 27.48 | 17,762.58 |
| 09/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 30.28 | 17,732.30 |
| 10/23/20 | | GREAT AMERICAN TITLE | SALE PROCEEDS | | 23,750.00 | | 41,482.30 |
| | | WESTERN STATE BANK | ASSUMPTION FROM WESTERN STATE BANK -$550,843.00 | 4110-000 | | | |
| | | BNC National Bank | PAYOFF BNC BANK -$217,606.67 | 4110-000 | | | |
| | | MARICOPA COUNTY TREASURER | REAL ESTATE TAX -$2,613.66 | 2820-000 | | | |
| | | SHEA ESTATES ASSISTED LIVING LLC | CLOSING COSTS -$7,738.00 | 2500-000 | | | |
| | {19} | GREAT AMERICAN TITLE | GROSS PROCEEDS FROM SALE $810,000.00 | 1129-000 | | | |
| | {28} | | Return of forfeited funds -$10,000.00 | 1229-000 | | | |
| | {29} | | Western Bank Impounds $2,551.33 | 1290-000 | | | |
| 10/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 37.19 | 41,445.11 |
| 11/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 64.03 | 41,381.08 |
| 12/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 72.76 | 41,308.32 |
| 01/29/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 63.99 | 41,244.33 |
| 02/26/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 61.69 | 41,182.64 |
| 03/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 72.60 | 41,110.04 |
| 04/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 65.88 | 41,044.16 |

Page Subtotals: $41,647.50 $603.34

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9

Page: 2

| | |  | | |
|---|---|---|---|---|
| Case No.: | 2:19-bk-10058-BKM | Trustee Name: | David A. Birdsell (240206) | |
| Case Name: | LEVINE, JOSH D. | Bank Name: | Metropolitan Commercial Bank | |
| Taxpayer ID #: | **-***1273 | Account #: | ******4040 Checking | |
| For Period Ending: | 05/03/2022 | Blanket Bond (per case limit): | $27,456,481.00 | |
| | | Separate Bond (if applicable): | N/A | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/28/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 61.39 | 40,982.77 |
| 06/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 72.25 | 40,910.52 |
| 07/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 65.56 | 40,844.96 |
| 08/24/21 | 1001 | DONNA WYATT | TRUSTEE SALE FEE | 3610-000 | | 30.00 | 40,814.96 |
| 08/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 69.82 | 40,745.14 |
| 09/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 65.31 | 40,679.83 |
| 10/29/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 63.02 | 40,616.81 |
| 11/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 69.43 | 40,547.38 |
| 04/12/22 | 1002 | David A. Birdsell | Combined trustee compensation & expense dividend payments. | | | 16,370.42 | 24,176.96 |
| | | David A. Birdsell | Claims Distribution - Tue, 12-21-2021  $277.50 | 2200-000 | | | |
| | | David A. Birdsell | Claims Distribution - Tue, 12-21-2021  $16,092.92 | 2100-000 | | | |
| 04/12/22 | 1003 | WITTHOFT DERKSEN | Combined dividend payments for Claim #, | | | 23,826.96 | 350.00 |
| | | WITTHOFT DERKSEN | Claims Distribution - Tue, 12-21-2021  $3,744.63 | 3220-000 | | | |
| | | WITTHOFT DERKSEN | Claims Distribution - Tue, 12-21-2021  $20,082.33 | 3210-000 | | | |
| 04/12/22 | 1004 | CLERK OF THE US BANKRUPTCY COURT | Distribution payment - Dividend paid at 100.00% of $350.00; Claim # ; Filed: $350.00 | 2700-000 | | 350.00 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| **COLUMN TOTALS** | 41,647.50 | 41,647.50 | $0.00 |
| Less: Bank Transfers/CDs | 0.00 | 0.00 | |
| **Subtotal** | 41,647.50 | 41,647.50 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$41,647.50** | **$41,647.50** | |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

Exhibit 9
Page: 3

# Form 2
## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 2:19-bk-10058-BKM | **Trustee Name:** | David A. Birdsell (240206) |
| **Case Name:** | LEVINE, JOSH D. | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** | **-***1273 | **Account #:** | ******4040 Checking |
| **For Period Ending:** | 05/03/2022 | **Blanket Bond (per case limit):** | $27,456,481.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---|---:|
| Net Receipts: | $41,647.50 |
| Plus Gross Adjustments: | $778,801.33 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $820,448.83 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******4040 Checking | $41,647.50 | $41,647.50 | $0.00 |
| | **$41,647.50** | **$41,647.50** | **$0.00** |